# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

DAMASCUS CITIZENS FOR SUSTAINABILITY

Petitioner,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; ELAINE CHAO, in her official capacity as SECRETARY OF U.S. DEPARTMENT OF TRANSPORTATION; PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION; HOWARD R. ELLIOTT, in his official capacity as ADMINISTRATOR OF PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION; and the UNITED STATES OF AMERICA

Case No. 2020--1387

Respondents

MOTION TO WITHDRAW PETITION FOR REVIEW IN CASE 2020--1387 AND FOR LEAVE TO FILE AN AMICUS BRIEF IN CASE 2020—1317 IN SUPPORT OF PETITIONERS

After consultation with counsel for Respondents, Petitioner, Damascus Citizens for Sustainability ("DCS"), determined that participation as an amicus curiae presented the best option for DCS to assist this Court in deciding this case. Therefore, DCS is submitting this motion to voluntarily dismiss, without

prejudice, its petition for review, with each party to bear its own costs. At the appropriate time in accordance with Rule 29, Federal Rules of Appellate Procedure, DCS will submit a motion for leave to file an amicus curiae brief in support of Petitioners. Counsel for Respondents and Petitioners have no objection to these motions. All counsel have been sent a copy of this motion through the Court's electronic filing system.

                                                                Respectfully submitted,

                                                                /s/ John J. Zimmerman

Zimmerman & Associates

13508 Maidstone Lane
Potomac, MD 20854
(240) 912-6685 (office)
(301) 963-9664 (fax)
(202)262-9664 (cell)

zimmermanjj@verizon.net

*Counsel for Damascus Citizens*

*For Sustainability*