

**U.S. Department of Justice**

Environment and Natural Resources Division

90-13-1-16143

*P.O. Box 7415*  *Telephone: (202) 598-0402*
*Washington, DC  20044*  *rebecca.jaffe@usdoj.gov*

September 1, 2023

**VIA CM/ECF**

Mr. Mark Langer
Clerk of Court
E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex
333 Constitution Ave., NW
Washington, D.C. 20001

    Re: *Sierra Club v. U.S. Department of Transportation*, No. 20-1317 (consolidated with Nos. 20-1318, 20-1431, & 21-1009)

Dear Mr. Langer:

    With this letter, the Pipeline and Hazardous Materials Safety Administration (PHMSA) is notifying the Court that it has issued a final regulation that suspends the rule at issue in this litigation from October 31, 2023 until PHMSA completes a companion rulemaking or until June 30, 2025, whichever comes first.

    In this litigation, Petitioners challenge a regulation titled *Hazardous Materials: Liquefied Natural Gas by Rail*, 85 Fed. Reg. 44,994 (July 24, 2020) (Rule), which authorized transport of LNG by rail in special tank cars. After President Biden took office in 2021, this Administration decided to reconsider the Rule and announced plans for a rulemaking to consider suspending the Rule. The Court placed this case into abeyance in March 2021. Petitioners moved to lift the abeyance in May 2023, PHMSA opposed, and the Court lifted the abeyance in July 2023. The parties submitted a joint briefing proposal in August 2023.

    On September 1, 2023, PHMSA published a final regulation titled *Hazardous Materials: Suspension of HMR Amendments Authorizing Transportation of Liquefied Natural Gas by Rail* that suspends the Rule from October 31, 2023 until June 30, 2025 or until PHMSA completes a companion

rulemaking considering modified requirements for transporting LNG by rail, whichever comes first.  88 Fed. Reg. 60,356 (Sept. 1, 2023).

                Respectfully submitted,

                *s/ Rebecca Jaffe*
                Rebecca Jaffe
                Counsel for Respondents

cc (via CM/ECF):  All counsel of record

## CERTIFICATE OF SERVICE

      I hereby certify that on September 1, 2023, I electronically filed the foregoing letter with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

                                          s/ *Rebecca Jaffe*  
                                          REBECCA JAFFE  
                                          Counsel for Respondents

**CERTIFICATE OF COMPLIANCE**

I hereby certify:

1. This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 28(j) because, excluding the parts of the document exempted by Rule 32(f), this document contains 209 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

*s/ Rebecca Jaffe*
REBECCA JAFFE

Counsel for Respondents
