**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

# Selected docket entries for case 20−1317

Generated: 01/18/2025 13:23:41

| Filed | Document Description | Page | Docket Text |
|---|---|---|---|
| 10/13/2023 | Standing Addendum of Environmental Petitioners **DOCUMENT COULD NOT BE RETRIEVED!** | | PETITIONER BRIEF [2021786] filed by Center for Biological Diversity, Clean Air Council, Delaware Riverkeeper Network, Environmental Confederation of Southwest Florida, Mountain Watershed Association and Sierra Club in 20−1317 [Service Date: 10/13/2023 ] Length of Brief: 8,990 Words. [20−1317, 20−1318, 20−1431, 21−1009] (Marshall, Bradley) |