No. 20-1317 (consolidated with Nos. 20-1318, 20-1431, & 21-1009)

———————————

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————————

SIERRA CLUB, et al.,

*Petitioners*,

v.

U.S. DEPARTMENT OF TRANSPORTATION, et al.,

*Respondents.*

———————————

**DECLARATION PROVIDING ADDITIONAL SUPPORT
FOR STATE PETITIONERS' STANDING**

No. 20-1317 (consolidated with Nos. 20-1318, 20-1431, & 21-1009)

———————————

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————————

SIERRA CLUB, et al.,

*Petitioners*,

v.

U.S. DEPARTMENT OF TRANSPORTATION, et al.,

*Respondents.*

———————————

**DECLARATION OF JAMES B. CABLE OF THE NEW YORK STATE
DIVISION OF HOMELAND SECURITY AND EMERGENCY
SERVICES**

# DECLARATION OF JAMES B. CABLE

I, JAMES B. CABLE, declare under penalty of perjury that the following is true and correct:

1.     I am employed by the New York State Division of Homeland Security and Emergency Services, in the Office of Fire Prevention and Control ("State Fire Office").  My title is State Fire Administrator, and I have held that title since October 2021, when I was appointed to that position by the Governor of New York State.  As State Fire Administrator, I lead the State Fire Office.

2.     I am also a member of the New York State Disaster Preparedness Commission and the State Fire Prevention and Building Code Council, and I chair the Advisory Council for Fire Prevention and Control, which, among things, advises the State's leadership on federal and state policies and programs related to fire prevention, fire control and training.

3.     I submit this declaration in support of the petition for review by the State of New York and other petitioners challenging the U.S. Pipeline and Hazardous Materials Safety Administration's final rule, *Hazardous Materials: Liquefied Natural Gas by Rail*, 85 Fed. Reg. 44,994 (July 24, 2020) (the "LNG Rule").  This declaration is based on personal knowledge, discussions with colleagues at the New York State Division of Homeland Security and Emergency Services, review of the Record in this case and documents previously submitted to the Court in this case, review of publications by the National

1

Academy of Sciences pertaining to transport of LNG by rail and other publications pertaining to transport of LNG, review of information maintained by the New York State Department of Transportation, and other information in the possession of the State Fire Office.

**Background**

4.    I have a Bachelor of Arts degree in History from Bates College, Lewiston, Maine, which I obtained in 1992.

5.    I was an active volunteer firefighter between 1987 and 2020.  In the years 1987 to 1995, and 1998 to 2020, I was with the Onesquethaw Volunteer Fire Company in Albany County, New York, and served as Assistant Chief between 1998 and 2003.  In the years 1995 to 1998, I was with the Wynantskill Fire Department in Rensselaer County, New York.

6.    Additionally, I was an Emergency Medical Technician from 1994-2003.

7.    I began working for the State Fire Office as a Fire Protection Specialist in 1997.  Between 1997 and June 2021, I worked in the Hazardous Materials and Transportation Bureau, the Arson Bureau (as a fire investigator and Accelerant Detection K-9 handler), then as the Deputy Chief of the Standards Unit, then as the Branch Chief of Special Operations (responsible for both Hazardous Materials and Technical Rescue Training and Response programs), and eventually as a Deputy State Fire Administrator overseeing

2

Response.  Between June 2021 and October 2021, I served as Acting State Fire Administrator upon the retirement of my predecessor until being appointed as State Fire Administrator in October 2021.

8.     The State Fire Office develops and delivers comprehensive training, response and technical assistance programs to New York's emergency responders, localities and residents.  As State Fire Administrator, I oversee the six branches of the State Fire Office: the Hazardous Materials Branch; the Fire Training and Education Branch; the Fire and Life Safety Branch; the Operational Support Branch; the Technical Rescue Branch; and the Investigations Branch.

**Unique Hazards Involved in Releases of Liquefied Natural Gas**

9.     Liquefied natural gas (LNG) is comprised primarily of methane and trace amounts of several other gases.

10.     Liquefaction involves compressing and cooling natural gas to a temperature at or below -260°F.  In this liquid state, the commodity takes up roughly 1/600th of the space as it does as a gas.  These unique qualities of LNG—intense compression and extreme cold—pose distinct safety hazards for transporting LNG in bulk by rail, as contemplated by the LNG Rule.

11.     One unique challenge of an LNG release for emergency responders is the lack of visibility of the vapor cloud that eventually results.  As a cryogenic (extremely cold) commodity, when LNG is released it will initially form a visible

3

vapor cloud as the vapor cloud contacts with moisture in the air, but as the product warms, the visible vapor cloud will dissipate, leaving a cloud of flammable natural gas vapor that is invisible to the public and emergency responders.

12.    A second unique challenge of an LNG release as a cryogenic material is the ground-hugging behavior of the vapor cloud due to its extremely cold temperature, making it denser and heavier than air, which contrasts with the behavior of natural gas in its most common form as a compressed natural gas. In its vapor state at ambient temperatures, natural gas is lighter than air and will rise upwards in the air when released. But as a liquid that is heavier than air, LNG behaves in the opposite fashion when released, and importantly, differently than most fire departments expect natural gas to behave: it will typically hug the ground until the point when it warms to ambient air temperature. The ground-hugging quality and density of an LNG vapor cloud will displace ambient air and also pose an asphyxiation hazard to both the public and responders, a particular concern given the proximity of freight rail lines to populated areas of the State.

13.    A third unique challenge of LNG for firefighters and other emergency responders is that, without proper protective equipment, contact with a cryogenic liquid, cold surfaces or cold vapor can cause cold burns or frostbite, while breathing in cold vapor can damage lung tissue. Cryogenic

4

liquids have very low viscosity, meaning they can easily penetrate skin pores and clothing.  It is essential that fire departments and first responders be provided with specialized meters which allow detection of the vapor cloud of an LNG release from a distance.  And because LNG is cryogenic, LNG contact with certain materials, such as carbon steel, can lead to embrittlement (loss of ductility) of the material, and material failure.

14.    Additionally, LNG is odorless and is typically shipped (i.e., via truck or tanker vessel) without the addition of mercaptan, an odorant that is added to other commodities to give them a pungent and unpleasant sulfur-like smell to make it easier to detect if a leak or release should occur.  An LNG release will be odorless, making it more difficult for emergency responders to detect and delineate the exact locations of the escaping LNG vapor.

15.    The State Fire Office must work with fire departments and emergency responders throughout the State in order to help them become more prepared for these unique hazards and challenges associated with an LNG release in a derailment scenario.

5

**The LNG Rule and Associated Risks to New York Communities Near Rail Lines**

16.     According to the New York State Department of Transportation, there are approximately 4,500 miles of rail lines crisscrossing New York State, with an active rail line in nearly all of the State's 62 counties.[1]

17.     There are approximately 60 municipalities in the State of New York with an estimated population exceeding 34,000 people, and a great majority of them are located along active rail lines.[2]  Many of the freight rail lines in New York State pass in close proximity to homes and businesses.

18.     Attached hereto as **Exhibit A** is a true and correct copy of a map prepared in December 2022 by the New York State Department of Transportation and labeled "Railroads in New York – 2023," depicting the many freight railroad routes through the State.[3]

_____

[1] https://www.dot.ny.gov/divisions/operating/opdm/passenger-rail/freight-rail-service-in-new-york-state (last accessed Oct. 12, 2023).  This figure includes "trackage rights," where the owner of a railroad grants another railroad the right to use its tracks.

[2] https://www.dot.ny.gov/divisions/operating/opdm/passenger-rail/freight-rail-service-in-new-york-state (last accessed Oct. 12, 2023); https://www.newyorkdemographics.com/cities_by_population (last accessed Oct. 12, 2023).

[3] The map is also available on the website of the New York State Department of Transportation  at  https://www.dot.ny.gov/divisions/operating/opdm/passenger-rail/passenger-rail-repository/2023%20NYS%20Rail%20Map.pdf  (last  accessed Oct. 12, 2023).

19.    Presently, a very limited volume of flammable cryogenic commodities (i.e., cryogenic liquid ethylene) pass through New York State by rail.

20.    The State Fire Office anticipates that if the LNG Rule is implemented, then beginning as early as the second half of 2025, there could be large volumes of LNG cargo travelling along freight rail lines in New York in DOT-113C120W9 rail tank cars ("W9 tank cars").  I understand from reading the June 6, 2023 declaration submitted in this case by William S. Schoonover, the Associate Administrator for Hazardous Materials Safety at the U.S. Pipeline and Hazardous Materials Safety Administration ("Schoonover Declaration"), that at least one rail tank car manufacturer has received an order for 25 W9 tank cars, the tank car specification under the LNG Rule, and has begun manufacturing W9 tank cars in fulfillment of this order.[4]  That order was ostensibly placed for transport of cryogenic ethylene.[5]  According to Associate Administrator Schoonover, W9 tank cars previously used for transport of cryogenic ethylene can be mechanically converted so they can be used for transport of LNG cargo, and such mechanical conversion can take several months or longer.[6]  If the LNG Rule comes back into full effect after June 30,

---

[4] Schoonover Declaration, Document #2002428, ¶ 10.
[5] *Id.*
[6] *Id.* ¶ 11.

7

2025, then W9 tank cars that have already been in service for transport of cryogenic ethylene could be converted for LNG service by the end of 2025. And additional W9 tank cars could certainly be ordered by companies looking to ship LNG by rail.

21.    Additionally, it can be anticipated that if the LNG Rule is implemented, trains carrying LNG will pass through New York State. Multiple freight rail lines connect regions of the country with abundant natural gas production (i.e., Pennsylvania, West Virginia, Ohio) with the New England region, and those rail lines pass through New York.   It can be reasonably anticipated that industry will be looking to service the New England natural gas market with LNG delivered by rail if the 2020 LNG Rule is implemented. This will in turn entail transporting LNG by rail through New York State.

**Anticipated Expenditures by New York State to Train and Equip Emergency Responders for Hazards Flowing from the LNG Rule**

22.    Given that under the LNG Rule we anticipate LNG cargos passing through New York State by rail within several years, in close proximity to densely-populated residential areas, the State Fire Office will be working to develop and deliver LNG-focused training, and evaluating options to assist with procuring specialized equipment for fire service organizations, hazardous materials professionals, and other emergency management and responders in many localities in the State.

8

23.    The training will be focused on how to prepare the fire service and other emergency responders for response protocols in the event of a train derailment involving LNG cargo and/or LNG release, and protocols for evacuations of communities in the vicinity of such a derailment site.

24.    For example, the State of Massachusetts Firefighting Academy has long partnered with a natural gas industry organization (the Northeast Gas Association) in developing an LNG-focused training program for firefighters and other emergency responders that has included the use of LNG for product-specific live fire training.[7]  Historically, the investment of resources in such LNG-focused training by the State of Massachusetts has been spurred by the presence of LNG import facilities in Massachusetts, and the resulting transit of LNG on trucks to destinations throughout New England.

25.    In August 2015 and November 2018, New York State's Fire Safety Office sent a combined total of 18 staff persons to the Massachusetts Firefighting Academy for participation in their LNG-focused training program. The total cost of that training was approximately $1,600/person, or about $29,000 in total for all training participants from the New York State Fire

---

[7] *See* National Academies of Sciences, Engineering, and Medicine 2022. *Preparing for LNG by Rail Tank Car: A Readiness Review*. Washington, DC: The National Academies Press, at 77, *available at* https://doi.org/10.17226/ 26719 ("National Academies 2022 Report"). A true and correct copy of this publication in full is attached hereto as **Exhibit B**. *See also* Northeast Gas Association, https://www.northeastgas.org/pdf/2023_fire_academy.pdf (last accessed Oct. 12, 2023).

9

Office.  A portion of those expenses was paid with State of New York funds, and other expenses were covered by use of federal grant monies.

26.    We would anticipate that the rail industry and the natural gas industry, as proponents of bulk transport of LNG by rail, would be contributing substantial funds to finance the development and delivery of LNG-focused training programs for emergency responders throughout New York State (and other states).

27.    But New York State would still incur public expenditures to support such new training programs.  For example, the State Fire Office anticipates that it would need to hire additional new full-time professionals (as Fire Protection Specialists) in the coming years to support a statewide LNG-specific training program, even if this program were in partnership with industry and potentially with the U.S. Department of Transportation.  Based on estimates for State of New York fiscal years 2024 and 2025, the cost in compensation, benefits and personal gear and equipment to the State of New York of employing just a single full-time employee with the requisite educational background and professional experience for the Fire Protection Specialist role is estimated to exceed $250,000 for the initial year, and over $160,000 for each year thereafter.

28.    Additionally, State funds would be contributed towards the State Fire Office's development and maintenance of an appropriate facility within

10

New York State for LNG-specific training, one that would potentially be set up for controlled use of LNG for product-specific live training and also potentially use of a cryogenic tank car for training purposes.

29.    Besides LNG-focused training, if the LNG Rule is implemented then efforts will need to be undertaken to equip local fire departments and hazardous materials teams in New York State with specialized equipment capable of detecting methane at a relatively safe distance.  Such methane-specific detection equipment can cost in excess of $10,000 per device.[8]

30.    Additionally, many fire departments in New York State may need to procure bulk quantities of high-expansion foam, potassium bicarbonate dry chemical, or other specialized product and equipment that is required to extinguish a large LNG pool fire that may result from a derailment of a train carrying LNG, and release of the LNG product.[9]

31.    Again, we would expect that the natural gas and/or rail industry, would be contributing funding to municipal fire departments in New York State for procurement of specialized methane detection and firefighting chemicals to effectively deal with derailments of trains transporting LNG through our State under the LNG Rule.  At the same time, we anticipate that the State Fire Office

---

[8] *See, e.g.* https://fire-end.com/products/gas-track-lz-30 (last accessed Oct. 12, 2023).

[9] *See* Exhibit B, National Academies 2022 Report, at 72.

11

will be involved in any efforts to provide State funding for procurement of such specialized equipment to municipal fire departments serving communities located along rail lines in the State where LNG is likely to travel under the LNG Rule.

32.    To summarize, because of the unique hazards presented by an LNG release in a derailment scenario, hazards that are predictable under the LNG Rule but that many municipal fire departments in New York State are presently underprepared to manage, the State's Office of Fire Prevention and Control will need to spend State monies and engage State personnel to develop, implement and oversee LNG-focused training programs for firefighters and local emergency managers, and also assist with procurement of specialized equipment for local first responders to effectively respond to derailments involving LNG cargo.

Dated this 12th of October, 2023 at Albany, New York.

JAMES B. CABLE

12

# EXHIBIT A
# TO
# DECLARATION OF
# JAMES B. CABLE
# OF THE NEW YORK STATE DIVISION OF HOMELAND SECURITY AND EMERGENCY SERVICES



Railroads in New York - 2023
LEGEND
Junction or Freight Station
Operating Rail Line
Abandoned / Service Discontinued Rail Line
CSXT Operating Railroad
[AMTK] Trackage Rights Railroad
Rail service and line configurations outside of New York State have not been verified beyond the first junction shown.
Non-Operating railroad companies are not shown.
Names are those under which railroad is conducting business and may not reflect legal corporate names.
ADCX Adirondack Railroad
AMTK Amtrak
APRR Albany Port Railroad Corp.
ARA Arcade & Attica Railroad Corp.
BH B&H Rail Corporation
BHR Brookhaven Rail, LLC
BKRR Batten Kill Railroad Co., Inc.
BPRR Buffalo & Pittsburgh Railroad, Inc.
BSOR Buffalo Southern Railroad, Inc.
CACV Cooperstown & Charlotte Valley Railroad
CLP Clarendon & Pittsford Railroad Co.
CMRR Catskill Mountain Railroad Co., Inc.
CN Canadian National Railway
CP Canadian Pacific Railway
CRSH Conrail (CSXT/NS Shared Assets)
CSXT CSX Transportation, Inc.
DLWR Depew Lancaster & Western Railroad Co., Inc.
DURR Delaware & Ulster Rail Ride
FGLK Finger Lakes Railway Corp.
FRR Falls Road Railroad Co.
HRRC Housatonic Railroad Co.
ITHR Ithaca Central Railroad, LLC
LAL Livonia, Avon & Lakeville Railroad Corp.
LBR Lowville & Beaver River Railroad Co.
LI MTA Long Island Rail Road
ME Morristown & Erie Railway, Inc.
MHWA Mohawk Adirondack & Northern Railroad Corp.
MNCR MTA Metro-North Railroad
MNJ Middletown & New Jersey Railroad, LLC
MSTR Massena Terminal Railroad Co.
NAUG Naugatuck Railroad Company
NBR Northern & Bergen Railroad, LLC
NECR New England Central Railway Co.
NJT New Jersey Transit Rail Operations, Inc.
NS Norfolk Southern Railway Co.
NYA New York & Atlantic Railway Co.
NYLE New York & Lake Erie Railroad
NYNJ New York New Jersey Rail LLC
NYOG New York & Ogdensburg Railway Co.
NYSW New York Susquehanna & Western Railway Corp.
OHRY R.J. Corman Railroad Co / Owego & Harford Line, Inc.
OMID Ontario Midland Railroad Corp.
PW Providence & Worcester Railroad Co.
RRHC Revolution Rail Holding Co., LLC
RSR Rochester & Southern Railroad, Inc.
SCH Saratoga Corinth & Hudson Railway, LLC
SNC Saratoga & North Creek Railway, LLC
SB South Buffalo Railway Co.
SBK South Brooklyn Railroad
SBRR Stourbridge Railroad Company
SNY SMS Rail Lines of New York, LLC
VTR Vermont Railway
WCOR Wellsboro & Corning Railroad Co.
WNYP Western New York & Pennsylvania Railroad
December, 2022
Contains information licensed under the Open Government Licence – Canada.
Intercity Railroad Passenger Service
Passenger Station
Intercity Passenger Route
NOTE: Commuter and Tourist Rail services are not shown.
Lake Ontario
Lake Erie
Atlantic Ocean
CANADA
NEW YORK
VERMONT
MASSACHUSETTS
CONNECTICUT
NEW JERSEY
PENNSYLVANIA
NIAGARA FALLS
BUFFALO
SCHENECTADY
ALBANY
TROY
ROCHESTER
SYRACUSE
NEW YORK CITY
BINGHAMTON

# EXHIBIT B

# TO

# DECLARATION OF

# JAMES B. CABLE

# OF THE NEW YORK STATE DIVISION OF HOMELAND SECURITY AND EMERGENCY SERVICES

**NATIONAL ACADEMIES**
Sciences
Engineering
Medicine

NATIONAL
ACADEMIES
PRESS
Washington, DC

This PDF is available at http://nap.nationalacademies.org/26719

  



# Preparing for LNG by Rail Tank Car: A Readiness Review (2022)

## DETAILS

0 pages | 6 x 9 | PAPERBACK
ISBN 978-0-309-69384-4 | DOI 10.17226/26719



**BUY THIS BOOK**

**FIND RELATED TITLES**

## CONTRIBUTORS

Policy Studies; Transportation Research Board; National Academies of Sciences, Engineering, and Medicine

## SUGGESTED CITATION

National Academies of Sciences, Engineering, and Medicine 2022. *Preparing for LNG by Rail Tank Car: A Readiness Review*. Washington, DC: The National Academies Press. https://doi.org/10.17226/26719.

Visit the National Academies Press at nap.edu and login or register to get:

– Access to free PDF downloads of thousands of publications
– 10% off the price of print publications
– Email or social media notifications of new titles related to your interests
– Special offers and discounts



All downloadable National Academies titles are free to be used for personal and/or non-commercial academic use. Users may also freely post links to our titles on this website; non-commercial academic users are encouraged to link to the version on this website rather than distribute a downloaded PDF to ensure that all users are accessing the latest authoritative version of the work. All other uses require written permission. (Request Permission)

This PDF is protected by copyright and owned by the National Academy of Sciences; unless otherwise indicated, the National Academy of Sciences retains copyright to all materials in this PDF with all rights reserved.



NATIONAL ACADEMIES  *Sciences*
*Engineering*
*Medicine*

# Preparing for LNG by Rail Tank Car

## A Readiness Review

Consensus Study Report

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

NATIONAL
ACADEMIES

*Sciences*
*Engineering*
*Medicine*

NATIONAL
ACADEMIES
PRESS
Washington, DC

# Preparing for LNG by Rail Tank Car

**A Readiness Review**

———

Committee for a Study on the Safe
Transportation of Liquefied Natural Gas
by Railroad Tank Car

Transportation Research Board

Consensus Study Report

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

## Transportation Research Board Special Report 345

**Subscriber Categories: Railroads; energy; research (about research); administration and management**

**Transportation Research Board publications are available by ordering individual** publications directly from the TRB Business Office, through the Internet at www.TRB.org or nationalacademies.org/trb, or by annual subscription through organizational or individual affiliation with TRB. Affiliates and library subscribers are eligible for substantial discounts. For further information, contact the Transportation Research Board Business Office, 500 Fifth Street, NW, Washington, DC 20001 (telephone 202-334-3213; fax 202-334-2519; or e-mail TRBsales@nas.edu).

Copyright 2022 by the National Academy of Sciences. National Academies of Sciences, Engineering, and Medicine and National Academies Press and the graphical logos for each are all trademarks of the National Academy of Sciences. All rights reserved.

Printed in the United States of America.

**This publication was reviewed by a group other than the authors according to the procedures approved by a Report Review Committee consisting of members** of the National Academy of Sciences, the National Academy of Engineering, and the National Academy of Medicine.

This study was sponsored by the Pipeline and Hazardous Materials Administration of the U.S. Department of Transportation.

International Standard Book Number-13: 978-0-309-XXXXX-X
International Standard Book Number-10: 0-309-XXXXX-X
Digital Object Identifier: http://doi.org/10.17226/XXXXX
Library of Congress Control Number: XXXXXXXXXX

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

The **National Academy of Sciences** was established in 1863 by an Act of Congress, signed by President Lincoln, as a private, nongovernmental institution to advise the nation on issues related to science and technology. Members are elected by their peers for outstanding contributions to research. Dr. Marcia McNutt is president.

The **National Academy of Engineering** was established in 1964 under the charter of the National Academy of Sciences to bring the practices of engineering to advising the nation. Members are elected by their peers for extraordinary contributions to engineering. Dr. John L. Anderson is president.

The **National Academy of Medicine** (formerly the Institute of Medicine) was established in 1970 under the charter of the National Academy of Sciences to advise the nation on medical and health issues. Members are elected by their peers for distinguished contributions to medicine and health. Dr. Victor J. Dzau is president.

The three Academies work together as the **National Academies of Sciences, Engineering, and Medicine** to provide independent, objective analysis and advice to the nation and conduct other activities to solve complex problems and inform public policy decisions. The National Academies also encourage education and research, recognize outstanding contributions to knowledge, and increase public understanding in matters of science, engineering, and medicine.

Learn more about the National Academies of Sciences, Engineering, and Medicine at **www.nationalacademies.org.**

The **Transportation Research Board** is one of seven major programs of the National Academies of Sciences, Engineering, and Medicine. The mission of the Transportation Research Board is to provide leadership in transportation improvements and innovation through trusted, timely, impartial, and evidence-based information exchange, research, and advice regarding all modes of transportation. The Board's varied activities annually engage about 8,000 engineers, scientists, and other transportation researchers and practitioners from the public and private sectors and academia, all of whom contribute their expertise in the public interest. The program is supported by state departments of transportation, federal agencies including the component administrations of the U.S. Department of Transportation, and other organizations and individuals interested in the development of transportation.

Learn more about the Transportation Research Board at **www.trb.org**.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

**Consensus Study Reports** published by the National Academies of Sciences, Engineering, and Medicine document the evidence-based consensus on the study's statement of task by an authoring committee of experts. Reports typically include findings, conclusions, and recommendations based on information gathered by the committee and the committee's deliberations. Each report has been subjected to a rigorous and independent peer-review process and it represents the position of the National Academies on the statement of task.

**Proceedings** published by the National Academies of Sciences, Engineering, and Medicine chronicle the presentations and discussions at a workshop, symposium, or other event convened by the National Academies. The statements and opinions contained in proceedings are those of the participants and are not endorsed by other participants, the planning committee, or the National Academies.

**Rapid Expert Consultations** published by the National Academies of Sciences, Engineering, and Medicine are authored by subject-matter experts on narrowly focused topics that can be supported by a body of evidence. The discussions contained in rapid expert consultations are considered those of the authors and do not contain policy recommendations. Rapid expert consultations are reviewed by the institution before release.

For information about other products and activities of the National Academies, please visit www.nationalacademies.org/about/whatwedo.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

## COMMITTEE FOR A STUDY ON THE SAFE TRANSPORTATION
## OF LIQUEFIED NATURAL GAS BY RAILROAD TANK CAR

**Craig E. Philip (NAE),** Vanderbilt University, Nashville, TN, *Chair*
**H. Norman Abramson (NAE),** Southwest Research Institute (retired),
    San Antonio, TX
**Nii Attoh-Okine,** University of Maryland, College Park
**Amos A. Avidan (NAE),** Bechtel Corporation (retired), Houston, TX
**Christina M. Baxter,** Emergency Response TIPS, LLC, Melbourne Beach, FL
**Lisa M. Bendixen,** ICF International, Inc., Fairfax, VA
**Jorge A. Carrasco,** Ambipar Response US, Katy, TX
**Anay Luketa,** Sandia National Laboratories, Albuquerque, NM
**Gregory G. Noll,** South Central Task Force, Lancaster, PA
**Dimitris Rizos,** University of South Carolina, Columbia
**William (Bill) C. Shust,** Objective Engineers Inc., Naperville, IL
**Patrick J. Student,** Gunnison, LLC, Elkhorn, NE

*Transportation Research Board, Consensus and Advisory Studies Staff*

**Micah D. Himmel,** Study Director
**Thomas R. Menzies, Jr.,** Director
**Brittany Bishop,** Program Officer
**David O. Willauer,** Senior Program Officer
**Timothy B. Marflak,** Program Coordinator
**Claudia Sauls,** Program Coordinator

*Consultant*

**Sarah Jo Peterson,** 23 Urban Strategies, LLC

---

NOTE: See Appendix C, Disclosure of Unavoidable Conflicts of Interest.

*v*
PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

# Preface

Natural gas production in the United States has increased dramatically over the past two decades. While the nation's transmission pipelines are generally the most efficient means of transporting natural gas over long distances, compressed natural gas and liquefied natural gas (LNG) have been transported by marine vessel and truck for decades. In 2017, U.S. freight railroads petitioned the U.S. Department of Transportation's (U.S. DOT's) Pipeline and Hazardous Materials Safety Administration (PHMSA) to transport LNG by rail in tank cars. In response, PHMSA initiated a rule-making in 2019 to allow bulk transportation of LNG by an existing type of tank car used for cryogenic liquids, the DOT-113. In July 2020, PHMSA issued a final rule allowing these movements. The rule contained several safety requirements, including enhancements to the steel used in the outer tank of the DOT-113, remote monitoring of the pressure and location of the tank car, and risk assessments to evaluate safety and security.

In the Further Consolidated Appropriations Act of 2020, Congress directed PHMSA to commission a study by the Transportation Research Board (TRB) of the National Academies of Sciences, Engineering, and Medicine to examine the safety of transporting LNG by rail. To conduct the study, TRB convened a committee of experts whose fields include railroad engineering, safety, and operations; railway simulation; track and equipment failure analysis; accident investigation; heavy equipment full-scale testing; hazardous materials safety regulation; hazardous materials transportation, packaging, and safe handling; LNG behavior; state and local emergency management; and risk analysis. Biographical information

*vii*
PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

*viii*                                                                    *PREFACE*

on the 12 committee members, who served uncompensated in the public interest, appears at the end of the report.

The study was divided into two phases, each producing a report. In the first phase, the committee reviewed the work and plans of an interagency task force of PHMSA and the Federal Railroad Administration that was charged with conducting research, gathering data, and undertaking testing to gain a better understanding of the risks of transporting LNG by rail and options for mitigating them. The findings from the first phase of the study were reported in June 2021 in *Preparing for LNG by Rail Tank Car: A Review of a U.S. DOT Safety Research, Testing, and Analysis Initiative*.[1]

This report presents the results of the study's second phase in which the committee was charged with conducting a broader review of the hazard characteristics of LNG and the safety record of LNG shipments when transported by other modes. The goal of this phase was to identify areas where additional investigation, analysis, and monitoring may be warranted so that industry and regulators can better assess LNG's risks in rail transportation and make choices about how best to manage those risks. The full study charge is presented and discussed in Chapter 1.

**ACKNOWLEDGMENTS**

The committee thanks the many individuals who contributed to its work. The PHMSA liaison for the study was Michael Klem, who provided contract oversight and handled information requests from the committee. The committee was briefed by or received information from the following: William S. Schoonover and Eamonn Patrick, PHMSA; Larry Jantzen, City of Austin Fire Department; Gregory Milewski, Consultant; Michael Ratner, Congressional Research Service; Samer Mosis, Global LNG Analytics, S&P Global Platts; Pedro Santos, CNGmotive; Scott Nason, Rail & ISO Markets, Chart Industries; A. D. McKisic, Trinity Rail; Jeff Moller and Robert Fronczak, AAR; Paul Bomgardner, Federal Motor Carrier Safety Administration; Bill Reese, Commercial Vehicle Safety Alliance; Dan Wright, Kenan Advantage Group; CAPT Daniel Cost, U.S. Coast Guard Headquarters; Aditya Aggarwal, ABS Global Gas Solutions; Andrew Kohout, Federal Energy Regulatory Commission; Paul Ruesch, U.S. Environmental Protection Agency, Region 5; Ron Hassan, International Association of Fire Fighters; Tim Gablehouse, NASTTPO; Thomas Farmer, Association of American Railroads; Trey Morrison and Ryan Hart, Exponent; Andrew Kohout, Federal Energy Regulatory Commission; Ashley T. Madray, LNG Refrigerants,

---

[1] National Academies of Sciences, Engineering, and Medicine, *Preparing for LNG by Rail Tank Car: A Review of a U.S. DOT Safety Research, Testing, and Analysis Initiative* (Washington, DC: The National Academies Press, 2021), https://doi.org/10.17226/26221.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

Gas Innovations; Todd Treichel, Association of American Railroads Tank Car Safety Project; John Tunna, Federal Railroad Administration Office of Research, Development and Technology (retired); Dave Anderson, Elbow River Marketing; Michael Iden, Tier 5 Locomotive LLC; Erica Bernstein, TRANSCAER; Manuel "Manny" Ehrlich, RESPONDER, LLC; and Fred Millar, independent consultant.

Micah D. Himmel directed the study and assisted the study committee in the preparation of this report along with Brittany Bishop, Sarah Jo Peterson, and David O. Willauer. Thomas R. Menzies, Jr., provided oversight management and Timothy B. Marflak and Claudia Sauls provided administrative and logistical support in addition to assisting with preparing the report for publication.

The report was reviewed in draft form by individuals chosen for their diverse perspectives and technical expertise. The purpose of this independent review is to provide candid and critical comments that will assist the National Academies in making each published report as sound as possible and to ensure that it meets the institutional standards for quality, objectivity, evidence, and responsiveness to the study charge. The review comments and draft manuscript remain confidential to protect the integrity of the deliberative process. Karen Febey managed the review process.

The committee thanks the following individuals for their review of this report: Grady Cothen, Federal Railroad Administration (retired); Eric Gebhardt, Wabtec Corporation; Bo Barker Jørgensen, Aarhus University; Melvin Kanninen, MFK Consulting Services; John Samuels, Revenue Variable Engineering, LLC; Jo Strang, American Short Line and Regional Railroad Association; Todd Treichel, Railway Supply Institute-American Association of Railroads; and Katherine Turnbull, Texas A&M Transportation Institute.

Although the reviewers listed above provided many constructive comments and suggestions, they were not asked to endorse the conclusions or recommendations of this report, nor did they see the final draft before its release. The review of this report was overseen by Chris T. Hendrickson (National Academy of Engineering), Carnegie Mellon University (emeritus), Pittsburgh, Pennsylvania, and Roger McCarthy (National Academy of Engineering), McCarthy Engineering, Palo Alto, California. They were responsible for making certain that an independent examination of this report was carried out in accordance with the standards of the National Academies and that all review comments were carefully considered. Responsibility for the final content rests entirely with the authoring committee and the National Academies.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

# Contents

EXECUTIVE SUMMARY                                                      1

1    INTRODUCTION                                                      5
     Study Origin, 8
     Phase 2 Study Approach, 10
     Report Organization, 12

2    BACKGROUND ON LIQUEFIED NATURAL GAS
     SHIPPING AND FACILITIES                                          13
     Overview of LNG Facilities, 13
     Experience Shipping LNG by Rail, 16
     LNG Containers, 18
     Natural Gas and LNG Commodity Flows, 21
     Factors Influencing the Future Demand for LNG by
          Tank Car, 23
     Summary, 26

3    LIQUEFIED NATURAL GAS'S HAZARDOUS
     CRYOGENIC AND FLAMMABLE PROPERTIES                               27
     What Is Liquefied Natural Gas?, 27
     LNG Properties That Create Hazards, 29
     Properties in Comparison with Other Flammable and
          Cryogenic Materials Transported by Rail, 32
     Summary, 36

(Page 30 of Total) PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

*xii*                                                          *CONTENTS*

4    CRYOGENIC TANK CARS AND LIQUEFIED
     NATURAL GAS HAZARDS                                       37
     Design Features of Cryogenic Packaging and
          Tank Cars, 37
     Upgrades to the DOT-113 for LNG, 44
     Hazard Scenarios When Transporting LNG in Tank Cars, 44
     Summary, 50

5    TRANSPORTATION SAFETY REQUIREMENTS AND
     PERFORMANCE                                               53
     Overview of Safety Assurance for Rail Transportation of
          Hazardous Materials, 54
     Special Conditions: The Case of High-Hazard Flammable
          Trains, 59
     Special Conditions for Moving LNG by Rail, 61
     Safety Record of Transporting LNG and Other Cryogenic
          and Flammable Materials, 64
     LNG by Rail in Japan, 68
     Summary, 69

6    EMERGENCY PREPAREDNESS AND RESPONSE                       71
     LNG Challenges for Emergency Response, 71
     Emergency Planning and Preparedness, 73
     Emergency Response, 76
     LNG Training, 76
     Summary, 79

7    SUMMARY ASSESSMENT AND ADVICE                             81
     Summary of Findings, 83
     Recommendations, 86

APPENDIXES
A    Liquefied Natural Gas Safety Assurance for Trucking and
     Maritime Transport                                        89
B    Study Committee Biographical Information                  109
C    Disclosure of Unavoidable Conflicts of Interest           117

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

# Executive Summary

As the domestic production of natural gas and demand from export markets has grown over the past decade, so too has demand for producing and transporting liquefied natural gas (LNG). LNG is regulated as a hazardous material when transported because it is a cryogenic liquid and flammable when released as a gas. In July 2020, the U.S. Department of Transportation's Pipeline and Hazardous Materials Safety Administration (PHMSA) and Federal Railroad Administration (FRA) issued a rule authorizing the transportation of LNG by rail tank car for the first time. Shipments are authorized in an upgraded version of a common cryogenic tank car, the DOT-113C120W9. As of July 2022, LNG had yet to be shipped by tank car, and no upgraded tank cars had been produced for the in-service cryogenic fleet.

This study's purpose is to identify areas where additional investigation, analysis, and monitoring may be warranted so that industry and regulators can better assess LNG's risks in rail transportation and make choices about how best to manage those risks. To do so, the expert committee charged with conducting the study reviewed the hazards associated with LNG's cryogenic and flammable properties, the experience with shipping LNG by truck and ship, the safety assurance frameworks established for ensuring that LNG and other hazardous materials shipments are transported without incident, and the state of emergency response planning and preparation for hazardous materials incidents in general and for LNG in particular. The committee also reviewed results from fire testing of a cryogenic portable tank that shares some of the DOT-113 tank car's design features and impact testing of the upgraded DOT-113 tank car.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

On the basis of this review, the committee finds that LNG has a long history of safe transportation in other modes and that PHMSA, FRA, and industry have started to take precautions to ensure the safe transportation of LNG by rail tank car. However, more than 18 months after PHMSA's authorization of these movements little has changed with regard to the shipment of LNG by rail, and there remains a great deal of uncertainty about how much LNG will be transported, when, and over which routes. In the committee's view, this lull provides an opportunity to further assess these precautions and prepare for an effective response to incidents and emergencies that may arise. Furthermore, in having reviewed the results of the recent impact and fire tests, the committee believes that further investigation and analyses of the DOT-113C120W9 tank car are warranted to ascertain its resistance to overheating and a high-pressure release arising from LNG's distinctive cryogenic and flammable properties. For these purposes, the committee offers the following recommendations.

**Recommendation 1: PHMSA and FRA should plan an LNG safety assurance initiative that would be launched before LNG tank cars are put in service. The safety assurance initiative would actively monitor initial plans for and early patterns of LNG traffic activity, including the locations and routes of shipments, the number and configuration of tank cars in trains, and reports of incidents involving a tank car or train carrying LNG. The initiative would enable the more timely and targeted development and dissemination of resources, direction, and guidance, with interventions as necessary, to ensure that**

- **Emergency responders in communities expected to have high levels of LNG rail traffic activity have the needed guidance, training, and specialized resources to respond to potential incidents;**
- **Personnel engaged in the transfer and transportation of LNG by rail are qualified and properly trained for safe shipment handling, operations, and emergency actions;**
- **Protocols for train makeup, handling, and operations are suited to LNG shipping patterns, such as in single cars, large blocks, or unit trains, for instance, as informed by the results of longitudinal train dynamics and operation simulation software;**
- **Track inspection protocols are appropriate for, and targeted to, routes with significant LNG traffic; and**
- **The risk assessment and management analyses required by regulation (49 CFR 172.820, Additional planning requirements for transportation by rail) are comprehensive and well informed.**

**While the surveillance and monitoring of anticipated and actual traffic activity will need to wait until more firm plans are made for LNG's**

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

transportation by tank car, the many preoperational aspects of this safety assurance initiative (e.g., the development of emergency response guidance) would need to commence well in advance of when those plans are executed.

**Recommendation 2: PHMSA and FRA should review the DOT-113C120W9 tank car specification to ensure that it adequately accounts for the cryogenic and thermal properties of LNG that could contribute to a tank release and cascading impacts. In particular, the agencies should obtain data needed to assess**

- **The capacity of the pressure relief devices to vent sufficient LNG when the tank car is engulfed in an LNG fire, taking into account derailment conditions, such as a rollover, that could degrade this capacity;**
- **The effects of adding more and different types of insulation in the annular space to ensure sufficient performance of the multilayer insulation system when the tank car is exposed to heat flux and direct flame impingement from an LNG fire; and**
- **The potential for the outer tank to experience cryogenic brittle failure and loss of vacuum insulation when exposed to an LNG pool.**

**The outcomes of this recommended review, should they raise concerns, could affect the design specifications for pressure relief devices, insulation, and the type of outer tank steel, as well as have further implications for other design features such as shell thickness and head protection.**

In November 2021, PHMSA proposed amending its earlier rule to temporarily suspend the authorization of tank car movements of LNG, pointing to the importance of completing additional tank car testing and analyses and responding to a mandate in Executive Order 13990 for PHMSA to review recent actions that could be obstacles to federal policies promoting public health and safety, the environment, and climate change mitigation. The committee did not assess this proposal to suspend the rule, nor was it tasked with examining and reaching conclusions about the risk and desirability of transporting LNG by rail. The measures recommended in this report are intended to inform follow-on risk assessments and choices about how best to ensure the safe transportation of LNG by rail tank car in the manner demonstrated by marine vessels and trucks for many decades.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

# 1

# Introduction

Natural gas production in the United States has increased dramatically since the beginning of the twenty-first century, owing to advances in extraction technology. Consisting of methane and other hydrocarbon gases, extracted natural gas is processed to meet a minimum standard for methane content for transportation by pipeline.[1] A network of gas transmission pipelines spans the continental United States to undergird the long-distance transportation from upstream extraction and processing sites to local utilities, manufacturers, and other end users.[2] The pipeline network is especially critical for natural gas shipments because of its efficiency in transporting pressurized gases when compared with other modes. However, pipeline networks do not reach across oceans, and their scope is limited in certain domestic regions.

In regions where the gas transmission pipeline network lacks sufficient capacity and connectivity between producers and end users, natural gas is shipped as a cryogenic liquid. Liquefied natural gas (LNG; also known as refrigerated liquid methane) is produced by super-cooling natural gas to –260°F (–162°C). The resulting dense liquid is economical to store and ship by transportation modes other than pipelines. LNG is valued by gas utilities for its compact storage and ability to be regasified at peak-shaving plants

---

[1] 40 CFR § 72.2, "Pipeline natural gas." "[P]ipeline natural gas must either be composed of at least 70 percent methane by volume or have a gross calorific value between 950 and 1100 Btu per standard cubic foot."

[2] There are approximately 300,000 miles of transmission pipeline. Pipeline Mileage and Facilities, https://www.phmsa.dot.gov/data-and-statistics/pipeline/pipeline-mileage-and-facilities.

5

Copyright National Academy of Sciences. All rights reserved.

to meet surges in the demand for heating fuel during winter months. For decades, LNG has been imported into the United States as a peak-shaving fuel, especially in New England, where the transmission pipeline network is limited. Thus, the domestic demand for LNG has depended in large part on the extent of the natural gas pipeline network.

Although a long-time importer of LNG, the United States recently transitioned from a net importer to a net exporter.[3] This transition followed the large increase in domestic natural gas production that began with the maturation of horizontal drilling and hydraulic fracturing.[4] While LNG can be expensive to produce[5] and transport,[6] U.S. gas producers have benefited from the growing demand for overseas exports in ships that can hold tens of millions of gallons of product. Shippers also move smaller quantities of LNG by truck and marine vessel in intermodal containers able to hold up to about 10,000 gallons. LNG thus serves an important role in the global energy market. Because of its portability, LNG can be traded to respond to geographic and seasonal variations in fuel demand, thereby smoothing out international fuel price differentials.[7]

Significantly, railroads have only recently been used to transport LNG within the United States, and even then, in limited quantities using cryogenic intermodal containers. Responsibility for regulating the movement of LNG, including the modes and containers used, rests with the U.S. Department of Transportation (U.S. DOT). In implementing the U.S. DOT's Hazardous Materials Regulations (HMR), the Pipeline and Hazardous Materials Safety Administration (PHMSA) has long had the authority to allow LNG to be shipped in these intermodal containers, but it had been mainly transported by marine vessel and truck. Starting in 2015, the Federal Railroad Administration (FRA) issued letters of approval for intermodal containers laden with LNG to be transported by rail. Shortly thereafter, in

---

[3] U.S. Energy Information Administration, "Liquefied Natural Gas," July 15, 2020, https://www.eia.gov/energyexplained/natural-gas/liquefied-natural-gas.php.

[4] E. Russell Braziel, *The Domino Effect* (Arlington, VA: NTA Press, 2016), p. 11.

[5] Although the cost varies, the estimate for liquefaction was reported as ranging $4 to $5 per million Btu, which at the time of the presentation to the committee was about double the unit cost of natural gas. Pedro Santos, "Information Presentation: LNG Logistics," committee presentation, September 21, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/SantosCNGmotiveIncAlternativeRailEnergy092021.pdf.

[6] For reference, based on the 156 LNG cargoes exported by cryogenic intermodal container in 2021, the price for LNG exports was double the price of exports by vessel (i.e., LNG tanker). Michael Ratner, "U.S. Natural Gas: A Catalyst for Change," committee presentation, September 21, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/RatnerCSSLNGPerspective92021.pdf.

[7] Samir Mosis, "Global LNG Market Overview and Outlook," committee presentation, September 21, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/SandPGlobalSameretalGlobalLNGMarket092021.pdf.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

2017, the Association of American Railroads (AAR) petitioned PHMSA to amend the HMR to authorize LNG's transportation in DOT-113C120W and DOT-113C140W cryogenic tank cars.[8] These tank cars, which are fabricated with inner and outer tanks for thermal insulation and impact protection, had already been approved by PHMSA to ship other cryogenic liquids such as argon, ethylene, nitrogen, and oxygen. The AAR petition contends that LNG had been omitted from the list of commodities approved for transport in DOT-113 tank cars because there had been no market demand for the commodity's shipment at the time of the approvals. AAR further maintained that the DOT-113 tank car should be approved for LNG because its properties are comparable to those of other cryogenic liquids that are approved.

During its consideration of the AAR petition, PHMSA issued a special permit in December 2019 for rail shipments of LNG in the DOT-113C120W tank car on a route from Wyalusing, Pennsylvania, to Gibbstown, New Jersey.[9] The route would originate at an LNG production facility in the gas–rich shale play in the Marcellus Formation. It would end at an export terminal along the New Jersey coast that remains subject to permitting approval.[10]

Responding to Executive Order 13868,[11] PHMSA published a notice of proposed rulemaking (NPRM) to authorize LNG shipments by rail tank car in October 2019. In July 2020, PHMSA issued a final rule, in coordination with FRA, to authorize transportation of LNG in a newly specified DOT-113 tank car, the DOT-113C120W9 tank car. The new "W9" specification differs from the DOT-113C120W in that it requires an outer tank made of a thicker plate of a more puncture-resistant steel. The final rule also included requirements for train operational controls and safety and security route planning comparable to those that have been in place for hazardous material shipments that are explosive or poisonous when inhaled.

On November 8, 2021, PHMSA issued another NPRM to suspend the final rule's authorization of LNG transportation in the DOT-113C120W9

---

[8] Association of American Railroads, "Petition for Rulemaking to Allow Methane, Refrigerated Liquid to Be Transported in Rail Tank Cars," January 13, 2017, https://www.regulations.gov/document/PHMSA-2017-0020-0002.

[9] Pipeline and Hazardous Materials Safety Administration, "Special Permit DOT-SP 20534, Granted to Energy Transport Solutions, LLC," December 5, 2019, https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/docs/safe-transportation-energy-products/72906/dot-20534.pdf.

[10] Michael Rubinkam, "East Coast Natural Gas Plant on Hold After Legal Challenge," AP News, March 21, 2022, https://apnews.com/article/business-environment-pennsylvania-environment-philadelphia-8b44e0a365b8ba075b81b4c4f57cfa35.

[11] Executive Office of the President, "Executive Order 13868, Promoting Energy Infrastructure and Economic Growth," Federal Register, 84 FR 15495, April 15, 2019, https://www.federalregister.gov/documents/2019/04/15/2019-07656/promoting-energy-infrastructure-and-economic-growth.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

tank car.[12] In the notice, PHMSA pointed to the importance of completing the planned tank car testing and analyses and responding to a mandate in Executive Order 13990 calling for agencies to review recent actions that could be obstacles to federal policies promoting public health and safety, the environment, and climate change mitigation. In this latest NPRM, the agency proposed that it would consider further regulatory action during the suspension, possibly to include maintaining the final rule or modifying it to authorize only ad hoc movements of LNG as had been done before the 2020 final rule. The notice states that decisions would be made on the basis of the best available science and data, including the findings from this congressionally requested study.

## STUDY ORIGIN

Following AAR's petition in 2017, concerns were raised about the safety of transporting LNG by rail tank car, owing to the potential of ignition of LNG if released in a train derailment.[13] Thus, during their review of the petition and to inform their proposed rulemaking, PHMSA and FRA formed an LNG-by-rail task force (Task Force) to better understand, predict, and reduce the risks associated with derailment of a train transporting LNG. The Task Force pursued 15 tasks that covered topics such as a survey of international LNG transportation, a quantitative risk assessment, worst-case scenario modeling, fire testing of a UN-T75 cryogenic portable tank that shares some of the design features of the DOT-113, and consultations with emergency responders.

While the Task Force's work proceeded, and prior to when PHMSA issued its final rule approving the movement of LNG by the DOT-113C120W9 tank car in July 2020, Congress directed PHMSA to commission a study by the Transportation Research Board of the National Academies of Sciences, Engineering, and Medicine (the National Academies) on the safe transportation of LNG by rail tank car.[14] As explained in the Preface, the National Academies convened a committee of independent experts to conduct the

---

[12] Pipeline and Hazardous Materials Safety Administration, "Hazardous Materials: Suspension of HMR Amendments Authorizing Transportation of Liquefied Natural Gas by Rail," *Federal Register*, 86 FR 61731 (2021), https://www.govinfo.gov/content/pkg/FR-2021-11-08/pdf/2021-23132.pdf.

[13] Pipeline and Hazardous Materials Safety Administration, "Hazardous Materials: Liquefied Natural Gas by Rail—Final Rule," 85 FR § 44994, 2020, https://www.federalregister.gov/documents/2020/07/24/2020-13604/hazardous-materials-liquefied-natural-gas-by-rail. See page 45022, "Comments of General Opposition."

[14] Further Consolidated Appropriations Act of 2020: Committee Print of the Committee on Appropriations, U.S. House of Representatives, P.L. 116-94, January 2020, https://www.govinfo.gov/content/pkg/CPRT-116HPRT38679/pdf/CPRT-116HPRT38679.pdf.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

study in two phases to produce two reports. The first phase would provide near-term feedback regarding the work and plans of the Task Force. The findings from the first phase of the study were reported in June 2021 in *Preparing for LNG by Rail Tank Car: A Review of a U.S. DOT Safety Research, Testing, and Analysis Initiative.*[15] In the second phase, the committee is charged with reviewing the experience of transporting LNG in bulk shipments by other modes, what is known about the effectiveness of the kinds of regulatory and industry measures put in place to ensure the safe transportation of LNG by rail tank car, and the state of emergency response preparedness for rail incidents involving LNG shipments. Informed by this review, the committee is asked to consider any actions, both near and long term, that are warranted to improve understanding of the risks associated with transporting LNG by rail, mitigate risks, and prevent and prepare for potential incidents. The full Statement of Task for the two phases is provided in Box 1-1.

---

**BOX 1-1**
**Statement of Task**

An ad hoc committee appointed by the National Academies of Sciences, Engineering, and Medicine will review, per request of Congress, current U.S. Department of Transportation (U.S. DOT) plans and activities to inform government and industry decisions about the transportation of liquefied natural gas (LNG) by rail and consider ways to ensure the continued safety of these shipments over the longer term. The committee's review will be carried out in two phases, each producing a report with findings and recommendations as appropriate.

**Phase 1**
The committee will review ongoing and planned U.S. DOT efforts, as documented and reported by the Pipeline and Hazardous Materials Safety Administration (PHMSA) and the Federal Railroad Administration (FRA), that are intended to inform pending decisions about whether and how bulk shipments of LNG can be safely transported by rail tank car. The review will focus specifically on the plans and progress of the PHMSA–FRA LNG Task Force, which has developed and begun executing a multitask program of research, data gathering, analysis, testing, modeling, and risk assessment. Based on the expert judgment of its members, and drawing largely on the Task Force's reports of results, ongoing and planned tasks, and other relevant information, the committee will produce a report with findings on specific tasks and the program overall with regard to quality, completeness, and relevance to the agencies' near-term decision-making needs. The committee may make recommendations in this first report that can be acted on quickly to strengthen the program.

*continued*

---

[15] National Academies of Sciences, Engineering, and Medicine, *Preparing for LNG by Rail Tank Car: A Review of a U.S. DOT Safety Research, Testing, and Analysis Initiative* (Washington, DC: The National Academies Press, 2021), https://doi.org/10.17226/26221.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

---

**BOX 1-1 Continued**

**Phase 2**

The committee will engage in information gathering and analysis to conduct an in-depth study of topics relevant to ensuring the safe movement of LNG by rail if allowed by special permit or regulatory authorization. At a minimum, the committee will examine

- The experience of transporting LNG in bulk shipments by other modes, including by water and truck, to identify basic principles applied for safety assurance that can inform measures taken by government and industry to ensure the safe movement of LNG by rail;
- What is known about the effectiveness of special regulatory and industry measures intended to ensure the safe transportation of other relevant bulk rail shipments of hazardous materials, especially any routing, speed, and other operational controls applied to high-hazard flammable trains and accompanying enhanced track inspection regimes; and
- The applicability to bulk rail transportation of LNG of current emergency response plans, protocols, and guides for responding to LNG transportation incidents, such as in PHMSA's Emergency Response Guidebook.

In carrying out its review of these topics, the committee may determine that there are other topics directly relevant to the safe transportation of LNG by rail that warrant examination, and it may elect to do so. Based on findings from the study, the committee will issue a second report containing recommendations as appropriate to Congress, PHMSA, FRA, industry, emergency responders, and other relevant parties on actions, both nearer and longer term, that are warranted to improve understanding of the risks associated with transporting LNG by rail, mitigate risks, and prevent and prepare for potential incidents.

---

## PHASE 2 STUDY APPROACH

In the first phase, the committee evaluated the Task Force's work plan and found it to be largely comprehensive and well designed. While the committee made several recommendations for the Task Force to improve the description and documentation of its work, the Task Force's limited lifespan presented few opportunities for the committee to advise on future work, apart from improvements to testing and analyses that were planned but delayed during the COVID-19 pandemic. Notably, the committee observed that a second phase of portable tank fire testing was still being planned and that opportunities existed to modify the testing plan to improve the quality of the data quality and analysis. The actions recommended included using LNG (rather than propane) as the pool fire fuel, modifying the pool fire by increasing its size and making it circular, placing the portable tank in a

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

rollover orientation where the pressure relief valve will vent liquid, evaluating an LNG fireball and tank fragmentation in the event of overheating and high-pressure release to prepare emergency response personnel, and assessing the potential for cryogenic damage cascading to adjacent tanks by evaluating the topography surrounding the rail tracks that could support pool formation. For reasons that are explained more fully in this report, these recommendations stemmed from concern over the high heat flux that can be created from an LNG pool fire and the potential for releases of cryogenic LNG to cause embrittlement of the outer tank steel.

To build on information gleaned during the first phase, the committee held a series of public data-gathering sessions, inviting dozens of subject-matter experts to present on topics relevant to the study charge. Experts presented on the LNG market outlook; rail operations, safety, and security; hazardous materials transportation; means of ensuring the safety of LNG shipments in the maritime and trucking modes; risk management at LNG liquefaction facilities and terminals; potential consequences of a release of LNG; and the state of emergency preparedness and response to LNG incidents. The presenters are acknowledged in the Preface.

Informed by this data gathering, the committee considered potential hazards arising from an incident involving a release of LNG during railcar loading and unloading and during a derailment and collision.[16] The committee decided to focus its attention on derailments of multiple tank cars as a candidate pathway for the double-walled cryogenic tank car to be compromised and for released LNG vapor to catch fire. The recent history of tank cars carrying crude oil and ethanol catching fire after being punctured during a derailment reinforced the decision to focus on such highly kinetic events.

The committee's ability to assess the likelihood of risks was hampered by uncertainty about the future of LNG transportation by rail, including whether shipments will be made at all, much less in trains carrying multiple LNG tank cars. As of the preparation of this report during the summer of 2022, railroads had not transported LNG by tank car, nor were there indications about when such service would commence because no upgraded DOT-113 tank cars had entered the fleet. Still, the experience with crude oil and ethanol bears keeping in mind, as rail shipments of these flammable liquids grew rapidly before industry and regulators were fully aware of and able to manage their risks.

---

[16] While other conceivable hazards—such as acts of terrorism—warrant attention, the long-standing programs and regulatory framework for preventing a deliberate act or the outcome of such an act are identical to those required for all hazardous materials, including materials toxic by inhalation (e.g., chlorine and anhydrous ammonia) and high-hazard flammable trains carrying crude oil or ethanol.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

Thus, with the future role of rail in transporting LNG being uncertain, the second phase of the study is intended to inform the decisions that lie ahead for PHMSA and FRA as they consider additional steps to ensure safety. The committee set out to identify those areas where additional investigation, analysis, and monitoring may be warranted so that industry and regulators can better assess and manage LNG's risks in rail transportation. To develop its report, the committee reviewed the experience with and safety measures used by other modes when transporting LNG; the regulatory and industry-based framework of guidance and rules to ensure the safe transportation of hazardous materials such as LNG; and the applicability of current emergency preparedness and response guidance and plans such as AAR's Recommended Railroad Operating Practices for Transportation of Hazardous Materials (Circular No. OT-55) and PHMSA's *Emergency Response Guidebook*. The committee thus exercised judgment in considering data and applying lessons from sectors with a track record of safely handling and transporting LNG such as liquefaction facilities, marine vessels, and motor carriers.

**REPORT ORGANIZATION**

The remainder of the report consists of six chapters. The next chapter (Chapter 2) provides an overview of the LNG facilities where these shipments originate and terminate and discusses the types of containers used to move the shipments by truck, train, and ship. It then considers the potential future demand for shipping LNG by rail. Chapter 3 describes the composition of LNG and the hazards associated with its cryogenic and flammable properties. The chapter then compares the properties of LNG to those of other cryogenic and flammable materials that are transported by rail in tank cars in the United States.

Chapter 4 provides an overview of the key design features of common cryogenic containers, including the DOT-113 tank car and its upgraded specification for LNG. The discussion then considers hazard scenarios for LNG in a tank car involved in a derailment. Chapter 5 describes the regulations and industry practices regarding movement of LNG and other hazardous materials by rail, such as high-hazard flammable trains. The chapter reviews the safety record of transporting LNG and other cryogenic and flammable materials, as well as the history of moving LNG by rail in Japan. Chapter 6 describes emergency preparedness and response planning for moving LNG and other hazardous materials by all modes of transportation, with a focus on rail. Consideration is given to the challenges that LNG presents for emergency response, emergency planning and preparedness, and LNG training. Chapter 7 contains a summary of the study findings and the committee's recommendations in fulfillment of the Statement of Task.

Copyright National Academy of Sciences. All rights reserved.

2

# Background on Liquefied Natural Gas Shipping and Facilities

Natural gas has been shipped as liquefied natural gas (LNG) by marine vessel and cargo tank motor vehicles for decades. This chapter provides an overview of the LNG facilities where these shipments originate and terminate and discusses the types of containers used to move the shipments by truck, train, and ship. It concludes with an overview of natural gas and LNG commodity flows in the United States and considers the potential future demand for shipping LNG by rail.

## OVERVIEW OF LNG FACILITIES

Natural gas is primarily transported by pressurized pipelines in the United States. The gas pipeline network is vast, consisting of hundreds of thousands of miles of gathering lines from field wells to gas production facilities, transmission lines used for long-distance transportation, and distribution systems used to serve end users. However, a relatively small portion of the natural gas produced is also super-cooled to a liquid for storage and transportation by ship, truck, and train. When liquefied, natural gas is reduced to 1/600 of its original gaseous volume and to half the weight of water, enabling the other modes to transport shipments economically between locations lacking connecting transmission pipelines. Figure 2-1 shows the extent of the natural gas transmission pipeline network in the continental United States. Note that the network is densest in the Midwest and Gulf of Mexico regions. New England stands out as a heavily populated area having few pipelines, and thus it is more dependent on gas shipments by truck and ship in the form of LNG.

PREPUBLICATION COPY—Uncorrected Proofs
Copyright National Academy of Sciences. All rights reserved.

*14*                                          *PREPARING FOR LNG BY RAIL TANK CAR*



**FIGURE 2-1 U.S. natural gas transmission pipeline system.**
SOURCE: Pipeline and Hazardous Materials Safety Administration.[1]

LNG transportation typically starts or ends at an LNG facility, where gas is liquefied for storage and transportation or where LNG is regasified for use. The three main facility types are peak-shaver plants, import/export terminals, and mobile and satellite facilities. See Figure 2-2 for a map of the location of these facilities in the continental United States as of August 2021.[2]

Peak-shaving plants store LNG in preparation for times of peak gas demand, such as for heating during winter or air conditioning during summer. In general, these plants are small-scale liquefaction facilities that receive natural gas by pipeline, liquefy it to LNG, and store the liquid until needed. When demand requires, the LNG is regasified to distribute through the pipeline network or the LNG transported by truck for regasification onsite by end users. These plants are capable of producing about 100,000 gallons of LNG per day and storing up to 2 million gallons. They are the most common type of LNG facility; there are 69 plants in 26 states.

The largest LNG facilities in the United States are the 12 import/export terminals that are located mostly on the Gulf Coast. With the large increase

---

[1] Pipeline and Hazardous Materials Safety Administration, National Pipeline Mapping System, "Data Visualization Overview," https://www.phmsa.dot.gov/data-and-statistics/pipeline/data-visualization-overview.

[2] Annual Reports to PHMSA for in-service and retired plants and the National Pipeline Mapping System as of August 2021, https://www.phmsa.dot.gov/data-and-statistics/pipeline/source-data.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

**FIGURE 2-2 U.S. LNG facilities (August 2021).**
SOURCE: Pipeline and Hazardous Materials Safety Administration.[3]

in domestic natural gas production over the past decade, many of these coastal facilities that were once used for imports have been repurposed for export trade to Asia and Europe. Export terminals depend on pipelines to supply natural gas for liquefaction. Large-scale facilities can store up to 205 million gallons of LNG.[4] It merits noting that terminals in New England and Puerto Rico lack access to pipelines and are used exclusively for receiving LNG.

Smaller satellite (e.g., merchant plants) and mobile facilities are the third most common type of LNG facility. They receive the LNG by truck, temporarily store it, and regasify it for local distribution. Some remote industries such as mining and agriculture depend on service from satellite facilities because they lack access to pipelines. LNG from these facilities can be a temporary solution for new businesses that are waiting to connect to a pipeline network or for a utility to keep serving customers when a line is being repaired or maintained. In addition, commercial and industrial

---

[3] Pipeline and Hazardous Materials Safety Administration, "Gas Distribution, Gas Gathering, Gas Transmission, Hazardous Liquids, Liquefied Natural Gas (LNG), and Underground Natural Gas Storage (UNGS) Annual Report Data," https://www.phmsa.dot.gov/data-and-statistics/pipeline/gas-distribution-gas-gathering-gas-transmission-hazardous-liquids.

[4] Cheniere Energy, "Sabine Pass LNG Facility Currently Stores 17 Bcfe in 5 Tanks," https://www.cheniere.com/where-we-work/sabine-pass.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

users may depend on such stored LNG as a backup fuel source for power generation. Finally, LNG storage facilities provide transportation fuel for some gas-powered trucks, locomotives, and ships. Because they receive LNG by truck, satellite and mobile facilities are often located along main highways. In August 2021, there were 38 satellite facilities in 16 states, with approximately half in New England. Of the 39 mobile facilities, 25 were in California and 12 in Massachusetts.[5]

## EXPERIENCE SHIPPING LNG BY RAIL

To date in the United States, two railroads have received authorization to transport LNG by intermodal portable tanks, and one shipper has received a special permit to transport LNG in a rail tank car. Internationally, several countries have also tested or approved moving LNG by rail, but only Japan has had a long-standing commercial application of LNG by rail.

### Domestic Shipping of LNG by Rail

The first U.S. railroad to receive approval to transport LNG was the Alaska Railroad Corporation (ARRC), as part of a demonstration project. In 2015, the Federal Railroad Administration (FRA) approved the railroad's request to move LNG in UN-T75 portable tanks, a type of cryogenic intermodal container. LNG demonstration tests began the following year with two 40-foot portable tanks of this type. Shipments along a 350-mile route between Anchorage and Fairbanks were made without incident; however, the service ended when the demonstration project period expired in 2017.[6] In June 2021, FRA extended approval of ARRC's LNG service through December 31, 2022.[7]

The Florida East Coast Railway (FEC) received approval from FRA in 2017 to use LNG for fuel and to transport it as cargo in UN-T75 portable tanks between Miami and Port Everglades. With approval from FRA, FEC subsequently expanded the service between Jacksonville and Port Canaveral, Jacksonville and Fort Lauderdale, Miami and Port Canaveral, and Miami and Port of Palm. The rail service, which remains in operation, is used to supply LNG to markets in the Caribbean islands.[8]

---

[5] Pipeline and Hazardous Materials Safety Administration LNG Facility Siting, https://www.phmsa.dot.gov/pipeline/liquified-natural-gas/lng-facility-siting.
[6] Alaska LNG Demonstration Project, https://www.alaskarailroad.com/sites/default/files/communications/2016_LNG_Transport_Demo_Project.pdf.
[7] Federal Railroad Administration to ARRC, "Letter of Approval," June 21, 2021, https://downloads.regulations.gov/FRA-2021-0064-0001/attachment_1.pdf.
[8] Federal Railroad Administration to Florida East Coast Railway, "Letter of Approval," May 1, 2018.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

In December 2019, the Pipeline and Hazardous Materials Safety Administration (PHMSA) issued a special permit to Energy Transport Solutions (ETS) to ship LNG in the DOT-113C120W, a design variant in the DOT-113 family of cryogenic tanks cars. The special permit allowed ETS to ship LNG by tank car from Wyalusing, Pennsylvania, to Gibbstown, New Jersey. However, the permit expired on November 30, 2021, before any movements commenced.[9]

**International Shipping of LNG by Rail**

In 2001, Japan was the first country where LNG was transported by rail. The country is one of the largest importers and users of LNG in the world.[10] It imports LNG by tanker ship at two ports, where the product is unloaded into storage tanks, transferred to coastal vessels to supply other ports, or regasified for pipeline distribution. Shipments are also transported by rail and truck to remote locations not served by pipelines.

Transport Canada authorized shipping LNG by rail in 2014, while several countries in Europe have also conducted tests and trial runs of LNG rail service. In 2018, Transport Canada approved the TC-113C120W cryogenic tank car (which is the same as the DOT-113C120W) for LNG.[11] However, as of June 2022, there was no demand for the service.[12] Enagás, which operates an LNG terminal in Spain, led a pilot project in 2018 that arranged to transport LNG portable tanks by truck, rail, and ship between Huelva and Melilla.[13] While Enagás has not transported LNG by rail since 2018, it plans to do so in the future as it is building an LNG bunkering facility for ships at the Port of Algeciras to serve the Strait of Gibraltar shipping lanes.[14] In 2021, several companies in France and Germany also

---

[9] Special Permit 20534, https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/docs/safe-transportation-energy-products/72911/environmental-assessment.pdf.

[10] International Trade Administration, "Liquefied Natural Gas," January 7, 2022, https://www.trade.gov/country-commercial-guides/japan-liquefied-natural-gas-lng; International Energy Agency, https://iea.blob.core.windows.net/assets/3470b395-cfdd-44a9-9184-0537cf069c3d/Japan2021_EnergyPolicyReview.pdf.

[11] Transport Canada, "Containers for Transport of Dangerous Goods by Rail, a Transport Canada Standard," January 2018, https://tc.canada.ca/sites/default/files/2021-06/tp14877_en.pdf.

[12] Transport Canada, "Containers for Transport of Dangerous Goods by Rail," TP14877E, January 2018, https://tc.canada.ca/sites/default/files/2021-06/tp14877_en.pdf; Call with Transport Canada staff, Dangerous Goods Division, December 2021.

[13] Offshore Energy, https://www.offshore-energy.biz/spain-pilots-lng-supply-by-road-rail-and-sea._

[14] "Spain's Enagás signs joint venture deal for building and charter of LNG bunkering vessel at Algeciras Port," LNG Journal, accessed June 2022, https://lngjournal.com/index.php/latest-news-mainmenu-47/item/103178-spain-s-enagas-signs-joint-venture-deal-for-building-and-charter-of-lng-bunkering-vessel-at-algeciras-port.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

began testing the transportation of LNG by rail, including a trial run by Elengy that is transporting LNG between southern France and Milan, Italy.[15] In January 2022, Elengy signed an agreement with Rubis Terminal to supply LNG to a satellite storage facility near Strasbourg, France, by using rail service from the company's Fos sur Mer LNG terminals on the Mediterranean coast.[16]

## LNG CONTAINERS

Table 2-1 summarizes the main types of cryogenic containers used (or approved) for transportation by the different modes. Ocean-going ships, called gas carriers, transport LNG in much larger volumes than rail and truck, whose containers (shown in Figure 2-3) have greater commonality in terms of capacity and cost. In the sections that follow, an overview is provided of the containers applicable to each mode. A more detailed discussion of their safety features is provided in Chapter 4.

**TABLE 2-1** Containers Used for LNG Shipments by Mode[17,18]

|  | Marine Vessel | Truck | Rail | Intermodal (All Three Modes) |
|---|---|---|---|---|
| Type | Independent tanks Membrane tanks | MC-338 cargo tank trailers | DOT 113C120W9 tank car | UN-T75 portable tank on truck, rail, or ship |
| Container Cost | ~$180 million | ~$150,000 | ~$750,000 | $10,000 (20 ft) $52,000 (40 ft)[19] |
| LNG Capacity | ~35–55 million gal | 12,700 gal | 30,700 gal | 5,000 gal (20 ft) 11,000 gal (40 ft)[20] |

---

[15] Natural Gas Intelligence, https://www.naturalgasintel.com; LNG Industry, https://www.lngindustry.com/liquid-natural-gas/06042021/lng-transported-from-france-to-italy-by-rail.

[16] Elengy Press Release, January 29, 2022, https://www.elengy.com/en/news/news/press-releases/441-signature-agreement-customer-reichstett.html.

[17] Pedro Santos, "Alternative Energy for Railroads," September 21, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/SantosCNGmotiveIncAlternativeRailEnergy092021.pdf.

[18] "Hazardous Materials: Liquefied Natural Gas by Rail—Final Rule," *Federal Register*, 85 FR 44994, p. 45026, July 24, 2020.

[19] Container Exchange, "All Around the LNG ISO Tank with Dimensions, Features, and Costs," https://www.container-xchange.com/blog/lng-iso-tank. ISO Containers range from $10,000 to $52,000.

[20] Scott Nason, "DOT-113 Tank Cars for LNG," September 21, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/NasonChartDOT113TankCars092121.pdf.

Copyright National Academy of Sciences. All rights reserved.



DOT-113 Rail Tank Car      DOT-338 Cargo Tank Trailer      UN-T75 Portable Tank



**FIGURE 2-3 LNG cryogenic containers.**
SOURCE: Chart Industries.

## DOT-113 Tank Car

While versions of the DOT-113 tank car have been used to transport cryogenic commodities other than LNG for decades, the main specification used for cryogenic service today is the DOT-113C120W, which entered service in the 1960s. These vacuum-insulated cars, which do not have any refrigeration equipment, are used mainly to transport argon and ethylene. The DOT-113 can hold about 30,000 gallons of LNG.[21]

## UN-T75 Portable Tanks

As noted above, the UN-T75 portable tank is used to transport cryogenic bulk cargo, including LNG. These portable tanks can be carried by ship, truck, and rail. They can be permanently affixed to a platform or temporarily mounted to allow for movement between modes.[22] The tanks are vacuum insulated and, like the DOT-113, they do not provide refrigeration. They can maintain the cargo at cryogenic temperatures for weeks, ranging from 44 to 65 days for LNG.[23] Depending on length (20 or 40 ft), the tank can hold between 5,000 and 11,000 gallons of LNG.

## MC-338 Cargo Tank Trailers

LNG has been transported by truck for more than 40 years in the United States. The shipments are transported in MC-338 cargo tank trailers or in UN-T75 tanks on flatbed trailers. MC-338 cargo tanks, like the UN-T75 and DOT-113, rely on a vacuum-insulation design to maintain cryogenic

---

[21] Todd Treichel, "Research Update Related to Cryogenic Tank Cars," November 9, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/TreichelRSI-AARRail-TankSafety110921.pdf.
[22] International Organization for Standardization (ISO) Standard 20421-1:2019, https://www.iso.org/standard/68589.html?browse=tc.
[23] Chart Industries (personal communication, March 24, 2022).

Copyright National Academy of Sciences. All rights reserved.

*20*                                                        *PREPARING FOR LNG BY RAIL TANK CAR*

temperatures.[24] The tank has a capacity of 13,000 gallons when carrying LNG. During 2021, there were more than 520 motor carriers that transported LNG in approximately 28,000 MC-338 cargo tanks.[25]

**Marine Gas Carriers**

The first LNG cargo transported by ship was from Louisiana to Great Britain in 1959. Today, the global fleet of LNG gas carriers consists of more than 600 vessels.[26] A modern LNG gas carrier is shown in Figure 2-4.[27] The majority of ocean-going LNG carriers are designed with membrane tanks, where the tank is built into the vessel's structure. On some vessels, a portion of the LNG cargo is gasified en route and used for propulsion. Independent tank configurations are also in use. To fuel LNG vessels in port, specially designed bunker barges are used. The first LNG bunker barge built to fuel LNG vessels in the United States started service in Jacksonville, Florida, in 2018.



**FIGURE 2-4 LNG gas carrier.**
SOURCE: U.S. Department of Energy, Office of Fossil Energy and Carbon Management.

---

[24] Specification MC-338; insulated cargo tank motor vehicle, 49 CFR § 178.3381.

[25] Paul Bomgardner, "Transportation of LNG by Highway, Introduction and FMCSA Responsibilities," September 21, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/Bomgardner FCMCR092021.pdf.

[26] All LNG carriers currently operating for import and export in the United States are under foreign flags and with foreign crews. The only U.S.-flagged vessels transporting LNG are a small number of bunker barges that store and move LNG used as fuel in LNG-powered vessels.

[27] LNG Carrier, Office of Fossil Energy and Carbon Management, https://www.energy.gov/fecm/liquefied-natural-gas-lng.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

## NATURAL GAS AND LNG COMMODITY FLOWS

In the United States, production of natural gas increased roughly 25 percent between 2016 and 2020. The U.S. Energy Information Administration tracks interstate and international border movements of natural gas, including LNG. Of the nearly 65,752,000 billion cubic feet (bcf) of natural gas transported between states in 2020, the vast majority was transported by pipeline through the transmission pipeline network shown previously in Figure 2-1. Trucks transported only an estimated 3,864 million cubic feet (mmcf)[28] of natural gas as LNG.[29] Main routes for interstate LNG truck movements are depicted in Figure 2-5. As noted previously, these movements are largely influenced by the location of merchant plants.



**FIGURE 2-5 Interstate LNG movements by truck, 2019.**
SOURCE: Cambridge Systematics.[30]

---

[28] U.S. Energy Information Administration, *Natural Gas Annual 2000*, https://www.eia.gov/naturalgas/annual/pdf/nga20.pdf. "Continuation text lines" documents interstate truck shipments by company. The estimate was derived by compiling interstate LNG movements by truckload by company, as 1 mmcf is equal to approximately one truckload.

[29] U.S. Energy Information Administration, Natural Gas Annual 2020, https://www.eia.gov/naturalgas/annual/pdf/nga20.pdf.

[30] Cambridge Systematics, PHMSA Risk Assessment of Liquefied Natural Gas, 2019, p. 42, https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/docs/research-and-development/hazmat/reports/71651/fr2-phmsa-hmtrns16-oncall-20mar2019-v3.pdf. Natural gas interstate movements by motor carrier were derived from the 2019 EIA Natural Gas Annual Report using state centroids as origins and destinations. CNG Motive added selected merchant plants for the presentation to the committee on September 21, 2021.

Copyright National Academy of Sciences. All rights reserved.

**Exports and Imports**

The United States exports LNG to countries around the world by ship, with only a tiny fraction moving by truck to other countries in North America (see Figure 2-5). U.S. exports have been steadily increasing since 2016 while imports have remained relatively flat (see Figure 2-6).[31] In general, exports of LNG to overseas customers are seasonally driven, with volumes to Asia and Europe increasing during the winter months in each region. The timing of exports, however, also depends on infrastructure. For instance, because European countries have an extensive infrastructure to store gas underground, they can purchase LNG from the United States at lower prices during the summer months when demand from Asia declines.[32]



**FIGURE 2-6 Annual U.S. liquefied natural gas exports, 2005–2021.**
NOTE: Data for U.S. LNG exports are overwhelmingly by ship; trucks transport less than 0.04 percent of exports.
SOURCE: U.S. Energy Information Administration.[33]

---

[31] U.S. Energy Information Administration, "Monthly US Natural Gas Imports and Exports January 2014–December 2022," *Today in Energy*, https://www.eia.gov/todayinenergy/detail.php?id=49156.

[32] Samir Mosis, "Global LNG Market Overview and Outlook," September 20, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/SandPGlobalSameretalGlobalLNGMarket092021.pdf.

[33] U.S. Energy Information Administration, "Liquefied U.S. Natural Gas Exports," https://www.eia.gov/dnav/ng/hist/n9133us2A.htm.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

*BACKGROUND ON LNG SHIPPING AND FACILITIES*                 *23*

At this point in time there is great deal of uncertainty about future trends in LNG supply and demand for export trade. It is conceivable that more international competition will have a suppressive effect on LNG exports from the United States. S&P Global Platts forecasts that the liquefaction capacity coming online overseas in the next few years may result in a decline in the global competitiveness of U.S. product over the next decade.[34] However, the LNG landscape has changed since Russia invaded Ukraine on February 24, 2022; European countries are seeking alternatives to Russian sources for natural gas.[35] In response, the United States had diverted 74 percent of total U.S. LNG export cargoes from Asia to Europe during the first four months of 2022 when this report was being written.[36] Additionally, demand for LNG over the longer term is uncertain inasmuch as may be influenced by public policies aimed at reducing the use of fossil fuels that contribute to greenhouse gas buildup.

## FACTORS INFLUENCING THE FUTURE DEMAND FOR LNG BY TANK CAR

Factors that affect the current and prospective demand for rail transportation of LNG in the United States include the extent and capacity of the competing natural gas pipeline network; the ubiquity of the highway network and capacity of cargo tank motor vehicles; and the volumes of product handled at different LNG facilities, including import/export terminals. A simple comparison of tank capacities suggests that a rail tank car has an advantage over a truck for long-haul movements over land, because the former can carry three times as much product. Moreover, this advantage is multiplied when considering that dozens of tank cars can be moved in a single train, creating cost efficiencies and other benefits such as reduced greenhouse gas emissions due to lower fuel consumption per volume shipped.[37]

However, the substitution of tank cars for trucks for long-haul LNG shipping would require rail access at origins and destinations, as well as sufficient demand for the larger LNG volumes carried by tank cars. At least in

---

[34] Samir Mosis, "Global LNG Market Overview and Outlook," September 20, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/SandPGlobalSameretalGlobalLNGMarket092021.pdf.

[35] Wobble Bond Dickerson, "Ukraine Crisis Changes Equation in Global LNG Market as Nations Look to Reduce Dependence on Russian Gas," April 22, 2022, https://www.wombblebonddickinson.com/us/insights/articles-and-briefings/ukraine-crisis-changes-equation-global-lng-market-nations-look.

[36] U.S. Energy Information Administration, EIA Short Term Energy Outlook, June 7, 2022, https://www.eia.gov/outlooks/steo.

[37] Federal Railroad Administration, "Rail vs. Truck Fuel Efficiency: The Relative Fuel Efficiency of Truck Competitive Rail Freight and Truck Operations Compared in a Range of Corridors," May 1991, https://railroads.dot.gov/elibrary/rail-vs-truck-fuel-efficiency-relative-fuel-efficiency-truck-competitive-rail-freight-and.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

the short term, this demand would be affected by the capacity of the origin and receiving facilities to accommodate the larger quantities transported by rail. In the longer term, one would expect the facilities will have time to adapt to the mode that is most economical. That adaptation could include additions to the gas pipeline network, which would have its own capacity and cost advantages over rail and LNG service. LNG liquefaction and storage facilities adjacent to railroads would be the likely origins of any LNG by tank car service. Import facilities at ports with rail access could also be an origin.

Some satellite plants that are far from pipeline terminals may have enough demand for LNG to seek supplies by rail. Several LNG satellite facilities are located at seaports with rail access, such as in Jacksonville and Miami, Florida. Opportunities for LNG by rail may also emerge in situations where natural gas production exceeds pipeline takeaway capacity, in addition to remote regions that are not served by pipelines.[38]

The following section reviews the industries and regions where the prospects for LNG service by railroad tank car may be most promising.

**Service to Merchant Plants**

For LNG merchant plants that serve large commercial users in remote locations, LNG shipments by rail could help supply the large volumes of fuel needed for high consumption uses, such as for powering the high-horsepower engines for oil and gas drilling. Table 2-2 illustrates a selection of small-scale merchant plants that are currently supplied with LNG by truck that are also proximate to freight rail lines that could be access points for LNG shipments by tank car. This includes a merchant plant in Mexico in response to increased demand for LNG.

**TABLE 2-2** Selected LNG Merchant Plants with Rail Access[39]

| LNG Merchant Facility | Rail Service |
|---|---|
| Pivotal Energy, Wyalusing, PA | NS |
| Pivotal LNG Plant, Trussville, AL | CSX |
| Okra Energy LNG Plant, McIntosh, AL | CSX |
| American LNG Marketing, Hialeah, FL | FEC |
| JAX LNG, Jacksonville, FL | FEC |
| Stablis Energy Plant, George West, TX | UP |
| Stablis Energy LNG Hub, Monterrey, Mexico | KCS |

---

[38] E. Russell Braziel, *The Domino Effect* (Arlington, VA: NTA Press, 2016).

[39] Aberdeen, Carolina and Western Railway, "Freight Rail Map of Class I Carriers in North America," https://www.acwr.com/economic-development/rail-maps/class-i-freight-carriers.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

### Service to Maritime Fuel Bunkering

LNG is being used increasingly for marine fuel. This development is due in part to new international requirements for the use of cleaner fuels for ocean shipping.[40] As of 2020, there were 175 LNG-propelled ships in international trade, and the global demand for LNG-powered vessels is expected to increase further in the coming years.[41]

### Service to New England

The supply of natural gas in New England is constrained by the absence of gas processing facilities and limited access to interstate transmission pipelines. To meet demand, LNG has been imported to the region for more than 50 years and transported by trucks to satellite and peak-shaving facilities throughout the six states. LNG is imported into New England via the Everett LNG onshore terminal located near Boston, Massachusetts; the Northeast Gateway, an offshore terminal also near Boston; and the Saint John LNG onshore terminal in New Brunswick, Canada.[42]

   Since 2018, annual LNG import shipments during the peak winter months in New England have been delivered on 11 to 14 LNG gas carriers.[43] It is conceivable, therefore, that some of this demand could met by land shipments by rail, such as from gas processing facilities in the Pennsylvania shale plays.[44] An analysis conducted for PHMSA in 2019 examined candidate movements of LNG in rail tank car, cargo tank motor vehicle, and intermodal portable tank from Pennsylvania to Massachusetts to determine which method of transportation would be the most economical. That study found that portable tanks are the most versatile container for transportation, but that rail tank car service was the most economical when considering only direct costs. The study acknowledged that the cost estimate did not include external costs, such as those associated with changes in greenhouse gas emissions.[45]

---

[40] International Maritime Organization, "IMO 2020 – Cutting Sulphur Oxide Emissions," https://www.imo.org/en/MediaCentre/HotTopics/Pages/Sulphur-2020.aspx.

[41] Offshore Energy, "SEALNG: 175 LNG-Fueled Ships in Operation, 203 on Order," https://www.offshore-energy.biz/sealng-175-lng-fueled-ships-in-operation-203-on-order.

[42] Technically, the New Brunswick facility regasifies LNG and delivers the natural gas via pipeline to New England. Maritimes & Northeast Pipeline FAQs, https://mnpp.com/canada/faqs.

[43] U.S. Energy Information Administration, *Natural Gas Weekly Update*, January 19, 2022, https://www.eia.gov/naturalgas/weekly/archivenew_ngwu/2022/01_20.

[44] Shale gas can be found within the layers of shale formations and is extracted by the process of horizontal drilling. These areas are referred to as "geologic, or shale plays." (https://www.eia.gov/analysis/studies/usshalegas.)

[45] Cambridge Systematics, "Risk Assessment of Surface Transport of Liquid Natural Gas," March 20, 2019, https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/docs/research-and-development/hazmat/reports/71651/fr2-phmsa-hmtrns16-oncall-20mar2019-v3.pdf.

Copyright National Academy of Sciences. All rights reserved.

## SUMMARY

Natural gas has been safely shipped as LNG by ship and truck for decades. These shipments meet demand in locations lacking access to natural gas shipments through pipelines, including markets overseas. Decades of transporting LNG by ship for import and export markets and by truck to fill gaps in the pipeline network have shaped the location and capacity of the country's LNG facilities. The prospects for significant future demand from these and other LNG facilities for shipments by rail tank car remain unclear.

A possible advantage of using tank car over portable tanks and cargo tank motor vehicles is the added cargo capacity, which is about three times greater for a tank car. For this advantage to be exploited, however, the origin and destination of the LNG shipments would need rail access. Because rail access has not been a priority for the siting of LNG export and import terminals and peak-shaving plants, this pattern would need to change. Nevertheless, the U.S. freight rail network is extensive. Other possibilities for rail demand include service to regions that lack significant gas pipeline capacity, industries that are in remote locations but need natural gas, and the growing market for LNG as a bunker fuel for marine vessels. In the absence of more information about this future demand profile, it is not possible to know whether and to what degree trains will transport LNG in shipments consisting of large or small blocks of tank cars and on a well-defined or more dispersed set of routes.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

3

# Liquefied Natural Gas's Hazardous Cryogenic and Flammable Properties

Although the prospect of shipping liquefied natural gas (LNG) by rail tank car is a new development, other commodities that are regulated as hazardous because of their cryogenic and flammable properties have been shipped in tank cars for decades. This chapter describes the composition of LNG and the hazards associated with its cryogenic and flammable properties. The chapter then compares the properties of LNG to those of other cryogenic and flammable materials that are transported by rail in tank cars in the United States.

## WHAT IS LIQUEFIED NATURAL GAS?

Natural gas is transported by the non-pipeline modes as a liquid because LNG takes up about 1/600 of the volume of natural gas uncompressed, making LNG advantageous when containment capacity is limited. In comparison, compressed natural gas (as transported by pipeline) takes up about 1/200 to 1/250 of the volume of natural gas uncompressed.

Natural gas is primarily composed of methane and ethane, plus small amounts of propane, butanes, carbon dioxide, and nitrogen. Before purification for shipping, raw natural gas often contains additional impurities, including sulfur compounds, mercury, heavier hydrocarbons, water vapor, and oxygen.[1] To create LNG, natural gas goes through a liquefaction

---

[1] Penn State College of Earth and Mineral Sciences, "National Gas Composition and Specifications," n.d., https://www.e-education.psu.edu/fsc432/content/natural-gas-composition-and-specifications.

*27*

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

process that removes impurities that can result in corrosion and freezing problems during transportation and storage.

A natural gas liquefaction plant, such as the peak-shaving plants and export facilities discussed in Chapter 2, performs four main processes: pretreatment, acid gas removal and dehydration, heavy hydrocarbon separation, and finally liquefaction.[2] Pretreatment removes the first set of impurities, including dust, sulfur compounds, mercury, and slug, which is a combination of water and low-density hydrocarbon liquids. The next process uses an amine absorber and an adsorbent to remove carbon dioxide and water, which prevents ice from forming during liquefaction. Heavy hydrocarbons—pentane or heavier—are then separated from the remaining natural gas. During the liquefaction process, natural gas passes through a heat exchanger, where it is liquefied and cooled to approximately –260°F (–162.2°C).

After purification and liquefaction, LNG is composed primarily of methane and ethane. The molecular composition of natural gas, and thus LNG, typically varies by origin. For example, in 2012, the average molecular composition (i.e., molar content[3]) of LNG from the North West Shelf of Australia consisted of 87.33 percent methane, 8.33 percent ethane, 3.33 percent propane, 0.97 percent butanes, and 0.04 percent nitrogen, while the average composition of LNG from Alaska consisted of 99.71 percent methane, 0.09 percent ethane, 0.03 percent propane, 0.01 percent butanes, and 0.17 percent nitrogen.[4] Based on the average composition of LNG reported by different locations, Table 3-1 shows the minimum and maximum molar content of each component in LNG.

**TABLE 3-1** Typical Content Limits of LNG Components[5,6]

| Component | Minimum Molar Content | Maximum Molar Content |
|---|---|---|
| Methane | 87% | >99% |
| Ethane | <1% | 10% |
| Propane | <1% | 5% |
| Butanes | <1% | 1.5% |
| Nitrogen | <0.1% | 1% |

[2] Cameron LNG, "LNG and Liquefaction," n.d., https://cameronlng.com/lng-facility/lng-and-liquefaction.

[3] In this context, the molar content, or molarity, is a measure of the number of molecules of a chemical species in a mixture. For example, on the Northwest Shelf of Australia, an average 87.33% of molecules in the LNG were methane.

[4] International Group of Liquefied Natural Gas Importers, "The LNG Industry: GIIGNL Annual Report 2018," 2018, https://giignl.org/wp-content/uploads/2021/08/rapportannuel-2018pdf.pdf.

[5] Ibid.

[6] S. Kuczyński, M. Łaciak, A. Szurlej, and T. Włodek, "Impact of Liquefied Natural Gas Composition Changes on Methane Number as a Fuel Quality Requirement," *Energies,* vol. 13, no. 19, 2020, 5060, http://dx.doi.org/10.3390/en13195060.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

*LNG'S HAZARDOUS CRYOGENIC AND FLAMMABLE PROPERTIES*    *29*

This variation in LNG composition will affect the material's chemical and physical properties, including density, liquid-to-gas expansion ratio, and gas gross caloric value (GCV)—the energy content and quantity of heat released during the combustion of a unit volume of gas. Table 3-2 lists the minimum and maximum values of these physical properties based on the differences in LNG composition across origins. These variations primarily correspond to the percentage of methane in the LNG, with higher methane content resulting in a lower density, higher expansion ratio, and a lower gas GCV $(MJ/m^3)$.[7,8,9]

**LNG PROPERTIES THAT CREATE HAZARDS**

The cryogenic and flammable properties of LNG can create hazards during transportation and storage. Among all cryogenic and flammable materials[10] carried by rail, only ethylene and LNG are regulated as both types of hazards. The relevance of different cryogenic and flammable properties to particular hazard concerns is summarized in Table 3-3.

LNG's cryogenic temperatures can mean that the material's inadvertent release from containment can be in the form of a very cold liquid. Exposure to the liquid can cause the embrittlement of materials. In cases where a small amount of the liquid is released, it will usually vaporize immediately. However, when released in sufficient volumes, the liquid state may be maintained, and the product may pool. Upon evaporation, a dense vapor

**TABLE 3-2** Select Chemical and Physical Properties of LNG[11]

| Property | Minimum Value | Maximum Value |
|---|---|---|
| LNG Density $(kg/m^3)$ | 421.4 | 467.35 |
| Gas Density $(kg/m^3)$ | 0.72 | 0.83 |
| Liquid-to-Gas Expansion Ratio | 562.46 | 585.75 |
| Gas Gross Caloric Value $(MJ/m^3)$ | 39.91 | 45.32 |

---

[7] International Group of Liquefied Natural Gas Importers, "The LNG Industry: GIIGNL Annual Report 2018," 2018, https://giignl.org/wp-content/uploads/2021/08/rapportannuel-2018pdf.pdf.

[8] S. Kuczyński, M. Łaciak, A. Szurlej, and T. Włodek, "Impact of Liquefied Natural Gas Composition Changes on Methane Number as a Fuel Quality Requirement," *Energies,* vol. 13, no. 19, 2020, 5060, http://dx.doi.org/10.3390/en13195060.

[9] If you convert the gas GCV to MJ/kg, higher methane content will result in a higher gas GCV. This is because methane has higher energy content by weight compared to ethane, but methane has a lower density than ethane.

[10] LNG is categorized as a hazardous gas (Hazard Class 2.1) but is transported as a cryogenic liquid. Cryogenic ethylene falls within the same category.

[11] International Group of Liquefied Natural Gas Importers, "The LNG Industry: GIIGNL Annual Report 2018," 2018, https://giignl.org/wp-content/uploads/2021/08/rapportannuel-2018pdf.pdf.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

A Case #20-1317 Document #2021804 Filed: 10/13/2023 Page 61 of

**TABLE 3-3** Cryogenic and Flammable Properties Associated with Hazards

| Property | Definition | Potential Hazard |
|---|---|---|
| **Boiling Point** | The boiling point (BP) is the temperature at which a liquid transitions from the liquid to vapor state. | Upon reaching its boiling point, a liquid will evaporate into a vapor and thus expand. Evaporation, if not controlled, can result in overpressurization of a container. |
| **Cryogenic Liquid** | A cryogenic liquid is a liquid having a boiling point below –130°F (–90°C). | A flammable material that is cryogenic can be released as a cold liquid that potentially pools and partially vaporizes to form a dense liquid-vapor cloud that will sink until it warms and rises. Exposure to the release can result in cryogenic burns on people and embrittlement of materials. In addition, high concentrations of vapor can cause asphyxiation if enough oxygen is displaced. |
| **Liquid-to-Gas Expansion Ratio** | The expansion ratio of a liquefied and cryogenic substance is the volume of a given amount of that substance in liquid form compared to the volume of the same amount of substance in gaseous form, at room temperature and normal atmospheric pressure. | A given amount of a liquid with a higher liquid-to-gas expansion ratio will expand into a larger volume upon evaporation compared to a given amount of a liquid with a lower liquid-to-gas expansion ratio. |
| **Adiabatic Flame Temperature** | The adiabatic flame temperature is the temperature at which a material burns in open air without a loss or gain of heat from the system. | A flammable material with a higher adiabatic flame temperature will be hotter upon ignition compared to another flammable material that has a lower adiabatic flame temperature. |
| **Auto-Ignition Temperature** | The auto-ignition temperature is the lowest temperature at which a material will spontaneously ignite. | If a flammable material is heated to a point above its auto-ignition temperature, it can spontaneously combust. |
| **Heat Flux** | The heat flux is the flow of energy per unit of energy per unit of time. Heat flux is commonly measured as $W/m^2$ or $Btu/(h \times ft^2)$. | A flammable material that creates higher heat flux will result in greater energy transfer from the fire to surrounding materials, resulting in potentially greater thermal damage to people and property. |

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

**TABLE 3-3** Continued

| Property | Definition | Potential Hazard |
|---|---|---|
| **Flash Point** | The flash point is the temperature at which a flammable material will flash from an ignition source, but not necessarily continue combustion. | When a flammable material reaches its flash point, it can ignite upon contact with a source of ignition. |
| **Lower Flammable Limit (LFL) and Upper Flammable Limit (UFL)** | The lower flammable limit is the lowest concentration of a gas or vapor (percentage by volume in air) below which a flame will not spread in the presence of an ignition source. Concentrations lower than LFL are "too lean" to burn. The upper flammable limit is the highest concentration of a gas or vapor (percentage by volume in air) above which a flame will not spread in the presence of an ignition source. Concentrations higher than UFL are "too rich" to burn. These are also known as the lower and upper explosive limit (LEL and UEL). | A material at concentrations between its lower flammable limit and higher flammable limit can ignite and burn upon contact with an ignition source. |

cloud may form above the pool and initially remain concentrated near the ground until it warms. The duration of the pool can depend on factors such as the terrain, meteorological conditions, and pool size.[12] People who are exposed may suffer cryogenic burns, and, until the vapor cloud disperses, there can be a risk of asphyxiation from displaced oxygen. In addition, the vapors' presence could go undetected because the cryogenic temperature of the liquid precludes the addition of odorants in shipments. Odorants are normally added to gas transported under pressure to signal a leak.[13]

LNG vapor is flammable but does not become a combustion hazard until it reaches concentrations in air of 5 to 15 percent by volume. At

---

[12] Based on experimental data of LNG by R. C. Reid and R. Wang (Cryogenics, 1978, pp. 401–404), the mass flux, in this case the boil-off rate, decreases with one over the square root of time on substrates such as concrete and soil; that is, mass flux = constant/sqrt(time). Reid and Wang determined the constant to be about 0.5 for soil. For example, an estimate for a 0.3-m-deep (1-ft-deep) LNG pool would take about 5 hours to evaporate without ignition. This rate will vary depending on the soil and the surface-area-to-volume ratio.

[13] 49 CFR § 192.625, "Odorization of gas."

Copyright National Academy of Sciences. All rights reserved.

concentrations below the lower end of this range (or flammability limit), there is not enough fuel to sustain a combustion reaction, while at concentrations above the upper end of the range, there is not enough oxygen for combustion. Indeed, these flammability limits are key factors in designating the size of flammable vapor dispersion exclusion zones,[14] which are areas surrounding an LNG storage container, transfer system, or facility in which an operator or government agency legally controls all activities for safety reasons. For LNG facilities, the vapor dispersion exclusion zone is established by modeling where the vapor cloud from a leak would have a fuel concentration at 2.5 percent or higher, or half of LNG's lower flammability limit (5 percent concentration). While a spark or flame is needed to ignite LNG vapor in concentrations between its lower and upper flammability limits, concentrations of LNG vapor will not disperse as quickly as releases of natural gas, increasing the potential for the concentrations to spread and encounter an ignition source.[15]

Once ignited to create a pool fire, LNG has a high flame temperature and high heat flux. The latter is defined as the thermal energy transferred between a fire and any surrounding materials.

**PROPERTIES IN COMPARISON WITH OTHER FLAMMABLE AND CRYOGENIC MATERIALS TRANSPORTED BY RAIL**

Table 3-4 compares LNG's flammable properties with those of other flammable materials transported by tank car. The properties of ethylene are provided along with those of the main components of LNG and liquid petroleum gas (LPG). Methane and propane are the predominant components of LNG and LPG, respectively. However, because small amounts of ethane are in LNG and small amounts of butane are LPG, their properties are also shown. Note that these properties are not absolute quantities, as heat and mass transfer depends on the scale, geometric configuration, and atmospheric conditions.

When compared to propane, methane has a lower boiling point and higher liquid-to-gas expansion ratio. This means that LPG will evaporate and expand less rapidly upon heating than LNG. With regard to these two properties, LNG is most similar to ethylene. Ethylene's boiling point and liquid-to-gas expansion ratio are between those of methane and ethane, the two dominant components of LNG.

---

[14] 49 CFR § 193.2059, "Flammable vapor-gas dispersion protection."
[15] National Transportation Safety Board, "Pipeline Accident Report: Columbia Liquefied Natural Gas Corporation Explosion and Fire, Cove Point, Maryland, October 6, 1979." Washington, DC: National Transportation Safety Board, April 16, 1980, https://ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/PB80185721.xhtml.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

**TABLE 3-4** Chemical and Physical Properties of Ethylene and Hydrocarbons Present in LNG and LPG[16,17]

|  | Ethylene[18,19] | Methane[20,21,22] | Ethane[23,24,25] | Propane[26,27] | Butane[28,29] |
|---|---|---|---|---|---|
| **Boiling Point in °F (°C) at 1 atm** | −155.5 (−104.2) | −258.7 (−161.5) | −127.5 (−88.6) | −43.8 (−42.1) | 31.1 (−0.5) |
| **Flash Point in °F (°C)** | −213 (−136.1) | −306 (−187.8) | −211 (−135) | −156 (−104.4) | −76 (−60) |
| **Auto-ignition Temperature in °F (°C)** | 914 (490) | 1004 (540) | 940 (504.4) | 842 (450) | 550 (287.8) |
| **Adiabatic Flame Temperature in Air in °F (°C)** | 3815 (2102) | 3565 (1963) | 3580 (1971) | 3590 (1977) | 3587 (1975) |

*continued*

---

[16] W. M. Haynes, D. R. Lide, and T. J. Bruno, *CRC Handbook of Chemistry and Physics: A Ready-Reference Book of Chemical and Physical Data, 97th Edition* (Boca Raton, FL: CRC Press, 2016), pp. 15–49.

[17] National Fire Chiefs Council, "Liquefied Petroleum Gas (LPG)," n.d., https://www.ukfrs.com/guidance/search/liquefied-petroleum-gas-lpg.

[18] Airgas, "Material Safety Data Sheet: Ethylene," February 2004, https://terpconnect.umd.edu/~choi/MSDS/Airgas/ETHYLENE.pdf.

[19] National Institute of Standards and Technology, "Ethylene," NIST Chemistry WebBook, SRD 69, n.d., https://webbook.nist.gov/cgi/cbook.cgi?ID=C74851&Mask=4.

[20] National Oceanic and Atmospheric Administration, "Chemical Datasheet: Methane," CAMEO Chemicals, n.d., https://cameochemicals.noaa.gov/chemical/8823.

[21] Princeton University, "Cryogenic Liquids," n.d., https://ehs.princeton.edu/book/export/html/184.

[22] National Institute of Standards and Technology, "Methane," NIST Chemistry WebBook, SRD 69, n.d., https://webbook.nist.gov/cgi/cbook.cgi?ID=C74828&Units=SI&Mask=4.

[23] National Oceanic and Atmospheric Administration, "Chemical Datasheet: Ethane," CAMEO Chemicals, n.d., https://cameochemicals.noaa.gov/chemical/8619.

[24] Airgas, "Material Safety Data Sheet: Ethane," February 2004, https://www.mandtsystems.com/documents/MSDS_Ethane.pdf.

[25] National Institute of Standards and Technology, "Ethane," NIST Chemistry WebBook, SRD 69, n.d., https://webbook.nist.gov/cgi/cbook.cgi?ID=C74840&Units=SI&Mask=4.

[26] National Oceanic and Atmospheric Administration, "Chemical Datasheet: Propane," CAMEO Chemicals, n.d., https://cameochemicals.noaa.gov/chemical/9018.

[27] National Institute of Standards and Technology, "Propane," NIST Chemistry WebBook, SRD 69, n.d., https://webbook.nist.gov/cgi/cbook.cgi?ID=C74986&Units=SI&Mask=4.

[28] National Oceanic and Atmospheric Administration, "Chemical Datasheet: Butane," CAMEO Chemicals, n.d., https://cameochemicals.noaa.gov/chemical/5668.

[29] National Institute of Standards and Technology, "Butane," NIST Chemistry WebBook, SRD 69, n.d., https://webbook.nist.gov/cgi/cbook.cgi?ID=C106978&Units=SI&Mask=4.

Copyright National Academy of Sciences. All rights reserved.

**TABLE 3-4** Continued

|  | Ethylene | Methane | Ethane | Propane | Butane |
|---|---|---|---|---|---|
| Lower Flammability Limit (LFL) | 2.75% | 5% | 2.9% | 2.1% | 1.9% |
| Upper Flammability Limit (UFL) | 28.6% | 15% | 13% | 9.5% | 8.5% |
| Liquid-to-Gas Expansion Ratio | 489 | 650 | 437 | 274 | 233 |

While LNG (methane and ethane) has a lower flash point than LPG (propane and butane), its lower flammability limit is higher, thereby reducing the risk of ignition. Ethylene has a lower flash point than methane and one that is similar to ethane. However, the higher auto-ignition temperatures of methane and ethane decrease the chance (relative to LPG) of an LNG fire given a source of heat. Another flammability property, the adiabatic flame temperature,[30] indicates the temperature of the combustion products if no heat is lost to the surrounding environment. LPG's propane and butane components have higher adiabatic flame temperatures than LNG's methane and ethane components. Based on this value, one might expect more thermal damage from an LPG fire; however, a material's actual flame temperature will be the temperature after heat is lost to the environment and is typically significantly lower than the adiabatic flame temperature.

Compared to LPG's propane and butane, LNG's methane and ethane have a wider range in their flammability limits—a larger difference between their lower and upper flammability limits. This suggests a higher potential for LNG to be in concentrations that will catch fire if exposed to an ignition source. When compared with ethylene, however, LNG's upper and lower flammability limits are not as wide.

When considering the radiative heat flux generated by a pool fire, LNG's average experimental surface emissive power (SEP)—the amount of heat radiated outward from a flame per unit surface area—is three to five times higher than that of many other commonly transported hydrocarbons. Hydrocarbons with lower SEPs include LPG, diesel, gasoline, kerosene,

---

[30] Adiabatic indicates a situation in which heat does not enter or leave a system. The adiabatic flame temperature is thus the temperature during a combustion reaction in which no heat is gained from or lost to the surrounding environment.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

and crude oil.[31,32,33,34,35,36,37] Due to its much higher SEP, an LNG fire will result in a larger region of thermal damage at any given time. Using average SEP values, a solid flame model[38] can be used to predict the heat flux from a pool fire of LNG or LPG. Based on this model, the thermal radiation protection zone (where thermal damage to property and people can occur) of an LNG pool fire is approximately three times greater than that of LPG.[39] While it would also be of interest to compare the SEP of LNG with that of ethylene (the only other cryogenic and flammable commodity transported by rail), comparable data for an ethylene pool fire could not be found.

Table 3-5 compares LNG's cryogenic properties with those of other cryogenic liquids transported by tank car. These cryogens—argon, nitrogen, and oxygen—all have a lower boiling point and higher liquid-to-gas expansion ratio than LNG. Because of their lower boiling points, they are more likely than LNG to evaporate rapidly upon heating. Moreover, their higher liquid-to-gas expansion ratios indicate that the product will expand into a larger volume upon evaporation. In addition, a lower boiling point indicates that the cryogenic liquid will be transported at a lower temperature, increasing the risk for cryogenic burns or damage if inadvertently released to cause exposure.

---

[31] LPG, diesel, gasoline, kerosene, and crude oil have surface emissive powers between 40 and 80 kW/m². LNG is reported to have a surface emissive power ranging between 150 and 290 kW/m².

[32] M. Munoz, E. Planas, F. Ferrero, and J. Casal, "Predicting the Emissive Power of Hydrocarbon Pool Fires," *Journal of Hazardous Materials*, vol. 144, pp. 725–729, 2007.

[33] A. Luketa, B. Blanchat, D. Lord, J. Hogge, A. Cruz-Cabrera, and R. Allen, "Pool Fire and Fireball Experiments in Support of the US DOE/DOT/TC Crude Oil Characterization Research Study," Sandia National Laboratories, Albuquerque, NM, SAND2019-9189, 2019.

[34] G. Mizner and J. A. Eyre, "Large-Scale LNG and LPG pool fires," EFCE Publication Series (European Federation of Chemical Engineering) 25, pp. 147–163, 1982.

[35] T. Blanchat, P. Helmick, R. Jensen, A. Luketa, R. Deola, J. Suo-Anttila, J. Mercier, T. Miller, A. Ricks, R. Simpson, B. Demosthenous, S. Tieszen, and M. Hightower, "The Phoenix Series Large Scale LNG Pool Fire Experiments," SAND2010-8676, 2011.

[36] D. Nedelka, J. Moorhouse, and R. Tucker, "The Montoir 35 m Diameter LNG Pool Fire Experiments," in Proceedings of LNG IX, 9th International Conference & Exp on LNG, Nice, France, 1989.

[37] P. K. Raj et al., "Experiments Involving Pool and Vapor Fires from Spills of Liquefied Natural Gas on Water," ADA 077073, Arthur D. Little, June 1979.

[38] K. Mudan, "Thermal Radiation Hazards from Hydrocarbon Pool Fires," *Progress in Energy and Combustion Science*, vol. 10, pp. 59–80, 1984.

[39] For example, the heat flux of LPG and LNG can be compared as a function of distance from the center of a 50-m-diameter pool fire using a solid flame model for different values of average SEP. A SEP of 50 kW/m² and 280 kW/m² reflect values representative of an LPG and LNG pool fire, respectively. Using the solid flame model, the LNG pool fire results in a heat flux of 35 kW/m² at a distance approximately three times greater than that of LPG.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

**TABLE 3-5** Chemical and Physical Properties of Nonflammable Cryogenic Liquids[40]

|                                      | Nitrogen[41]    | Argon[42]       | Oxygen[43]      |
| ------------------------------------ | --------------- | --------------- | --------------- |
| **Boiling Point in °F (°C) at 1 atm** | –321 (–196.1)   | –303 (–186.1)   | –297 (–182.8)   |
| **Liquid-to-Gas Expansion Ratio**    | 710             | 860             | 875             |

### SUMMARY POINTS

Unlike all cryogenic commodities commonly transported in bulk by rail in the United States, with the exception of ethylene,[44] LNG combines the hazards of a cryogen with the hazards of a flammable gas. Being flammable, LNG vapor may ignite when released to reach concentrations in air of 5 to 15 percent. In addition, LNG's combustion in a pool fire will create high flame temperatures and high heat flux to surrounding materials. LNG's heat flux is three to five times higher than that of other commonly transported hydrocarbons, including LPG; hence, its combustion will result in a larger region of thermal damage.

LNG's cryogenic temperatures can mean that the material's inadvertent release from containment can be in the form of a very cold liquid, exposure to which can cause the embrittlement of materials. When LNG is released in sufficient volume, the liquid state may be maintained to form a vapor–liquid pool that can cause cryogenic burns and asphyxiation by people exposed. Because most cryogenic commodities (i.e., argon, nitrogen, and oxygen) have lower boiling points than LNG, they must be transported at even lower temperatures. As a result, these cryogens pose an elevated risk for cryogenic burns and material embrittlement if inadvertently released to cause exposure. An exception is ethylene, the only other cryogen that is also flammable. Its higher boiling point allows it to be transported at higher temperatures that pose lower risk of embrittlement to materials if released.

---

[40] Northeastern University Office of Environmental Health and Safety, "Cryogenic Liquids," March 2004, https://www.northeastern.edu/ehs/ehs-programs/laboratory-safety/fact-sheets/cryogenic-liquids.

[41] National Institute of Standards and Technology, "Nitrogen," NIST Chemistry WebBook, SRD 69, n.d., https://webbook.nist.gov/cgi/cbook.cgi?ID=C7727379&Units=SI&Mask=4.

[42] National Institute of Standards and Technology, "Argon," NIST Chemistry WebBook, SRD 69, n.d., https://webbook.nist.gov/cgi/cbook.cgi?ID=C7440371&Units=SI&Mask=4.

[43] National Institute of Standards and Technology, "Oxygen," NIST Chemistry WebBook, SRD 69, n.d., https://webbook.nist.gov/cgi/cbook.cgi?ID=C7782447&Units=SI&Mask=4.

[44] Hydrogen is also authorized but is not currently shipped by rail in the United States.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

# 4

# Cryogenic Tank Cars and Liquefied Natural Gas Hazards

In 2020, the U.S. Department of Transportation (U.S. DOT), through the Pipeline and Hazardous Materials Safety Administration (PHMSA), approved the DOT-113C120W9 tank car as a new member of the DOT-113 family of cryogenic tank cars. It was designed and approved specifically for transporting liquefied natural gas (LNG) by rail.[1] This chapter begins with an overview of the key design features of common cryogenic containers, including the DOT-113 tank car and its upgraded specification for LNG. The discussion then considers hazard scenarios for LNG in a tank car involved in a derailment. In particular, consideration is given to the tank's resistance to puncture and brittle fracture and to the performance of the insulation and pressure relief systems.

## DESIGN FEATURES OF CRYOGENIC PACKAGING AND TANK CARS

In the United States, cryogenic cargoes have been transported by rail for decades in tank cars and portable tanks. The most commonly transported cryogens are argon and ethylene, followed by nitrogen and oxygen. As discussed in Chapter 3, these commodities must be maintained at temperatures

---

[1] "Hazardous Materials: Liquefied Natural Gas by Rail—Final Rule," *Federal Register*, 85 FR 44994 (July 24, 2020). The final rule authorizing LNG transportation in the DOT-113C120W9 tank car was subsequently revisited in a notice of proposed rulemaking that would suspend this authorization ("Hazardous Materials: Suspension of HMR Amendments Authorizing Transportation of Liquefied Natural Gas by Rail," *Federal Register*, 86 FR 61731 (November 8, 2021)).

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

below their boiling points, which range from –155°F to –321°F (–104°C to –196°C). The low temperatures must be maintained to keep the cargo in liquid form during transportation periods that can last for many days or weeks. These materials must be shipped in tank cars designed to minimize heat input so as to limit pressure rise to 3 pounds per square inch gauge (psig) (1.2 bar) per day.[2] For example, ethylene is authorized to be offered for transportation at 20 psig and a corresponding temperature of –125°F (–87°C).[3,4] Because the lading will continue to warm until delivery and the daily pressure rise of a DOT-113 tank car is 0.5 to 0.75 psig (1.05 to 1.07 bar), the temperature and pressure at the end of a 10-day trip is expected to be about –117°F (–83°C) and 27.5 psig (2.9 bar).[5]

Cryogenic packaging is therefore designed to maintain the low temperatures of the liquid and to have systems that relieve pressure upon heating and evaporation. For temperature maintenance, the inner tank containing the cargo is surrounded by an outer tank (also referred to as an outer jacket[6]) separated by annular space maintained as a vacuum after filling it with insulation. The insulation limits all forms of heat transfer between the inner and outer tanks, while the vacuum limits conductive and convective heat transfer. In addition, the vacuum allows the insulation to meet design requirements, as the insulation's thermal properties are pressure dependent and enhanced by the presence of a vacuum.[7] The design of the support structure limits heat input through conduction. Piping and valves are installed and set (based on the commodity) to allow for loading, unloading, pressure relief, and gauging of the contents.

Cryogenic packaging is also designed to resist punctures that could release cargo during an incident. The grade and thickness of the steel used for the shell and head of the outer tank are selected in part to achieve various levels of puncture resistance, as are the protections afforded the fittings on the openings on the outer tank. The following is a summary of key design features of the UN-T75 intermodal portable tank, DOT-113 cryogenic tank car, and the upgraded DOT-113C120W9, which is approved for LNG service.

---

[2] 49 CFR § 173.319, Cryogenic liquids in tank cars.

[3] Ibid.

[4] Carl L. Yaws and William Braker, *Mathewson Gas Data Book*, Appendix 10 (New York: McGraw-Hill Professional, 2001).

[5] Ibid.

[6] This report uses "outer tank" rather than "outer jacket" for the outermost section of cryogenic tanks because of the prevalence of the former term during the 2020 rulemaking and onward and by the Association of American Railroads. Although "outer jacket" is the term in common use and in regulatory text for the outermost vessel of the UN-T75 portable tank, this report uses "outer tank" for the portable tank for consistency. (See also the committee's Phase 1 report, page 13, footnote 10.)

[7] P. M. Sutheesh and Alex Chollackal, *IOP Conference Series*, *Materials Science and Engineering*, vol. 396, 2018, 012061, https://doi.org/10.1088/1757-899X/396/1/012061.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

**UN-T75 Intermodal Portable Tanks**

As noted in Chapter 2, LNG has been transported for decades in the UN-T75 portable tank, a type of cryogenic intermodal container approved by PHMSA for liquefied gases and designed in accordance with international (United Nations [UN]) guidance. They are used to transport LNG by ship and truck, and these portable tanks have been used on a limited basis for rail movements of LNG in Alaska and Florida. The container consists of cryogenic packaging within a container frame, and openings fitted with pressure relief devices and other closures and devices such as gauges.[8] The inner tank is constructed from stainless steel, while the outer tank is constructed from either stainless steel or carbon steel. The UN guidance requires tank steels having a minimum thickness in accordance with yield and tensile strength performance standards for pressure ratings and puncture resistance. Special features added to protect against impact include metal bars installed across the frame and longitudinally along the outer tank's length.[9]

**DOT-113 Tank Car**

The most common tank car used for hazardous liquids that are not transported under high pressure is the DOT-111. Its design consists of fewer upgraded and specialized safety features to contain pressure, resist punctures, and provide thermal protection of the cargo. Most recently the DOT-117 tank car was introduced to transport certain hazardous liquids that pose specific flammability hazards, such as ethanol and crude oil.[10] For instance, these cars are insulated for thermal protection and include full-height head shields.[11] Table 4-1 lists tank car families with examples of their corresponding commodities that PHMSA has approved for rail transportation. While the DOT-111 and DOT-117, as well as the DOT-113, are nonpressure tank cars, the DOT-105, DOT-112, and DOT-114 tank cars carry cargo under pressure.

---

[8] U.S. Department of Transportation Pipeline and Hazardous Materials Safety Administration, "Risk Assessment of Surface Transportation of Liquid Natural Gas," March 20, 2019, p. 84, https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/docs/research-and-development/hazmat/reports/71651/fr2-phmsa-hmtrns16-oncall-20mar2019-v3.pdf.

[9] United Nations, ed., "Recommendations on the Transport of Dangerous Goods: Model Regulations, 22 Revised Edition, Vol. II" (New York and Geneva: United Nations, 2021), https://unece.org/sites/default/files/2021-09/ST-SG-AC10-1r22e_Vol2_WEB_0.pdf.

[10] National Academies of Sciences, Engineering, and Medicine, *Ensuring Railroad Tank Car Safety: Special Report 243* (Washington, DC: The National Academies Press, 1994), p. 49, https://doi.org/10.17226/11400.

[11] Bureau of Transportation Statistics, "Tank Car Specifications & Terms," April 18, 2018, https://www.bts.gov/surveys/annual-tank-car-facility-survey/tank-car-specifications-terms.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

**TABLE 4-1** Examples of Rail Tank Car Families and Their PHMSA-Approved Commodities[12]

| DOT-105/112/114 | DOT-111[13] | DOT-113[14] | DOT-117[15] |
|---|---|---|---|
| Anhydrous Ammonia (flammable) | Sodium Hydroxide (corrosive) | Liquid Argon (cryogenic) | Crude Oil (flammable) |
| Liquefied Petroleum Gas (flammable) | Sulfuric Acid (corrosive) | Liquid Nitrogen (cryogenic) | Ethanol (flammable) |
| Chlorine Gas (reactive, toxic) | Phenol (toxic) | Liquid Oxygen (cryogenic) | |
| Ethylene Oxide (flammable) | Diesel Fuel (combustible) | Liquid Ethylene (cryogenic, flammable) | |

For the transportation of cryogenic cargo, PHMSA requires use of the DOT-113 family of tank cars.[16] This tank car family transports cryogenic commodities, such as argon, ethylene, oxygen, and nitrogen. All of the DOT-113 tank cars have inner and outer tanks, the former wrapped with insulation to maintain the low temperature of the cryogenic cargo. The pressure relief device (PRD) system is designed and set to activate when desired temperatures are not maintained. Figure 4-1 show the key safety features of a DOT-113 tank car.

The DOT-113's inner tank is supported within the outer tank to create an annular space of 6–8 inches that maintains a vacuum. Not pictured in Figure 4-1 is the multilayer insulation (MLI) that surrounds the inner tank. The MLI consists of alternating layers of aluminum foil and a non-conducting spacer material, such as fiberglass or ceramic fiber paper.

---

[12] U.S. Federal Emergency Management Agency, "Silhouettes of Rail Cars, Tank Trucks and Chemical Tanks," 2004, https://www.hsdl.org/?abstract&did=445918.

[13] National Academies of Sciences, Engineering, and Medicine, *Ensuring Railroad Tank Car Safety: Special Report 243* (Washington, DC: The National Academies Press, 1994), p. 49, https://doi.org/10.17226/11400.

[14] U.S. Department of Transportation Pipeline and Hazardous Materials Safety Administration, "Risk Assessment of Surface Transportation of Liquid Natural Gas," March 20, 2019, https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/docs/research-and-development/hazmat/reports/71651/fr2-phmsa-hmtrns16-oncall-20mar2019-v3.pdf.

[15] U.S. Department of Transportation, Bureau of Transportation Statistics, "Fleet Composition of Rail Tank Cars Carrying Flammable Liquids: 2021 Report," Washington, DC, 2021, https://doi.org/10.21949/1523084.

[16] Although it is less and less common, some of this cryogenic material ships in AAR-204W tank cars. For an overview of the specification, see p. 92 in Association of American Railroads, "2017 Field Guide to Tank Cars," February 6, 2017, https://www.aar.org/wp-content/uploads/2017/12/AAR-2017-Field-Guide-for-Tank-Cars-BOE.pdf.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.



**FIGURE 4-1 Schematic of DOT-113 tank car and some of its key safety features.**
SOURCE: PHMSA.

Specifically, the spacer material and the separation of the inner and outer tanks limits limits thermal conduction, the vacuum limits thermal conduction and convection, and the aluminum foil limits thermal radiation. Collectively, these features limit the cryogenic cargo's pressure and temperature increase.

The DOT-113 has a PRD system that consist of two types of pressure control devices. The first is a pressure relief valve sized and set to prevent the pressure in the inner tank from exceeding its test pressure[17] if the vacuum is lost. The second is a frangible disc (rupture disc), or secondary relief valve, designed to prevent the pressure in the inner tank from exceeding its test pressure in the event of a fire and loss of vacuum. The industry standard for the past several decades is to have two sets of PRDs separated by a three-way valve, with only one set of the PRDs active at a time. These systems must function under high-temperature conditions in the event of an incident and must be made from materials suitable for the temperature of the cargo in liquid and vapor phases. For this purpose, the system is designed for a scenario in which the tank car is exposed to a temperature of 1200°F (648.9°C).

The selection of the steel specifications for the inner and outer tanks has protective and practical purposes. Both tanks are composed of grades of high-strength steel to prevent puncture and cracking. While there is an appendix of approved steels for the outer tank of the DOT-113 tank car, the tank car industry reports that the standard for the outer tank material has generally been AAR TC-128 Grade B (TC-128B) normalized carbon

---

[17] Per 49 CFR § 178.320, the test pressure is the pressure to which a tank is subjected to determine structural integrity.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

steel plate.[18] In accordance with PHMSA requirements, the inner tank is made from either ASTM A240/240M Type 304 or Type 304L high-strength stainless steel.[19] These grades of stainless steel are required for the inner tank because they are more ductile than carbon steel at cryogenic temperatures.[20] A more complete description of a DOT-113 tank car can be found in Box 4-1.

**BOX 4-1**
**Main Features of Cryogenic Tank Cars**

The Association of American Railroads' (AAR's) *Field Guide to Tank Cars* describes cryogenic tank cars, including the DOT-113 specification, as follows:

Cryogenic liquid tank cars, Class DOT/TC-113 and Class AAR-204, are vacuum-insulated cars having an inner container (tank) and outer shell (tank, not a jacket (although referred to as an "outer jacket" in 49 CFR)). The inner tank is constructed of alloy (stainless) steel and the outer shell is constructed of carbon steel. Cryogenic tank cars are designed to transport refrigerated liquefied gases having a boiling point colder than minus 130°F [54.4°C] at atmospheric pressure; e.g., liquid hydrogen, ethylene, oxygen, nitrogen, and argon.

The annular space between the inner and outer tanks has a vacuum drawn and is equipped with an insulation system using granular perlite or an alternating wrap of multiple layers of aluminum foil and paper. These tank cars are frequently referred to as Thermos® bottle tank cars.

The insulation system (designed for the commodity being transported and meeting specified performance standards) and vacuum controls the rate of heat input for normal transportation time periods.

Specification DOT/TC-113A60W tank cars have a design service temperature of minus 423°F [217.2°C], a minimum burst pressure of 240 psig, and a tank test pressure of 60 psig.

Specification DOT/TC-113C120W tank cars have a design service temperature of minus 260°F [126.7°C], a minimum burst pressure of 300 psig, and a tank test pressure of 120 psig.

Cryogenic liquid tank cars are required to have two liquid-level gauges. One gauge measures the liquid level in the inner tank (this gauge may be a portable gauge that does not move with the car) and the other gauge, a fixed-length dip tube set, indicates the maximum allowable liquid level for the allowable filling density. In addition, the car must be equipped with a vapor-phase pressure gauge to indicate the pressure within the inner tank.

[18] A. D. McKisic (personal communication), July 6, 2022, http://onlinepubs.trb.org/onlinepubs/C4rail/DOTShell13ShellSpec.pdf; Scott Nason (personal communication), July 5, 2022, http://onlinepubs.trb.org/onlinepubs/C4rail/AARTC128GrB.pdf.

[19] 49 CFR § 179.400-5, Materials.

[20] Scott Nason, "DOT 113 Tank Cars for LNG," September 20, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/NasonChartDOT113TankCars092121.pdf.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

*CRYOGENIC TANK CARS AND LNG HAZARDS*                        *43*

The cars must be equipped with various PRDs [pressure relief devices] for the protection of the tank assembly and piping system. The discharge of the PRD must be directed away from operating personnel, the car structure, trucks, and safety appliances; e.g., steps, handholds/grab irons, and handrails.

The inner tank must be equipped with at least one PRV [pressure relief valve] and at least one safety vent (rupture disc device), which may be replaced by an alternate PRV. The car may also be equipped with a pressure control device (regulator valve) and mixing device to control the routine release of vaporized lading during transportation. The outer jacket/tank must be equipped with a system to prevent buildup of pressure within the annular space.

The loading/unloading valves and other fittings are required to be enclosed within a protective housing (not to be confused with protective housings on pressure tank cars), which appears to be a box or cabinet. The protective housing(s) is located on both sides, at one end or, in rare cases, on the top of the car. The housing(s) must be adequate to protect the fittings from direct solar radiation, mud, sand, adverse environmental exposure, and mechanical damage incident to normal operation.

The protective housings for the fittings must be equipped with precautionary instructions for the safe operation of the equipment during storage and transfer operations, and must include a diagram of the tank and piping system with the various gauges, control valves, and PRDs clearly identified, and their location indicated. In addition, all valves and gauges must be clearly identified with corrosion-resistant nameplates.

In addition to other stenciling, cryogenic liquid tank cars must be stenciled "DO NOT HUMP OR CUT OFF WHILE IN MOTION" and "VACUUM JACKETED" on both sides in lettering at least 1½ inches high.

SOURCE: Excerpt from AAR, *Field Guide to Tank Cars*, Third Edition, 2017, pp. 91–93.[21]

---

[21] Association of American Railroads, "Third Edition Field Guide to Tank Cars," February 6, 2017, pp. 91–93, https://www.aar.org/wp-content/uploads/2017/12/AAR-2017-Field-Guide-for-Tank-Cars-BOE.pdf.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

## UPGRADES TO THE DOT-113 FOR LNG

PHMSA amended the design for the standard DOT-113 cryogenic tank car to account for the combined cryogenic and flammable properties of LNG. Specifically, to make the outer tank more resistant to damage, PHMSA modified the specified grade and thickness of the steel plates used to construct the DOT-113's outer tank. As shown in Table 4-2, the upgraded specification, named the DOT-113C120W9, requires that the outer tank be made of a TC-128B normalized carbon steel plate to create a thicker shell and head when compared to the DOT-113C120W. The upgraded specifications for shell and head thickness were intended to add greater protection from punctures and to reduce the severity of deformations that may occur when the tank is damaged in a derailment.

No additional changes were made to the DOT-113 with regard to the insulation or PRD systems.

## HAZARD SCENARIOS WHEN TRANSPORTING LNG IN TANK CARS

Among incident types, a high–kinetic energy train derailment is generally considered to be the main scenario that would pose a risk of tank damage and a fire event sufficient to cause a loss of LNG containment from

**TABLE 4-2** Upgraded Requirements of the DOT-113C120W9 Rail Tank Car[22,23,24]

|  | DOT-113C120W | DOT-113C120W9 |
|---|---|---|
| **Outer Tank Steel** | Any steel listed in AAR's M-1002 Appendix M | AAR TC-128, Grade B (TC-128B) normalized carbon steel |
| **Tank Shell, Minimum Wall Thickness** | 7/16 in. | 9/16 in. |
| **Tank Head, Minimum Wall Thickness** | 1/2 in. | 9/16 in. |

---

[22] 49 CFR § 179.400-8, Thickness of Plates.

[23] 49 CFR § 179.400-5, Materials.

[24] U.S. Department of Transportation Pipeline and Hazardous Materials Safety Administration, "Hazardous Materials: Liquefied Natural Gas by Rail," July 24, 2020, https://www.regulations.gov/document/PHMSA-2018-0025-0480.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

a tank car.[25] Although the vast majority of derailed cryogenic tank cars successfully contain their cargo during a derailment,[26] the means by which containment could be lost when transporting LNG need to be accounted for. While a main concern during a derailment is a puncture of a tank car's outer and inner tanks to cause the release of product, another concern is that a tank car that has successfully contained its product may be exposed to cryogenic LNG released from the PRD or other tank cars damaged in the derailment. Exposure of its outer tank to LNG could cause embrittlement of the outer tank steel and risk the occurrence of circumferentially brittle fractures of the tank. An outer tank fracture that causes a loss of vacuum and degradation of the inner tank's insulation could result in a thermal rupture or high-pressure release, especially if the tank car is exposed to fire.

Figure 4-2 depicts potential outcomes in the case of a derailment scenario in which a tank car containing LNG derails and is in close proximity to other tank cars that are on fire. Three principal mechanisms that can jeopardize the integrity of the outer tank are illustrated: damage to safety features during the derailment event, thermal softening of the tank steel from exposure to an LNG fire, and embrittlement of the tank steel from exposure to LNG. Situations that result in LNG pooling, such as the presence of trenches or a rollover resulting in release through the PRDs, may expose the outer tank to LNG and the possibility of embrittlement and brittle fracture. Brittle fractures that lead to vacuum loss and/or degradation of the insulation will allow heating of the LNG in the inner tank and result in an increase in internal pressure. If the inner tank is exposed to fire and experiences thermal weakening, its failure pressure may drop below the pressure rating of the PRDs. The potential for these outcomes would be greater in case trains having multiple LNG tank cars. As shown in the diagram, the outcomes from such scenarios could range from the venting of vapors to a thermal rupture or high-pressure release.

In considering such scenarios and informed by the result of recent testing and modeling by PHMSA and the Federal Railroad Administration (FRA), the committee took a closer look at the relevant design features of the DOT-113C120W9 that relate to survivability of a tank car in a derailment scenario: resistance to puncture and brittle fracture, PRD performance, and insulation performance.

---

[25] National Academies of Sciences, Engineering, and Medicine, *Preparing for LNG by Rail Tank Car: A Review of a U.S. DOT Safety Research, Testing, and Analysis Initiative* (Washington, DC: The National Academies Press, 2021), pp. 15–16, https://doi.org/10.17226/26221. See also the discussion about the Worst-Case Scenario Model task on p. 38, as well as its related tasks such as Punctures and Derailment Simulation Modeling.

[26] U.S. Department of Transportation Pipeline and Hazardous Materials Safety Administration, "Incident Statistics," n.d., https://www.phmsa.dot.gov/hazmat-program-management-data-and-statistics/data-operations/incident-statistics.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

FIGURE 4-2 Event tree of a tank car adjacent to burning tank cars.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

**Resistance to Puncture and Brittle Fracture**

PHMSA and FRA have commissioned a series of side-impact tests on DOT-113 tank cars.[27] The first test conducted in 2019 using a ram car showed that the inner and outer tank of the standard DOT-113C120W punctured at 16.7 mph. Because an upgraded DOT-113C120W9 was not available in 2020 for the second test, a surrogate tank car was custom built with the thicker 9/16-inch TC-128B steel plate substituted for the outer tank of the standard DOT-113.[28] When struck, the outer tank of the surrogate was deformed but not punctured when struck by a ram car moving at 17.3 mph. Using these test data, subsequent modeling of the surrogate tank car indicated that a relative impact speed of nearly 19 mph would be needed for the ram car to puncture the outer tank.[29]

In May 2022, FRA conducted an additional side-impact test, but this time with an actual DOT-113C120W9 tank car, which was filled with liquid nitrogen, which is transported at –350°F (–196°C).[30] This test provided additional validation of the modeling that predicted the tank car outer shell resists puncture up to at least 19 mph, as the ram car punctured the inner and outer tanks at 22 mph.[31]

It merits noting that, following the puncture, the outer tank of the tested DOT-113C120W9 tank car experienced brittle fracture, manifest by an initiating crack at the puncture site and a large, circumferential crack caused by cryogenic damage. Additional brittle fractures occurred over the next few days as the liquid nitrogen fully dissipated.[32] For brittle fracture to occur, a load and/or a crack initiator must be present on the outer tank steel, and the temperature of the steel must be below the average nil-ductility transition (NDT) temperature when steel loses ductility. After a crack initiates, the main factors effecting propagation is hoop stress—tangential

---

[27] National Academies of Sciences, Engineering, and Medicine, *Preparing for LNG by Rail Tank Car: A Review of a U.S. DOT Safety Research, Testing, and Analysis Initiative* (Washington, DC: The National Academies Press, 2021), p. 31, https://doi.org/10.17226/26221. "The results from multiple tests on a range of tank car designs are used to establish the relative puncture resistance of different tank car designs. Test results also provide empirical data for the development and validation of impact and puncture finite element (FE) model capabilities. After validation, these capabilities are used to simulate the puncture resistance associated with various changes in impact conditions and tank design parameters."

[28] The surrogate tank car met the requirements of the 2020 regulations of a DOT-113C120W9, with 9/16-inch TC-128B steel normalized for the outer tank and filled to approximately 95% of its volume with liquid nitrogen.

[29] Federal Railroad Administration, *Side Impact Test and Analyses of a DOT-113 Surrogate Tank Car with Water*, DOT/FRA/ORD-21/35, December 2021.

[30] The DOT-113C120W9 was filled to approximately 97 percent of its volume with liquid nitrogen.

[31] Federal Railroad Administration (personal communication), June 17, 2022.

[32] Ibid.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

stress around the circumference of a structure due to a pressure gradient—and transmission of the weight of the inner tank through the support system to the outer tank. Initiators can arise from cracks, such as those associated with dents and buckles, as well as from thinning of the tank steel from scores, gouges, and wheel burns.

The brittle fracture of the DOT-113C120W9 tank car loaded with liquid nitrogen warrants noting because LNG is transported at significantly warmer temperatures (–260°F [–162°C]) than liquid nitrogen (–320°F [–196°C]), which has a greater potential to cause embrittlement than LNG. Nevertheless, a reason to be concerned about a potential for LNG to cause brittle fracture of the DOT-113C120W9's outer tank is that the NDT temperature of its specified steel grade, normalized TC-128B, is –59.8°F (–51°C), which is higher than the temperature of transported LNG.[33,34]

### Pressure Relief Device Performance

The DOT-113C120W9 design shares the same specifications as the standard DOT-113 tank car for pressure relief devices. As discussed above, a DOT-113C120W9 tank car is required to have one set of PRDs and may have a second set serving as reserve PRDs. The primary pressure relief valves are set to discharge at 75 psi (6.2 bar); the secondary PRD could either be a pressure relief valve set to discharge at 90 psi (7.2 bar) or a rupture disc set to discharge at 120 psig (9.3 bar).[35] Because LNG has a liquid-to-gas expansion ratio of 600 to 1, a container is susceptible to overpressurization if the pressure release valve is faulty or upon rapid heating.

A matter that may be deserving of attention is that the PRDs on the DOT-113C120W9 have not been tested for a tank car engulfed in an LNG fire. Such testing could be valuable for assessing whether the systems are properly sized in light of an incident where the tank car heats and results in the evaporation of LNG.

### Insulation Performance

The 2020 rule did not alter the DOT-113's specification for the multilayer insulation that wraps the inner tank, presumably under the premise that the insulation system would likely be satisfactory in maintaining cryogenic

---

[33] Normalized TC-128B steel has an NDT of –59.8°F (–51°C), which is above the –260°F (–162.2°C) temperature of LNG.

[34] G. E. Hicho and J. H. Smith, "Determination of the NDT Temperature and Charpy V-notch Impact Properties of AAR TC128 Grade B Steel and A 8XX Grade B Steel," National Institute of Standards and Technology, NISTIR 4300, Report No. 20, 1990.

[35] 49 CFR § 179.401-1, Individual Specification Requirements.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

temperatures in the inner tank in the aftermath of a derailment under thermal load. DOT-113 tank cars are not required to meet federal regulations (49 CFR § 179, Appendix B) that require that thermal insulation be tested under simulated conditions representing a pool fire for 100 minutes and a torch fire for 30 minutes.[36,37] However, plate tests have been conducted in which an insulated steel plate of a representative tank car thickness is exposed to simulated fires, typically carried out with propane torches. While the specified insulation meets federal standards, it merits pointing out that the test temperatures in the standard are significantly lower than temperatures expected during an LNG pool fire or natural gas torch fire. The temperatures used during testing versus the temperatures of an LNG pool fire and natural gas torch fire can be seen in Table 4-3. It is conceivable, therefore, that the insulation may fail when subject to the intense heat flux of an LNG fire (~270 kW/m$^2$). Indeed, the use of propane as the fuel for a fire test of a UN-T75 portable tank (commissioned by PHMSA) demonstrated that a heat flux lower than LNG can degrade similar insulation.[38] The tests indicated that insulator performance can vary significantly with pressure or temperature changes and that maintaining the vacuum is critical to performance.

**TABLE 4-3** Temperatures of Testing Under Federal Regulations Versus LNG and Natural Gas Fires

|  | Testing Scenario | LNG[39] | Natural Gas[40,41] |
|---|---|---|---|
| **Temperature of Pool Fire in °F (°C)** | 1600°F ± 100°F (871°C ± 55.6°C) | 2303.6°F–2912°F (1262°C–1600°C) | — |
| **Temperature of Torch Fire in °F (°C)** | 2199°F ± 100°F (1204°C ± 55.6°C) | — | Up to 2732°F (1500°C) |

---

[36] 49 CFR § 173.31, Use of tank cars.

[37] The torch fire has a velocity of 64.4 ± 16 km/h.

[38] Pipeline and Hazardous Materials Safety Administration and Federal Railroad Administration, "Portable Tank Fire-Testing Task Resource," August 13, 2020, p. 67, http://onlinepubs.trb.org/onlinepubs/dvb/LNGrail/UNT75_Fire_Test.pdf. In addition, the committee offered its advice on this study during its Phase 1 report, *Preparing for LNG by Rail Tank Car: A Review of a U.S. DOT Safety Research, Testing, and Analysis Initiative* (Washington, DC: The National Academies Press, 2021), https://doi.org/10.17226/26221.

[39] A. Luketa and T. Blanchat, "The Phoenix Series Large-Scale Methane Gas Burner Experiments and Liquid Methane Pool Fires Experiments on Water," *Combustion and Flame,* vol. 162, 2015, pp. 4497–4545.

[40] B. J. Lowesmith et al., "An Overview of the Nature of Hydrocarbon Jet Fire Hazards in the Oil and Gas Industry and a Simplified Approach to Assessing the Hazards," *Transactions of the Institute of Chemical Engineers, Part B,* May 2007.

[41] This temperature is for a natural gas torch fire with flowrates of 3–10 kg/s.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

The committee is also aware of experiments performed on marine vessels to assess insulation performance when transporting LNG. In these tests, an at-scale vessel cross section was exposed to heat flux representative of an LNG fire. The test steel plate was nearly twice the thickness of the specification for the DOT-113C120W9's outer tank. The unexposed side of the tested plate reached temperatures high enough to significantly weaken the tensile strength of TC-128B steel.[42,43] Temperatures of the tested plate reached 1832°F (1000°C), yet testing on TC-128B steel indicates that the ultimate tensile strength is reduced by about a factor of 6 when raised to a temperature of 800°C (1472°F).[44]

As noted earlier, the MLI of a DOT-113 tank car consists of alternating layers of aluminum foil and a non-conducting spacer material, such as fiberglass or ceramic fiber paper.[45] Aluminum's melting temperature is 1221°F (660.3°C), while fiberglass will begin to soften and degrade around 400°F (204.4°C).[46] Both of these temperatures are below the temperature of an LNG pool fire (see Table 4-3).[47] On the other hand, there are ceramic fibers that have degradation temperatures greater than the temperatures of an LNG pool fire.[48]

## SUMMARY

The DOT-113 tank car family transports cryogenic commodities. All of the tank cars in this family have inner and outer tanks, the former wrapped with insulation to maintain the low temperature of its cryogenic cargo. The

---

[42] U.S. Department of Energy, "Liquefied Natural Gas Safety Research," Report to Congress, May 2012, https://www.energy.gov/sites/default/files/2013/03/f0/DOE_LNG_Safety_Research_Report_To_Congre.pdf.

[43] On the unexposed side of the outer steel plate, temperatures reached 1832°F (1000°C) after approximately 20 minutes of exposure, and then subsequently increased to 2012°F (1100°C) after an additional 5 minutes.

[44] J. McKinley et al., "Strength, Creep, and Toughness of Two Tank Car Steels TC128B and A516-70," Submitted to Transport Canada, GCDOCS Workflow ID 38647561, April 2019.

[45] Pipeline and Hazardous Materials Safety Administration, "Hazardous Materials: Liquefied Natural Gas by Rail—Final Rule," *Federal Register,* 85 FR 44994 (2020), https://www.federalregister.gov/documents/2020/07/24/2020-13604/hazardous-materials-liquefied-natural-gas-by-rail.

[46] J. L. Thomason, U. Nagel, L. Yang, and D. Bryce, "A Study of the Thermal Degradation of Glass Fibre Sizings at Composite Processing Temperatures," *Composites Part A: Applied Science and Manufacturing,* vol. 121, June 2019, pp. 56–63, https://doi.org/10.1016/j.compositesa.2019.03.013.

[47] A. Luketa and T. Blanchat, "The Phoenix Series Large-Scale Methane Gas Burner Experiments and Liquid Methane Pool Fires Experiments on Water," *Combustion and Flame,* vol. 162, 2015, pp. 4497–4545.

[48] J. Weinstein, "An Overview of Refractory Ceramic Fibers," *Thermal Processing,* March 15, 2021, https://thermalprocessing.com/an-overview-of-refractory-ceramic-fibers.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

inner tank is constructed of stainless steel to withstand cryogenic temperatures, while the outer tank is constructed of carbon steel. The insulation around the inner tank consists of alternating layers of aluminum foil and a non-conducting spacer material, such as fiberglass or ceramic fiber paper. The annular space between the wrapped inner tank and outer tank is maintained as a vacuum, which is a key part of the insulation system. A PRD system is designed and set to activate when desired temperatures are not maintained. These systems must function under high-temperature conditions in the event of an incident and must be made from materials suitable for the temperature of the cargo in liquid and vapor phases.

In authorizing the LNG's shipment by tank car, PHMSA established new requirements for a DOT-113C120W9 tank car design that specified an outer tank made with a stronger and thicker carbon steel. The new design did not include changes to the requirements for insulation materials or the PRD system. The upgrades to the DOT-113's outer tank were intended to make it more resistant to impact damage. The results of impact tests conducted by PHMSA and FRA suggest that the DOT-113C120W9's outer tank is more resistant to puncture than the outer tank of a standard DOT-113 tank car. However, questions remain about the resistance of the outer tank's steel to brittle fracture from a potential exposure to cryogenic LNG. A matter that warrants consideration is that the temperature of cryogenic LNG is lower than the temperature at which the outer tank steel can become embrittled. Uncertainties also remain about the PRD's capacity to release sufficient product when the tank car is engulfed in a high-temperature LNG fire and whether the materials used for insulating the inner tank can withstand the intense heat flux of the fire.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

5

# Transportation Safety Requirements and Performance

Shipments of hazardous materials have long been transported by rail, governed by regulations and shaped by industry practices that accommodate the freight rail industry's common carrier obligations. This chapter begins with an overview of the main elements of the regulatory framework established for ensuring the safe transportation of hazardous commodities generally by rail and specifically with respect to flammable and cryogenic materials. The framework includes requirements for shipment packaging (i.e., containers), shipment handling, train operations, route selection and security planning, track inspection, railroad and shipper employee training, and emergency planning and preparedness. While the focus in this chapter is on rail transportation of hazardous materials, a companion review of the safety assurance frameworks for liquefied natural gas (LNG) facilities, marine vessels, and motor carriers is provided in Appendix A.

After reviewing this general safety framework for rail hazardous materials transportation, consideration is given to the special conditions that have been applied to bulk shipments of high-hazard flammable liquids (crude oil and ethanol) and the trains that transport them (high-hazard flammable trains [HHFTs]). This discussion is relevant because many of the special conditions attached to shipping LNG by rail are similar to measures introduced to ensure the safe transportation of crude oil and ethanol by tank car. Indeed, the safety challenges experienced by railroads in transporting these two flammable liquids are likely to have been factors in the regulatory treatment of LNG by rail. The troubling early safety record of HHFTs, a fresh memory from the past decade, demonstrates the importance of being

Copyright National Academy of Sciences. All rights reserved.

vigilant in monitoring the safety performance of hazardous materials new to rail shipping and in taking precautionary steps for safety assurance.

Consideration is then given to the special conditions that have been applied by regulators to shipping LNG by rail in portable tanks and in rail tank cars. While many of the conditions are similar to those that apply to HHFTs, there are some exceptions.

The chapter concludes with a summary of the safety records of LNG when transported by truck and ship and the safety records of other flammable and cryogenic commodities that are shipped by rail tank car. Because Japan is the only country with a history of shipping LNG by rail, its safety experience is also considered briefly.

## OVERVIEW OF SAFETY ASSURANCE FOR RAIL TRANSPORTATION OF HAZARDOUS MATERIALS

This section reviews some of the important elements of the safety assurance system for the transportation of hazardous materials. The purpose of the discussion, which is by no means comprehensive, is to show the breadth of efforts to ensure that hazardous materials are transported safely through various regulatory requirements and railroad industry practices.

The federal government ensures the safety and security of hazardous materials shipments mainly through regulations issued by the Pipeline and Hazardous Materials Safety Administration (PHMSA) and enforced by the relevant federal modal agencies. Enforcement of regulations that apply to railroad transportation is largely the responsibility of the Federal Railroad Administration (FRA). The Federal Motor Carrier Safety Administration (FMCSA) and the U.S. Coast Guard have similar responsibility for enforcing the regulations that apply to truck and marine transportation, respectively. For their part, shippers must be sure that shipments are properly packaged, secured, labeled, and accompanied by accurate information on contents, quantities, and emergency contacts. The carriers of the shipments must provide a safe and secure operating environment in terminal areas and en route. Shippers and carriers must be sure that all hazard information is properly displayed, accurate, and available for emergency personnel.

The following is an overview some of the major elements of the regulatory requirements and relevant industry recommended safe practices.

### Approved Packaging

Containers and tanks are generally considered to be forms of bulk packaging, which include those packages in excess of 119 gallons for liquids, 882

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

pounds for solids, and 1,000 pounds for gases.[1] In addition to portable tanks and rail tank cars, barge tankers and cargo tank motor vehicles are types of bulk packaging. Ocean-going tank vessels that carry hazardous materials are regulated by the U.S. Coast Guard and are subject to statutory requirements different from those applying to bulk shipments by rail, barge, and truck. Because Chapter 2 discusses the requirements for the portable tanks and tank cars that are approved packaging for cryogenic and flammable materials, there is no need for additional discussion here.

**Shipment Receiving, Handling, and Delivery**

According to PHMSA regulation, a railroad, or other carrier, is responsible for inspecting the shipment and verifying that it is compliant with all hazardous material regulations (49 CFR § 174.9). The carrier must not accept a shipment, such as a loaded tank car, if the carrier's inspection reveals a violation of the regulations or any hazardous situation such as a leak. In the case of tank cars, railroad personnel visually inspect from ground level looking for leaks or evidence of leaks and signs of tampering. Items that are visually inspected include protective housing covers, valves, and other fittings for signs that they are securely in place. Inspections are also undertaken at other points in transit, including when the shipment is received at an interchange and when placed in a train.[2]

Depending on the commodity and its hazard category, shippers may also be required to follow specified procedures when handling and transporting the shipment, including unloading (49 CFR § 174.67). For cryogenic liquids shipped in tank cars, the regulations govern filling density and levels, shipment monitoring to determine the rise in average daily pressure, and additional tank car testing prerequisites (49 CFR § 173.319). For most tank car shipments, railroads will not be involved with unloading the product from the tank car upon delivery to a siding.

---

[1] Transportation Research Board, *Cooperative Research for Hazardous Materials Transportation: Defining the Need, Converging on Solutions* (Washington, DC: Transportation Research Board, 2005), p. 21, https://doi.org/10.17226/11198.

[2] Association of American Railroads Hazardous Materials Committee, *United States Hazardous Materials Instructions for Rail,* October 18, 2021.

Copyright National Academy of Sciences. All rights reserved.

**Train Operations**

Once the railroad accepts a tank car, it is legally liable for its safe transportation and for any damages caused by a crash or other incident en route.[3] Regulations that govern switching (49 CFR § 174.83) and the position of tank cars in a train (49 CFR § 174.85) are designed to protect the crew, protect the tank car from other rail cars, and keep rail cars carrying different types of hazardous materials from interacting with each other. By way of example, a tank car carrying a Hazard Class 2 gas (which would include LNG) is prohibited from being closer than six cars from a locomotive or next to open-topped cars, certain flatcars, and other rail cars deemed hazardous to the tank car in the event of a derailment.

FRA imposes general train speed restrictions that depend on the class of the track, such as 60 mph for Class 4 and 80 mph for Class 5 track. In cases where there are additional speed restrictions for trains carrying hazardous materials, the regulations usually specify a maximum allowable speed of 50 mph. For instance, when a train is carrying one or more tank cars of material that is poisonous (or toxic) by inhalation, the maximum allowable operating speed is 50 mph (49 CFR § 174.86(b)). Train speeds are also the subject of railroad industry guidance. Notably, the Association of American Railroads (AAR) has addressed the speed of trains carrying hazardous materials in its recommended railroad operating practices for "Key Trains." According to the guidance, any train with 20 carloads or intermodal portable tank loads of any combination of hazardous material should not exceed 50 mph.

In addition, models that simulate longitudinal train dynamics and operations are tools that describe train behavior using digital representations of real-world situations and can be used to guide rail operations. The committee evaluated FRA's deployment of the Train Energy and Dynamics Simulator (TEDS) software during Phase 1 of this study and concluded that "simulation studies are essential tasks in the analysis and prediction of new or different train operations."[4]

**Security Planning and Route Selection**

Shippers and carriers of certain specified hazardous materials, as identified in regulation, are required to adopt a safety and security plan (40 CFR § 172,

---

[3] Francis P. Mulvey and Michael F. McBride, "Railroads Common Carrier Obligation: Its Legal and Economic Context," USDA Cooperative Agreement Number 19-TMTSD-MD-0007, April 2020, 10.22004/ag.econ.303739.

[4] National Academies of Sciences, Engineering, and Medicine, *Preparing for LNG by Rail Tank Car: A Review of a U.S. DOT Safety Research, Testing, and Analysis Initiative* (Washington, DC: The National Academies Press, 2021), pp. 49–58, https://doi.org/10.17226/26221.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

Subpart I). The plan must be based on an individualized assessment of the risks that may occur during all stages of transportation, to include personnel security, unauthorized access, and en route security. As part of this planning, railroads must analyze the safety and security risks of the routes and railroad facilities used to transport these identified hazardous materials. The analysis must take into account the 27 factors listed in Box 5-1 that pertain to conditions such as the route's traffic density, maintenance, grade, and curvature that can affect the potential for a derailment. The analysis must also be conducted on any alternative viable routes, including those using interchange agreements with other carriers. FRA, which does not prescribe a specific type of analysis methodology, has authority to order the railroad to follow an alternative route if the railroad's analysis is found deficient and after consultation with the Transportation Security Administration and the Surface Transportation Board (49 CFR § 172.820(j)).[5] Based on the results of the analysis, the railroad is expected to "select the practicable route posing the least overall safety and security risk" (49 CFR § 172.820).

The railroads and FRA conduct inspections of rail infrastructure including tracks. FRA requires railroads to conduct internal rail defect inspections for Class 4 and 5 tracks at least once every 370 days and to also inspect Class 3 track at the same interval when it meets regulatory criteria as a hazardous materials route (49 CFR § 213.237(j)). This additional inspection requirement supplements frequent and regular inspections of track components. AAR's recommended railroad operating practices establish enhanced track inspection for Key Routes, whose criteria are similar to those of the regulatory criteria. AAR recommends that inspections be conducted for rail defects and track geometry at least twice per year on Key Routes that are main track and at least once per on Key Routes that are sidings. AAR's recommendations do not define Key Route by class of track.[6]

**Employee Training and Emergency Preparedness**

All transportation businesses engaged in shipping of hazardous materials are required to meet regulations for the training of employees (49 CFR § 172.700–704), including training specific to the relevant mode. The business must ensure that employees have general awareness and function-specific training as well as safety training and security awareness training.

---

[5] Railroads typically choose one of two models for their analysis: the Rail Corridor Risk Management System (RCRMS) or the Hazmat Transportation Analytical Risk Model (see FRA Hazardous Material Guidance 105, January 2018).

[6] Association of American Railroads, "Recommended Railroad Operating Practices for the Transportation of Hazardous Materials," OT-55-Q, 2018. AAR's recommendations, last updated in 2018, do not specify whether LNG in tank cars should contribute to the lower or higher threshold. LNG in portable tanks contributes to the higher threshold.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

*58*                          *PREPARING FOR LNG BY RAIL TANK CAR*

The safety training should cover emergency response, measures to protect employees from the specific hazard, and methods and procedures for avoiding accidents (49 CFR § 172.704(a)(3)). Emergency response information should be "immediately accessible" to employees and personnel on the scene and through marking an emergency response telephone number (49 CFR § 172.600–606).

---

**BOX 5-1**
**The 27 Factors to Be Considered When Analyzing the Safety and Security of Routes (49 CFR Part 172, Appendix D)**

1. Volume of hazardous material transported;
2. Rail traffic density;
3. Trip length for route;
4. Presence and characteristics of railroad facilities;
5. Track type, class, and maintenance schedule;
6. Track grade and curvature;
7. Presence or absence of signals and train control systems along the route ("dark" versus signaled territory);
8. Presence or absence of wayside hazard detectors;
9. Number and types of grade crossings;
10. Single versus double track territory;
11. Frequency and location of track turnouts;
12. Proximity to iconic targets;
13. Environmentally sensitive or significant areas;
14. Population density along the route;
15. Venues along the route (stations, events, places of congregation);
16. Emergency response capability along the route;
17. Areas of high consequence along the route, including high consequence targets defined as a property, natural resource, location, area, or other target designated by the Secretary of Homeland Security that is a viable terrorist target of national significance, the attack of which by railroad could result in catastrophic loss of life, significant damage to national security or defense capabilities, or national economic harm;
18. Presence of passenger traffic along route (shared track);
19. Speed of train operations;
20. Proximity to en-route storage or repair facilities;
21. Known threats, including any non-public threat scenarios provided by the U.S. Department of Homeland Security or the U.S. Department of Transportation for carrier use in the development of the route assessment;
22. Measures in place to address apparent safety and security risks;
23. Availability of practicable alternative routes;
24. Past incidents;
25. Overall times in transit;
26. Training and skill level of crews; and
27. Impact on rail network traffic and congestion.

---

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

## SPECIAL CONDITIONS: THE CASE OF HIGH-HAZARD FLAMMABLE TRAINS

The regulatory requirements and industry recommended practices summarized above have emerged over decades of experience transporting hazardous materials by rail and other modes. In some cases the requirements and practices were put in place in response to tragedies; for instance, speed restrictions were imposed on trains transporting tank cars containing poison gases after a derailment of chlorine cars killed nine, injured hundreds, and forced thousands of residents to evacuate their homes in Graniteville, South Carolina, in 2005.[7] In many other cases, the requirements were established in a more proactive manner in recognition of the special risks posed by hazardous materials shipments and the importance of avoiding harm.

Because LNG had not been transported by rail in the United States, the supplemental requirements or conditions that were placed on the transportation of LNG shipments by portable tank (in Alaska and Florida) and tank car are examples of PHMSA and FRA being proactive and cautious. Undoubtedly, fresh in the memory of regulators and the railroad industry was the troubled safety record during the early 2010s of ethanol and crude oil being transported by tank car. While a detailed account of this experience can be found in the 2018 Transportation Research Board (TRB) report *Safely Transporting Hazardous Liquids and Gases in a Changing U.S. Energy Landscape*, the crux of the problem is that large volumes of the flammable liquids ethanol and crude oil started being transported by rail in the general-purpose DOT-111 tank cars. Following a series of tank car derailments and fires, by 2012 PHMSA and FRA had launched the Safe Transportation of Energy Products (STEP) initiative. STEP consisted of a series of federal and industry coordination activities that ultimately resulted in the adoption in May 2015 of the final rule HM-251, Enhanced Tank Car Standards and Operational Controls for High-Hazard Flammable Trains (HHFTs).

HM-251 defined an HHFT as "a single train transporting 20 or more loaded tank cars of a Class 3 flammable liquid in a continuous block or a single train carrying 35 or more loaded tank cars of a Class 3 flammable liquid throughout the train consist" (49 CFR § 171.8). The rule was intended to be comprehensive by including provisions to prevent tank car derailments, limit the severity of incidents when they do occur, and assist state and local agencies in planning and preparing a safer and more effective emergency response to incidents. To reduce the likelihood of HHFT derailments, railroads were required to apply the same 27-factor analysis

---

[7] National Transportation Safety Board, "Collision of Norfolk Southern Freight Train 192 with Standing Norfolk Southern Local Train P22 with Subsequent Hazardous Materials Release at Graniteville, South Carolina January 6, 2005" (NTSB/RAR-05/04).

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

used for routing trains containing cars loaded with poison gases toxic by inhalation (TIH), as shown in Box 5-1. Second, the rule requires that train speeds be restricted to 50 mph in all areas, which is the same as the limit for TIH trains. While the main purpose of the speed limit was to reduce the severity of incidents, lower train speeds are also viewed as having the potential to prevent some incidents such as overspeed derailments.

STEP also directed grants to fund track safety improvements in areas affected by the increased transportation of energy products by rail and provided support for additional scientific research on the properties of crude oil.[8] Although not part of the HHFT rulemaking, in 2015 FRA also launched the Crude Oil Route Track Examination (CORTEx) program to further its goal to prevent incidents. This program concentrates increased track inspections on crude oil routes by a team of inspectors. Afterward, regional inspectors are instructed to reinspect items that had been identified by the CORTEx team.[9]

Another significant provision of HM-251 was an upgraded design specification for tank cars used in crude oil and ethanol service. The rule created the new DOT-117 standard that contains several enhancements to increase resistance to tank punctures such as thicker tank shells and full-height head shields, reduce overpressurization from exposure to heat from fires (e.g., thermal insulation and jackets, larger pressure relief devices), and minimize crash-related damage to top and bottom fittings.

Railroads operating an HHFT were also required to make additional notifications to support state, tribal, and local emergency response planning (49 CFR § 174.312). For instance, railroads are expected to notify the

---

[8] Pipeline and Hazardous Materials Safety Administration, "Safe Transportation of Energy Products Overview," n.d., accessed May 9, 2022, https://www.phmsa.dot.gov/safe-transportation-energy-products/safe-transportation-energy-products-overview; Federal Railroad Administration, "Federal Railroad Administration's Action Plan for the Safe Transportation of Energy Products (STEP)," n.d., accessed May 4, 2022, https://railroads.dot.gov/elibrary/safety-action-plan-hazardous-materials-safety; PHMSA; Federal Railroad Administration, "Railroad Safety Grants for the Safe Transportation of Energy Products by Rail Grant Program FY 2015," last updated October 21, 2019, https://dotcms.fra.dot.gov/grants-loans/competitive-discretionary-grant-programs/railroad-safety-grants-safe-transportation.

[9] Federal Railroad Administration, "Federal Railroad Administration's Action Plan for the Safe Transportation of Energy Products (STEP)," n.d., accessed May 4, 2022, https://railroads.dot.gov/elibrary/safety-action-plan-hazardous-materials-safety; Pipeline and Hazardous Materials Safety Administration, "Hazardous Materials: Enhanced Tank Car Standards and Operational Controls for High-Hazard Flammable Trains," *Federal Register,* 80 FR 26643, May 8, 2015, https://www.federalregister.gov/documents/2015/05/08/2015-10670/hazardous-materials-enhanced-tank-car-standards-and-operational-controls-for-high-hazard-flammable; National Academies of Sciences, Engineering, and Medicine, *Safely Transporting Hazardous Liquids and Gases in a Changing U.S. Energy Landscape* (Washington, DC: The National Academies Press, 2018), pp. 101–102, https://doi.org/10.17226/24923.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

appropriate state and tribal officials of the estimated number of HHFTs per week, their routes, emergency response information, and a point of contact.

## SPECIAL CONDITIONS FOR MOVING LNG BY RAIL

It is interesting that FRA's first approval for transporting LNG by rail in UN-T75 portable tanks was granted to the Alaska Railroad Corporation in October 2015, shortly after PHMSA's issuance of HM-251 in May of that year. The approval set conditions for track inspection, hazardous materials training for railroad personnel, specialized training for local emergency responders, speed limits, incident management, and reporting requirements. Two years later, in granting approval to Florida East Coast Railway to transport LNG in the same type of portable tank, FRA also set conditions for track inspection and route planning analysis. It is reasonable to assume that the experience with HHFTs was a factor in FRA's decision to attach these conditions to approvals of petitions for a new hazardous liquid to be transported in bulk by rail.

When PHMSA authorized the transportation of LNG by tank car for the first time in a final rule in July 2020, the resemblance to the HHFT conditions were even stronger. Most significantly, PHMSA required the use of a cryogenic tank car with an upgraded outer tank, the DOT-113C120W9, as discussed in Chapter 4. In addition, the rule added LNG tank car shipments to the list of hazardous materials requiring compliance with 49 CFR § 172.820, which requires railroad carriers transporting listed hazardous materials to conduct additional planning and route analysis for safety and security annually, as discussed above.[10]

While the July 2020 LNG rule does not set any restrictions affecting train speed, it does require enhanced braking by mandating the use of two-way end-of-train devices or distributed power for trains carrying 20 or more loaded tank cars of LNG in a continuous block or 35 or more loaded tank cars. For monitoring tank integrity, the shipper is required to remotely monitor each tank car's location and pressure and notify the carrier if the tank pressure rises by more than 3 psig in any 24-hour period. While existing regulations had already required that shipments of cryogenic liquids in class DOT-113 tank cars be monitored for pressure rise, the LNG rule required that shippers identify the location of the tank car to notify the carrier of increases above this threshold.

It merits noting that, as a flammable cryogenic material, LNG shipments by tank cars are subject to long-standing regulations for time-sensitive shipments. If the consignee (designated tank car recipient) has

---

[10] "Hazardous Materials: Liquefied Gas by Rail," *Federal Register*, 85 FR 44994, July 24, 2020.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

*62*                                                    *PREPARING FOR LNG BY RAIL TANK CAR*

not received the tank car within 20 days from the date of shipment, the shipper must notify the FRA (49 CFR § 173.319(a)(3)). LNG in tank cars would also be subject to the "48-hour rule" (49 CFR § 174.14), which requires carriers to forward a shipment within 48 hours of arriving at any location, with some exceptions. This rule is designed to expedite shipments of hazardous materials and to prevent shipments of flammable gases in tanks cars from being unofficially stored on a carrier's track.[11] A summary comparison of the conditions attached to the Alaska and Florida special permits for transporting LNG by portable tank and the authorization for shipping LNG by railroad tank car are shown in Table 5-1.[12] The table also lists the conditions attached to the (now expired) December 2019 PHMSA special permit authorizing the transportation of LNG in standard DOT-113 cryogenic tank cars between Wyalusing, Pennsylvania, and Gibbstown, New Jersey.

**TABLE 5-1** Comparison of Special Operating Requirements for Moving LNG by Rail

|  | FRA Approval: FEC/Florida | FRA Approval: ARRC/Alaska | PHMSA Special Permit: ETS/PA-NJ | 2020 Regulations |
|---|---|---|---|---|
| **Type of Tank** | UN-T75 Portable Tank, on well car | UN-T75 Portable Tank, on flat car | DOT-113C120W tank car | DOT-113C120W9 tank car |
| **Applicability** | Applicant: FEC, the carrier | Applicant: ARRC, the carrier | Applicant: ETS, the shipper | All shippers and rail carriers of LNG |
| **Route** | Approved for designated origin–destination pairs, all within operating network of FEC | Approved for designated origin-destination only, using specified route | Approved for designated origin-destination only; no intermediate stops<br><br>Detailed plan for quantities and timelines to be completed | Must comply with 49 CFR § 172.820, which requires annual consideration of 27 factors that impact route safety |
| **Maximum Tanks per Train** | 10 tanks; 1 tank per car | 24 tanks; 2 tanks per car | No | Not applicable |

---

[11] Federal Railroad Administration, "Hazardous Material Guidance-120," December 2017, https://railroads.dot.gov/sites/fra.dot.gov/files/2020-01/signed%20HMG120.pdf.

[12] Federal Railroad Administration to Florida East Coast Railway, "Letter of Approval," May 1, 2018.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

**TABLE 5-1** Continued

|  | FRA Approval: FEC/Florida | FRA Approval: ARRC/Alaska | PHMSA Special Permit: ETS/PA-NJ | 2020 Regulations |
|---|---|---|---|---|
| **Limits on Trains** | 2 per day | 2 per week | No | Not applicable |
| **Position in Train** | Car placement in train must be consistent with risk assessment | Prohibited from being nearer than the fifth car from any locomotive in a train consist. | Nothing required above existing train placement requirements | Nothing required above existing train placement requirements |
| **Enhanced Braking** | Train consisting of 10 tanks requires two-way end-of-train device or distributed power | Nothing required above existing requirements | 20 or more loaded tank cars requires two-way end-of-train device or distributed power | 20 or more loaded tank cars of LNG in a continuous block or 35 or more loaded tank cars of LNG throughout the train require two-way end-of-train device or distributed power |
| **Speed Limits** | 50 mph for consist trains with 10 loaded tanks; speed part of risk assessment | 50 mph; 40 mph in or near listed populated areas; 20 mph in tunnel | Nothing required above existing requirements | Nothing required above existing requirements |
| **Track Inspections** | Track geometry car inspection, minimum 1 annually; internal rail flaw inspections, 4 annually | Track geometry car inspection, minimum 1 annually; internal rail flaw inspections, 4 annually | Not applicable | No additional |
| **Training, Employee (standard is every 3 years)** | No additional | LNG hazard training to train crews, *annually* | No additional | No additional |
| **Training, Emergency Responders** | Outreach plan to first responders and local governments, 30 days before first shipment | LNG hazard and emergency response training for responders along route, *annually* | LNG hazard and emergency response training for affected responders, before first shipment | No additional |

*continued*

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

**TABLE 5-1** Continued

|  | FRA Approval: FEC/Florida | FRA Approval: ARRC/Alaska | PHMSA Special Permit: ETS/PA-NJ | 2020 Regulations |
|---|---|---|---|---|
| **Remote Monitoring, Shipper or Offerer** | Not applicable | Not applicable | Tank internal pressure, location, and leakage. | Tank location and pressure; notify the carrier if the tank pressure rises by more than 3 psig in any 24-hour period |
| **Incident Reporting (additional)** | Any incident involving shipment of LNG, to FRA | Any incident involving train carrying LNG, to FRA | Any incident involving tank car, to PHMSA | No additional |
| **Risk Assessment** | A train consist of 10 loaded tanks triggers additional route planning analysis | For route: hazard assessment; mitigation identification and monitoring | No additional risk assessment outside permit process and hazardous materials regulations | Added LNG in tank car to regulation requiring additional route planning analysis |
| **Reporting** | Summary of operations, LNG units, trains, and problems, to FRA, quarterly | LNG units to FRA, monthly; Meetings w/ FRA, monthly | Quantities and plan compliance, quarterly to PHMSA | No additional |

SOURCES: Federal Railroad Administration (FRA) to Florida East Coast Railway, Letter of Approval, May 1, 2018; FRA to Alaska Railroad Corporation (ARRC), "Letter of Approval," June 21, 2021, https://downloads.regulations.gov/FRA-2021-0064-0001/attachment_1.pdf; FRA to ARRC, "Letter of Approval," October 9, 2015, https://downloads.regulations.gov/FRA-2021-0064-0005/attachment_1.pdf; Pipeline and Hazardous Materials Safety Administration, DOT Special Permit 20534, December 5, 2019, https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/docs/safe-transportation-energy-products/72906/dot-20534.pdf; "Hazardous Materials: Liquefied Gas by Rail," *Federal Register*, 85 FR 44994, July 24, 2020; https://www.federalregister.gov/documents/2020/07/24/2020-13604/hazardous-materials-liquefied-natural-gas-by-rail#h-40.

## SAFETY RECORD OF TRANSPORTING LNG AND OTHER CRYOGENIC AND FLAMMABLE MATERIALS

Shipments of LNG have been transported in the United States for decades with few incidents. A review of this safety record is provided next for LNG shipments in tanker vessels and cargo tank motor vehicles as well as in portable tanks transported on multiple modes. A review of the incident data for LNG facilities is also provided because the modes serve these facilities. The section concludes with a review of the safety record of tank cars

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

transporting flammable and cryogenic materials and the safety record of LNG shipped by rail in Japan.

## Marine Tanker Ships

The vast majority of ships transporting LNG to and from U.S. ports are foreign-flag vessels, which are inspected every 2 years by the U.S. Coast Guard under the Certificate of Compliance program. Due to increased LNG exports and ship traffic, these inspections (or exams) have been increasing almost 17 percent per year since 2017, reaching 279 in 2021. Even with this marked increase in ocean-going LNG shipping, tanker vessels carrying LNG have been involved in few incidents and the U.S. Coast Guard has detained only one inspected vessel.

A review of incidents worldwide involving LNG ships shows a similarly strong safety record outside the United States. From 2011 to 2021, LNG ships experienced 22 incidents, none involving cargo-related issues (most were groundings and or involved mechanical issues).[13] Incident (casualty) data reported by the U.S. Coast Guard shows that cargo-related issues have not been the cause of any marine casualties on LNG ships during the past 10 years (see Table 5-2). The ships experienced 14 reportable incidents with only 1 involving injuries (to crew) from 2012 to 2021.[14] An incident is considered reportable when the vessel incurs structural damage, a mechanical breakdown, or other problem that renders it unseaworthy.

## Cargo Tank Motor Vehicles

According to PHMSA data, from 1990 to 2021, trucks carrying LNG in cargo tanks were involved in 16 incidents, including 6 since 2012. Crashes

**TABLE 5-2** Type and Number of Casualties on LNG Ships Operating in U.S. Waters, Reported by the U.S. Coast Guard, 2012–2021[15]

| | |
|---|---|
| Loss of Propulsion/Steering | 11 |
| Mechanical Failure | 3 |
| Collision | 3 |
| Grounding | 1 |
| Injury | 1 |

---

[13] U.S. Coast Guard, "Maritime Transport of LNG: USCG Compliance and Enforcement," committee presentation, September 21, 2021.

[14] Ibid.

[15] Ibid.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

or collisions were the cause of 7 incidents, with equipment defects or failures the cause of the other 9 incidents. Five of these 9 incidents occurred during cargo transfer. LNG was not released in 4 of the 16 incidents and fewer than 100 gallons were released in 8 of the 16. Four incidents did involve a release of 1,000 or more gallons of LNG, including one caused by a highway crash. None of the 16 incidents since 1990 have involved a fatality, but two injuries were reported during incidents involving cargo transfer.

**Intermodal Portable Tanks**

As reported in earlier chapters, Florida East Coast Railway has moved LNG in intermodal containers since 2017 without incident.[16]

**LNG Facilities**

From 2012 to 2021, PHMSA received report of 30 incidents at LNG facilities; however, only 2 were related to transportation: One of the two occurred during an equipment failure during truck loading. The other involved an emergency shutdown of the facility after a power failure caused by a fire that did not involve LNG but that did involve a tank truck striking a stationary rail car. None of the two incidents resulted in a release or fatality, but one person was injured during the evacuation of the shutdown facility.[17]

**Safety Record of Cryogenic and Flammable Materials Transported by Rail Tank Car**

As shown in Table 5-3, the majority of cryogenic commodities transported by tank car are shipments of liquid argon and ethylene. Ethylene, like LNG, is a flammable material as well as a cryogen. Other types of cryogens, including liquid nitrogen and oxygen, usually comprise less than 15 percent of traffic during any given year. As discussed in Chapter 4, the approved cryogenic tank car for these hazardous liquids is the DOT-113.

---

[16] Pipeline and Hazardous Materials Safety Administration and Federal Railroad Administration, "International Empirical Review Task Resource," August 13, 2020, http://onlinepubs.trb.org/onlinepubs/dvb/LNGrail/Intl_Review.pdf.

[17] Pipeline and Hazardous Materials Safety Administration, "LNG Incident Data, January 2011 to Present," February 16, 2022, https://www.phmsa.dot.gov/data-and-statistics/pipeline/distribution-transmission-gathering-lng-and-liquid-accident-and-incident-data.

Copyright National Academy of Sciences. All rights reserved.

*TRANSPORTATION SAFETY REQUIREMENTS AND PERFORMANCE*    *67*

**TABLE 5-3** Cryogenic Tank Car Shipments, 2015–2020[18]

|  | Argon | Ethylene | Other | Total |
|---|---|---|---|---|
| **2015** | 1,588 | 356 | 262 | 2,206 |
| **2016** | 1,611 | 321 | 100 | 2,032 |
| **2017** | 1,731 | 314 | 63 | 2,108 |
| **2018** | 1,669 | 255 | 231 | 2,155 |
| **2019** | 1,978 | 244 | 203 | 2,425 |
| **2020** | 1,879 | 262 | 384 | 2,525 |

NOTE: Ethylene is also a flammable material.

Serious incidents involving railroad tank cars carrying cryogenic argon and ethylene have been rare, as shown in Table 5-4. Between 2015 and 2020, tank cars transported more than 10,000 shipments of argon. During this time, 55 incidents were reported, including 7 incidents resulting in a bulk release, 1 incident with an injury related to the cargo, and 2 incidents resulting in an evacuation.[19] Only 1 of the 55 reported incidents stemmed from a derailment. The most common causes of incidents were human error and equipment failures, such as an open valve, ruptured disc, leaking valve, or crack in a piping line.

During the same period from 2015 to 2020, more the railroads moved more than 1,700 tank car shipments of cryogenic ethylene. During this time, there were four reported incidents, none of which were categorized as a having bulk release, evacuation, or injury. All four were caused by human error, including loose and open valves and a tank not being properly emptied.

---

[18] Todd Treichel "Research Update Related to Cryogenic Tank Cars," November 9, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/TreichelRSI-AARRail-TankSafety110921.pdf.

[19] U.S. Department of Transportation, Pipeline and Hazardous Materials Safety Administration, "Incident Statistics," n.d., https://www.phmsa.dot.gov/hazmat-program-management-data-and-statistics/data-operations/incident-statistics.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

**TABLE 5-4** Total Argon and Ethylene Tank Car Incidents, 2015–2020[20,21]

| Commodity | Tank Car Shipments | Total Incidents | Number of Incidents Caused by Derailment | Fatalities | Incidents Involving | | |
|---|---|---|---|---|---|---|---|
| | | | | | Bulk Release | Evacuation | Injury from Commodity |
| **Argon** | 10,456 | 55 | 1 | 0 | 7 | 2 | 1 |
| **Ethylene** | 1,752 | 4 | 0 | 0 | 0 | 0 | 0 |

In addition to PHMSA-reported incidents, the Railway Supply Institute (RSI)-AAR Railroad Tank Car Safety Research and Test Project collects data on damage to, or the failure of, tanks cars and their components that provide or protect containment of the lading.[22] Between 1980 and 2020, 17 DOT-113 cars were classified as damaged, which includes damage on tank car–specific features such as the inner tank, valves and fittings, head shields, or outer tank. Of the 17 DOT-113 tank cars damaged, 9 contained ethylene, 7 contained argon, and 1 was unknown. Three of these incidents occurred between 2015 and 2020, all of which involved cryogenic argon. None of these incidents occurred between 2015 and 2020.[23]

## LNG BY RAIL IN JAPAN

In Japan, one company, JAPEX, uses rail as part of its LNG supply chain. It has shipped LNG in intermodal containers since 2000. JAPEX subcontracts intermodal transport to JOT—Japanese Oil Transport. On average, 23 portable tanks are shipped by JOT by rail per day.[24] The rail service is provided by JR Freight. JOT uses a specially designed intermodal portable tank (i.e., not a UN-T75 portable tank) with a capacity of 6,600 gallons (25 m$^3$). JR Freight transports the portable containers on flatcars as part

---

[20] U.S. Department of Transportation, Pipeline and Hazardous Materials Safety Administration, "Incident Statistics," n.d., https://www.phmsa.dot.gov/hazmat-program-management-data-and-statistics/data-operations/incident-statistics.

[21] Todd Treichel "Research Update Related to Cryogenic Tank Cars," November 9, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/TreichelRSI-AARRail-TankSafety110921.pdf.

[22] That is, damage to or failure of other equipment, such as trucks or wheels, does not qualify a car for inclusion.

[23] Data from Todd Treichel "Research Update Related to Cryogenic Tank Cars," November 9, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/TreichelRSI-AARRail-TankSafety110921.pdf.

[24] Federal Railroad Administration, "Memo on JAPEX response to questions on LNG by Rail," n.d.; see also Richard D. Stewart and Hiroko Tada, "Japan Liquefied Natural Gas (LNG) Intermodal Container Operations: Applicability to U.S. Operations," Paper presented at 51st Annual Conference, CTRF, 2016.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

of mixed-freight trains. JR Freight owns little of its own track and mostly transports freight on track owned by passenger rail companies; as a consequence, trains are limited to a maximum length of fewer than 30 cars.[25]

Since 2000, the LNG shipments have resulted in only three incidents, all with minor consequences. Two were caused by defects in the tank and one was caused by the improper transfer of the portable tank. Rail was not the cause of either incident.[26] JOT is responsible for training all its personnel involved in LNG transport. The company has a dedicated training facility capable of conducting drills on operating procedures and providing in-depth education on emergency response. Education and training are conducted annually, at a minimum, and more frequently depending on employee experience and skill level. JOT also maintains the tanks.[27] It merits noting that the JR Freight has the discretion to refuse to carry LNG on a route; however, the only route prohibited to date was one that traversed the 33-mile Seikan Tunnel.

## SUMMARY

### Precaution, Preparation, and Vigilance to Ensure Safety

Decades of experience and learning about safely transporting LNG by truck and ship suggest that similar levels of safety performance can be achieved in the rail environment, where other cryogenic and flammable materials have been transported by rail in cryogenic tank cars with rare occurrence of incidents. A long-standing framework of regulation and industry practice is in place to ensure the safe transportation of bulk shipments of cryogenic and flammable materials that includes requirements for shipment packaging and handling, train operations, route selection and security planning, track inspection, railroad and shipper employee training, and emergency response preparedness. Shipments of LNG by tank car will be subject to these requirements, as well as several added requirements specified by PHMSA and FRA when authorizing LNG's movement by rail.

Many of the added requirements, including an upgraded tank car, were patterned after those put in place to ensure the safe shipment of crude oil and ethanol by tank car. Until about 15 years ago, these two flammable liquids (which are not cryogenic) had not been moved in large quantities

---

[25] Pipeline and Hazardous Materials Safety Administration, "Liquefied Natural Gas (LNG) by Rail Task Force: Task 15: Empirical Review of International LNG Rail Transport," n.d.

[26] Federal Railroad Administration, "Memo on JAPEX response to questions on LNG by Rail," n.d., "International Empirical Review Task Resource," August 13, 2020, http://onlinepubs.trb.org/onlinepubs/dvb/LNGrail/Intl_Review.pdf.

[27] Japan Oil Transportation, "LNG Transportation," accessed April 6, 2022, https://www.jot.co.jp/en/service/lng.html.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

by tank car for many years. A rapid uptick in demand led to large quantities being moved regularly in general-purpose, non-pressure tank cars, and often in large blocks and unit trains. In this case, key elements of the safety assurance system failed, overtaken by the speed and scale of this new traffic and lack of anticipation by regulators, shippers, railroads, and emergency responders of the attendant hazards. After dozens of derailments and other accidents involving these shipments, regulators, shippers, railroads, and tank car builders and fleet owners had to make major changes to the safety assurance system, from the introduction of more crashworthy and thermal-resistant tank car designs and maximum train operating speeds to new protocols for track inspection and for providing guidance and information to emergency planners and responders. The actions taken were essential and impactful, but largely reactive to hazards already experienced by communities, emergency responders, and rail workers in the field.

Having learned from the experience with crude oil and ethanol, regulators and industry have taken early and deliberate precautionary steps to ensure the safety of rail shipments of LNG. However, it is important to keep in mind that LNG rail shipments will be transported in a tank car with design changes, in volumes and on routes that remain unclear, and through communities whose emergency responders may have little, if any, experience with incidents or training scenarios involving LNG. Under these circumstances, emergency responders will require advance training and guidance, while vigilance will be needed for detecting safety challenges early, and ideally before large-scale shipping begins.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

6

# Emergency Preparedness and Response

Emergency preparedness and response planning for hazardous materials is practiced at the local, state, and federal levels and by the chemical and transportation industry to ensure first responders, employees, and transportation personnel are prepared to handle hazardous materials incidents by all modes, including rail.

This chapter outlines the likely challenges that moving liquefied natural gas (LNG) by tank car would pose for emergency responders, followed by brief descriptions of the current emergency planning, preparedness, and response activities for hazardous materials incidents conducted by government and industry. The chapter closes with an overview of emergency response training for LNG, including the development of materials and guidance addressing LNG by rail. Given the potential for an increase in the transport of flammable, cryogenic materials by tank car, federal agencies are already preparing for the need for such emergency response training. The federal and industry response to increased incidents in the early 2010s involving high-hazard flammable trains (HHFTs) is serving as a model.

## LNG CHALLENGES FOR EMERGENCY RESPONSE

Moving LNG by tank car presents several challenges for the agencies responsible for responding to hazardous materials incidents. This section highlights concerns about local emergency response capabilities as well as the availability and adequacy of training materials.

As LNG begins moving by tank car, assessing the emergency response capabilities and resources along the routes will take on added importance.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

While most responders will have extensive familiarity with natural gas in pipeline systems, most first responders will not have encountered such incidents involving LNG due to the relatively small volume of LNG shipments. For ethylene, the only other flammable cryogen currently transported by tank car, there were fewer than 300 rail car loads per year over the past 5 years.[1] LNG incidents may occur in remote, rural areas with reduced exposure and consequences but limited access to hazardous materials response resources. The response may have to come from a regional, statewide, or railroad hazardous materials response team, which will take time. Depending upon incident location, evacuation from the area surrounding a leak or fire could overwhelm local response resources. According to the 2020 Pipeline and Hazardous Materials Safety Administration (PHMSA) *Emergency Response Guidebook* (ERG), the recommended evacuation distance for a tank car involved in an LNG fire is 1 mile (1,600 meters) in all directions, comparable to the guidance for other flammable liquefied gases such as propane and butane.[2,3]

Hazardous materials response in rural areas is likely to be initially coordinated by firefighters who may have little experience with hazardous materials and may therefore be overwhelmed by hazardous materials incidents.[4] Volunteers represent 67 percent of firefighters in the United States, and 65 percent of fire departments are all-volunteer, most serving rural areas. Many volunteer firefighters serve only part time.[5]

For a large LNG pool fire commensurate with the capacity of a DOT-113 tank car, there may also be a need for additional firefighting equipment and tactical training. According to the International Association of Fire Fighters, most fire departments do not have bulk quantities of high-expansion foam or potassium bicarbonate dry chemical (e.g., Purple K) required to extinguish a large LNG pool fire.[6]

Although a significant body of knowledge and experience exists on the transportation of LNG by marine tanker and cargo tank motor carrier,

---

[1] Todd Treichel, "Research Update Related to Cryogenic Tank Cars," November 10, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/TreichelRSI-AARRail-TankSafety110921.pdf.

[2] Ron Hasson, "LNG Transportation by Rail," November 10, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/HassanIAFFOppositionLNGRail110921.pdf.

[3] Pipeline and Hazardous Materials Safety Administration, *Emergency Response Guidebook 2020,* pp. 168–169, https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/2021-01/ERG2020-WEB.pdf.

[4] Timothy Gablehouse, "EPCRA & LEPCs LNG ISSUES," November 10, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/GabelhouseEPCSRA-LEPCSLNGIssues110921.pdf.

[5] National Fire Protection Association, "U.S. Fire Department Profile," December 2021, https://www.nfpa.org/News-and-Research/Data-research-and-tools/Emergency-Responders/US-fire-department-profile.

[6] Ron Hasson, "LNG Transportation by Rail," November 10, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/HassanIAFFOppositionLNGRail110921.pdf.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

there is little precedent for training materials or incident experience on the transport of LNG by tank car. Current North American experience is limited to small pilot operations in Alaska and Florida that move LNG via portable tanks (i.e., UN-T75). In addition, most hazardous materials awareness and operations-level training curricula are not product specific but provide emergency response information based upon hazard class and general strategic and tactical considerations. Firefighters are not as familiar with LNG and its related containers as they are with other Class 2.1 gases, such as propane, butane, and propylene and with Class 3 flammable liquids, such as crude oil and ethanol. The PHMSA's ERG, which provides emergency responders with initial guidance on a substance's hazards, emergency response methods, and public safety, includes LNG in Guide 115, which covers all flammable gases, including those transported as cryogenic liquids, in a single two-page guide.[7] As part of the continuous evaluation of the ERG, emergency response to LNG-related incidents is being evaluated to ensure that the current guidance is applicable.

## EMERGENCY PLANNING AND PREPAREDNESS

Emergency planning and preparedness for hazardous materials is most effective when there is collaboration between industry, government, and the local community. Industries that manufacture and store hazardous materials are required to develop and maintain facility emergency plans and to prepare risk management plans if they store certain threshold planning quantities of hazardous materials.[8] Railroads, as well as state and local officials, develop emergency response and operations plans to prepare for rail hazardous materials incidents, releases, and other emergencies. All plans need to be regularly updated to document the correct emergency response resources, contact information, necessary equipment, and emergency planning protocols to handle incidents involving hazardous materials.

The emergency planning requirements ensuring government, industry, and community coordination were codified in the Emergency Planning and Community Right-to-Know Act (EPCRA) adopted in 1986 to help

---

[7] The ERG is developed jointly by PHMSA and other partners every 4 years to assist first responders in making initial decisions at a hazmat/dangerous goods incident; PHMSA, "Emergency Response Guidebook," https://www.phmsa.dot.gov/hazmat/erg/emergency-response-guidebook-erg.

[8] Risk Management Plans required for facilities using extremely hazardous substances inform emergency response personnel of the emergency response procedures, accident prevention, communications, and awareness. EPA Risk Management Program, https://www.epa.gov/rmp.

Copyright National Academy of Sciences. All rights reserved.

communities plan for hazardous materials emergencies.[9] Gas companies, manufacturers, LNG storage facilities, and LNG shippers have a responsibility to protect their workers and the community living outside the facility. The Occupational Safety and Health Administration (OSHA) introduced the Process Safety Management program in 1992 to protect employees inside hazardous materials facilities and require emergency action plans.[10] In the context of LNG planning, this would pertain to protocols for the safe handling, loading, and unloading of LNG at facilities by truck, rail car, or ship. The U.S. Environmental Protection Agency (EPA) introduced the Risk Management Program in 1990 to protect the public and environment from the effects of a chemical release outside the facility and to require an Emergency Response Plan (ERP).[11] Other requirements include developing worst-case scenarios and off-site consequence plans. For LNG, emergency managers currently plan and train for the off-site consequences of an incident at an LNG facility or during the loading and unloading of a truck or ship at facilities where LNG liquefaction occurs. LNG facilities with pipeline access also come under the facility safety regulations administered by PHMSA's Office of Pipeline Safety (see Chapter 5).

**Industry Emergency Preparedness**

Industries that manufacture, store, and transport hazardous materials are also required to develop an ERP. The standard for responder competency and performance requirements is set by the National Fire Protection Association, which provides consensus-based guidance for employees and first responders responding to hazardous materials incidents. Regulatory requirements for an emergency response plan, levels of training, elements of the Incident Command System (ICS), and basic hazardous materials response skills are promulgated by OSHA.

In 1986, chemical, manufacturing, and transportation industries recognized the need to provide industry hazardous materials expertise to local

---

[9] EPCRA: The Emergency Planning and Community Right-to-Know Act, https://www.epa.gov/epcra, was a direct response by Congress to the 1984 Bhopal Disaster in India that raised concerns about industrial hazards worldwide (https://www.bhopal.com). EPCRA provided public access to toxics release inventories, required risk management plans, and required the establishment of State Emergency Response Commissions and Tribal Emergency Response Councils at the state level and Local Emergency Planning Committees and Tribal Emergency Planning Committees at the local level. These committees are responsible for obtaining Emergency Response Plans from hazmat facilities and for developing community plans to respond to chemical emergencies.

[10] OSHA (49 CFR § 1910.38) requires facilities to maintain Emergency Action Plans, https://www.osha.gov/etools/evacuation-plans-procedures/eap.

[11] U.S. Environmental Protection Agency, Risk Management Program, https://www.epa.gov/rmp.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

communities and partnered to establish the Transportation Community Awareness Emergency Response (TRANSCAER) program. TRANSCAER is a voluntary organization comprised of industry experts that assists communities in preparing for and responding to hazardous materials incidents. Since its inception, TRANSCAER has brought together industry and response community professionals each year to develop training materials and conduct training and exercises for various hazardous materials, including chlorine, anhydrous ammonia, ethanol, crude oil, and, most recently, LNG.[12] Emergency responders train alongside LNG facility managers and other oil and gas industry personnel to learn important procedures and protocols for LNG handling, loading, unloading, transport, and emergency response.

Railroads also have a long history of hazardous materials planning and of working with local emergency officials to prepare for hazardous materials incidents. In addition to participating in TRANSCAER, the railroads provide training for emergency responders and plan with local officials preparing emergency response plans. In partnership with the International Association of Fire Chiefs, the railroad industry developed the AskRail app, which first responders can download to obtain detailed hazardous materials information by rail car in a train consist.[13] In 2011, the railroad industry published a guidance document on railroad operations for hazardous materials, the "United States Hazardous Materials Instructions for Rail," that includes the federal rules and regulations on hazardous materials response protocols and railroad operations.[14]

**Shift to "All Hazards" Planning and Training Approach**

Although the shift to "all hazards" emergency planning that occurred after 9/11 added to firefighting training requirements, materials such as LNG still require specialized training at the operations and hazardous materials technician levels. In the aftermath of the terrorist attacks, hazardous materials preparedness expanded from planning for hazardous chemicals and fuels, as required by EPA and OSHA and further outlined in EPCRA, to an "all-hazards" emergency planning approach to meet the requirements of the U.S. Department of Homeland Security, Federal Emergency Management Agency (FEMA), and the Transportation Security Administration. This shift expanded the requirements for firefighter training to encompass not just

---

[12] Transportation Community Awareness Emergency Response program, https://www.transcaer.com.

[13] AskRail, https://www.iafc.org/topics-and-tools/resources/resource/askrail-(tm)-app.

[14] An example of the "U.S. Hazardous Materials Instructions for Rail – HM-1" can be found at https://www.regulations.gov/document/PHMSA-2018-0025-0631.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

chemical and fuel emergencies, but also weapons of mass destruction, active shooter scenarios, explosive devices, and technical rescue training. The expansion of the hazardous materials response curriculum increased the training requirements for all emergency responders, including the volunteer community. To meet this increased demand, training facilities expanded their offerings to additional specializations, including LNG.

## EMERGENCY RESPONSE

Emergency response involves responding to incidents, taking action to save lives and protect the community, controlling hazardous materials releases, and preventing further property and environmental damage. The management framework for responding to LNG incidents is the same as for other hazardous materials incidents. First responders are trained in the National Incident Management System (NIMS) and ICS. NIMS provides a uniform framework for the management of large, complex incidents, such as those encountered in hazardous materials incident scenarios. ICS is the national standard for delivering a unified and effective emergency response. When an incident occurs, law enforcement or fire officials typically provide the initial emergency response. The incident commander, usually the senior fire officer responding to the incident, then establishes command, requests additional resources based upon the nature of the incident, and coordinates emergency response activities. For railroad incidents, a joint or unified response organization is established to coordinate response activities between the local jurisdiction, the responsible railroad, and related state and/or federal environmental agencies.

## LNG TRAINING

When responding to an emergency, it is important for first responders, hazardous materials technicians, and incident commanders, as well as hazardous materials facility employees and railroad personnel, to have the requisite knowledge and skills to perform their assigned tasks.[15] The delivery of an effective training and exercise program is the most effective way to test emergency operations plans. This section describes LNG-specific training programs in the United States and federal efforts to provide grants, training, and guidance.

---

[15] OSHA outlines responsibilities for responders at each level of operations, including awareness, operations, technician, specialist and on-scene commander, https://www.osha.gov/laws-regs/regulations/standardnumber/1910/1910.120AppC.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

## LNG Training Programs

Two LNG emergency response training programs of note in the United States are in Massachusetts and Texas. When the United States began importing LNG in the 1970s, the Northeast Gas Company and the Massachusetts Firefighters Academy (MFA) joined efforts to develop a comprehensive emergency response to LNG training curriculum to address the requirements set forth in the U.S. Department of Transportation (U.S. DOT) regulations pertaining to LNG emergency training.[16] The curriculum focused on protocols for unloading LNG gas carriers, maritime LNG safety, LNG facility emergency response, and the loading and unloading of LNG motor carriers. The MFA recently acquired a specially designed DOT-113 safety training rail car to help first responders become familiar with the design, construction and characteristics of a cryogenic tank car, and the technical requirements for LNG loading and handling (see Figure 6-1). The Texas A&M Engineering Extension Service (TEEX) is recognized as one of the top fire training schools in the world. TEEX has recently developed multiple LNG training modules for LNG spill control and fire suppression.[17]

Railroads will also need guidance and programs to train their personnel in LNG-specific handling, operations, and emergency response. The Alaska and Florida East Coast Railroads conducted LNG emergency response training in advance of transporting LNG. LNG training is required by some states. For example, the Texas Railroad Commission requires managers



**FIGURE 6-1 LNG safety training car.**
SOURCE: Photo courtesy of the Firefighters Education and Training Foundation.

---

[16] Northeast Gas Association LNG Curriculum, https://www.northeastgas.org/tql-lng-safety.php.

[17] The Texas A&M Engineering Extension Service, College Station, Texas, https://teex.org.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

and employees in contact with LNG in any capacity to pass a qualifying examination.[18]

### Federal Role: Grants, Training and Guidance

PHMSA and the Federal Railroad Administration (FRA) support hazardous materials training by providing grants, sponsoring training programs, and issuing guidance. PHMSA and FRA have also worked together to develop new training materials, programs, and guidance in response to a series of incidents in the early 2010s involving tank cars carrying crude oil and ethanol. The federal response to these HHFTs is a model for moving LNG by tank car.

PHMSA has administered the Hazardous Materials Emergency Preparedness grant program for state, local, and industry entities to fund transportation-related hazardous materials training and exercises since 1990.[19] In response to the increased traffic of HHFTs, PHMSA also introduced the Assistance for Local Emergency Response Training grant program in 2015.[20]

PHMSA and FRA have taken an active role in supporting training for first responders in advance of moving LNG by portable tank and tank car. PHMSA, the HAMMER Federal Training Center, and the National Fire Academy developed training and guidance materials for LNG that is based on a template that was developed for incidents involving HHFTs. The training includes operations-level training to complement baseline hazardous materials training specific to LNG and other flammable refrigerated materials, and technician-level training to provide guidance on LNG and other flammable cryogenic materials, their containers, and tactical guidance in the event of an emergency. In 2016, FRA and PHMSA hosted multiple LNG awareness trainings through the National Response Team, including *Emerging Risks Response Awareness Training for Liquefied Natural Gas*.[21] In 2019, FRA and PHMSA sponsored an LNG Town Hall in Lancaster, Pennsylvania, with FEMA and the National Fire Academy to determine the

---

[18] Texas requires LNG certification for managers and employees handling LNG, https://www.rrc.texas.gov/alternative-fuels/liquefied-natural-gas/certification-and-company-licensing/certifications.

[19] The Hazardous Materials Emergency Preparedness (HMEP) grant program was established by PHMSA in 1990 (https://www.phmsa.dot.gov/grants).

[20] PHMSA ALERT Grant, https://www.phmsa.dot.gov/grants/hazmat/assistance-local-emergency-response-training-alert.

[21] National Response Team, https://www.nrt.org/main/Resources.aspx?ResourceType=Training%20and%20Educational%20Materials&ResourceSection=3. The U.S. National Response Team (NRT) is an organization of 15 federal departments and agencies responsible for coordinating emergency preparedness and response to oil and hazardous substance pollution incidents.

Copyright National Academy of Sciences. All rights reserved.

preparedness for LNG incident response in Pennsylvania and New Jersey for a proposed LNG rail operation.[22]

In 2020, PHMSA and FRA established a joint task force (Task Force) to prepare for the risk of transporting LNG by rail as well as other LNG safety measures. The Task Force coordinated with the emergency response community—first responders, emergency managers, emergency response teams representing carriers and shippers, and emergency response contractors—to ensure the appropriate level of awareness, training, and resources were available.[23]

Federal agencies provide guidance to emergency responders. Examples of federal guidance include PHMSA's ERG;[24] safety data sheets required by OSHA,[25] which inform responders about cargo properties; and the National Oceanic and Atmospheric Administration's Computer-Aided Management of Emergency Operations, which provides information on fire hazards, health hazards, evacuations, firefighting, protective clothing, and first aid.[26] In 2015, PHMSA sponsored the Transportation Rail Incident Preparedness and Response (TRIPR) program to provide guidance for incidents involving crude oil and ethanol. The TRIPR program contains the elements that would also apply to LNG incident response such as incident management, problem identification, hazard assessment and risk identification, personal protective equipment, and other information that is critical to responding to incidents involving flammable and cryogenic commodities. To help first responders with additional LNG guidance and to provide a more standard approach to planning for LNG by rail, FRA developed a two-page LNG emergency responder guidance brochure based on the reference sheet created for HHFTs.[27]

## SUMMARY

Moving LNG by tank car presents challenges for the agencies responsible for responding to hazardous materials incidents. Because only limited quantities of LNG and other flammable cryogens are transported in the

---

[22] National Academies of Science, Engineering, and Medicine, *Preparing for LNG by Rail Tank Car: A Review of a U.S. DOT Safety Research, Testing, and Analysis Initiative* (Washington, DC: The National Academies Press, 2021), pp. 2, 53.

[23] Ibid.

[24] Pipeline and Hazardous Materials Safety Administration, "Emergency Response Guidebook," 2020, https://www.phmsa.dot.gov/hazmat/erg/emergency-response-guidebook-erg.

[25] Occupational Safety and Health Administration, "Safety Data Sheets," https://www.osha.gov/sites/default/files/publications/OSHA3514.pdf.

[26] CAMEO Chemical Search Tool, https://cameochemicals.noaa.gov/search/simple.

[27] Federal Railroad Administration, "Emergency Responder Guidance: Liquefied Natural Gas (LNG)," https://railroads.dot.gov/sites/fra.dot.gov/files/fra_net/18510/Emergency%20Responder%20Guidance%20LNG%20brochure.pdf.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

United States, few first responders have been trained in LNG emergency response and even fewer have been trained in responding to incidents involving LNG transported by rail. Firefighters are not as familiar with LNG and its related containers as they are with other Class 2.1 gases, such as propane, butane, and propylene, and with Class 3 flammable liquids, such as crude oil and ethanol. LNG incidents may occur in remote, rural areas with reduced exposure and consequences but limited access to hazardous materials response resources. The growth of LNG transportation will require additional emergency planning, responder training, and possibly equipment specifically tailored to LNG and to the LNG tank car. Two LNG emergency response training programs of note in the United States are in Massachusetts and Texas. The Northeast Gas Company and the MFA jointly sponsor LNG emergency training and the TEEX is recognized as one of the top fire training schools in the world. Resources are available to support the needed emergency preparedness efforts. They include industry programs such as TRANSCAER and AskRail and federal grants, training, and guidance. In addition, the federal government and industry can follow the lessons learned from and the models developed for shipments of large blocks of crude oil or ethanol in rail tank cars referred to as high-hazard flammable trains.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

7

# Summary Assessment and Advice

As the domestic production of natural gas and demand from export markets has grown over the past decade, so too has demand for producing and shipping liquefied natural gas (LNG). By super-cooling natural gas to a cryogenic liquid, its volume is reduced significantly for storage and transportation in tanks and vessels. While most natural gas can be transported in compressed form by pipeline, LNG can be transported by other modes, including cargo tank motor vehicles, portable tanks, ship, and rail tank cars. The vast majority of LNG is shipped by marine vessel, usually to overseas markets, but also to some domestic markets such as Puerto Rico. Trucks transport LNG throughout much of the country, meeting demand where pipeline service is not available or where only small quantities of natural gas are needed. By and large, U.S. railroads do not transport LNG, except for limited services in Florida and Alaska, where shipments are made in cryogenic portable tanks. Currently, LNG is not transported by rail in tank cars, nor is there a history of such movements in the United States. However, the decades of experience with safely transporting LNG by cargo tank motor vehicle and marine vessel suggest that the safe transportation of LNG by rail can also be achieved.

LNG is regulated as a hazardous material when transported because it is a cryogenic liquid and flammable as a gas. In July 2020, the U.S. Department of Transportation's Pipeline and Hazardous Materials Safety Administration (PHMSA) and Federal Railroad Administration (FRA) issued a rule authorizing the transportation of LNG in an upgraded version of a common cryogenic tank car, the DOT-113. This authorization was preceded by a research, testing, and analysis initiative led by a PHMSA–FRA task force

*81*

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

(Task Force) charged with assessing the risks of transporting LNG by rail and for gaining a better understanding of how these risks can be prevented or managed. That work continued after the July 2020 authorization, including further testing, modeling, and hazard scenario analyses. This study committee conducted a review of the Task Force's work and reported its finding in July 2021 in *Preparing for LNG by Rail Tank Car: A Review of a U.S. DOT Safety Research, Testing, and Analysis Initiative.*

Some of the Task Force's activities, including the conduct of full-scale impact testing of the upgraded DOT-113 tank car and fire testing of proxy portable tanks, continued after the committee issued its first report. Furthermore, in November 2021, PHMSA proposed amending its earlier rule to temporarily suspend the authorization of tank car movements of LNG. The proposal, which has not advanced to a final rule, pointed to the importance of completing the testing and analyses and responding to a mandate in Executive Order 13990 for PHMSA to review recent actions that could be obstacles to federal policies promoting public health and safety, the environment, and climate change mitigation. As this report was being written, the PHMSA authorization remained in effect; however, LNG has not been moved by rail in large quantities and such movements are not likely in the near term given the time required to manufacture a fleet of upgraded cryogenic tank cars. Hence, more than 18 months after the PHMSA authorization, little has changed with regard to the movement of LNG by rail, even as natural gas and LNG markets domestically and internationally have been roiled by the post-pandemic economy and the war in Ukraine and sanctions on Russian energy supplies. Accordingly, there remains a great deal of uncertainty about the demand for LNG generally and about its prospects for being transported in large quantities by rail, including questions about future regulatory policy.

Conducted during this period of uncertainty about the future role of rail in transporting LNG, this second phase of the committee's study is intended to help inform the many decisions that await and that will help shape this role. Presumably, those decisions will need to be made based on quantitative risk analyses and other decision-support tools commonly used by industry and regulators, such as benefit-cost analysis. The study committee was not tasked with performing such analyses, and indeed the study's focus on LNG does not derive from the commodity having an unusual history of incidents in transportation, storage, or production or in comparison with other commonly shipped hazardous materials. The study's purpose was to identify those areas where additional investigation, analysis, monitoring, training, and other safety assurance practices may be warranted so that industry and regulators can better determine LNG's risks in rail transportation and make choices about how best to manage them on an ongoing basis.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

*SUMMARY ASSESSMENT AND ADVICE*                    *83*

For these purposes, the preceding chapters have reviewed the hazards associated with LNG's cryogenic and flammable properties and the safety features required of portable tanks and upgraded cryogenic tank cars to account for these properties. The report also reviews the experience with shipping LNG by truck and ship and the safety assurance frameworks established for ensuring that LNG and other hazardous materials shipments are transported without incident. Because a key part of safety assurance is minimizing the harm caused by incidents that do happen, the report describes the state of emergency planning and preparation for hazardous materials incidents in general and for LNG in particular.

Having undertaken this review, the committee believes there are important insights to be gleaned and lessons to be learned from the experience transporting LNG by other modes and from recent experience with transporting other cryogenic and flammable commodities by rail. Furthermore, in having reviewed the results of the Task Force's most recent fire testing of the portable tank and impact testing of the upgraded DOT-113 tank car, the committee finds areas where further investigation and analyses appear warranted given LNG's cryogenic and flammable properties. These findings are summarized next, followed by two sets of recommendations to inform future decision making.

## SUMMARY OF FINDINGS

### Future Demand for LNG Tank Car Service Is Uncertain

Natural gas has been safely shipped as LNG by ship and truck for decades. These shipments meet demand in locations lacking access to natural gas shipments through pipelines, including markets overseas. Decades of transporting LNG by ship for import and export markets and by truck to fill gaps in the pipeline network have shaped the location and capacity of the country's LNG facilities. The prospects for significant future demand from these and other LNG facilities for shipment by rail tank car remain unclear.

A possible advantage of using rail tank car over portable tanks and cargo tank motor vehicles is the added cargo capacity, which is about three times greater for a tank car. For this advantage to be exploited, however, the origin and destination of the LNG shipments would need rail access. Because rail access has not been a priority for the siting of LNG export and import terminals and peak-shaving plants, this pattern would need to change. Nevertheless, the U.S. freight rail network is extensive. Other possibilities for rail demand include service to regions that lack significant gas pipeline capacity, industries that are in remote locations but need natural gas, and the growing market for LNG as a bunker fuel for marine vessels. In the absence of more information about this future demand profile, it is

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

not possible to know whether and to what degree trains will transport LNG in shipments consisting of large or small blocks of rail tank cars and on a well-defined or more dispersed set of routes.

### LNG Combines the Hazards of a Cryogenic Liquid and Flammable Gas

Unlike all cryogenic commodities commonly shipped in bulk by rail in the United States, with the exception of ethylene,[1] LNG combines the hazards of a cryogenic liquid with the hazards of a flammable gas. Being flammable, LNG vapor may ignite when released to reach concentrations in air of 5 to 15 percent. In addition, LNG's combustion in a pool fire will create high flame temperatures and high heat flux to surrounding materials. LNG's heat flux is three to five times higher than that of other commonly transported hydrocarbons, including liquid petroleum gas; hence, its combustion will result in a larger region of thermal damage.

LNG's cryogenic temperatures can mean that the material's inadvertent release from containment can be in the form of a very cold liquid, exposure to which can cause the embrittlement of materials. When LNG is released in sufficient volume, the liquid state may be maintained to form a vapor–liquid pool that can cause cryogenic burns and asphyxiation in people exposed. Because most cryogenic commodities (i.e., argon, nitrogen, and oxygen) have lower boiling points than LNG, they must be transported at even lower temperatures. As a result, these cryogens pose an elevated risk for cryogenic burns and material embrittlement if inadvertently released to cause exposure. An exception is ethylene, the only other cryogen that is also flammable. Its higher boiling point allows it to be transported at higher temperatures that pose lower risk of embrittlement to materials if released.

### Uncertainties About the LNG Tank Car's Likely Performance Under Some Accident Scenarios

The DOT-113 tank car family transports cryogenic commodities. All of the rail tank cars in this family have inner and outer tanks, the former wrapped with insulation to maintain the low temperature of its cryogenic cargo. The inner tank is constructed of stainless steel to withstand cryogenic temperatures, while the outer tank is constructed of carbon steel. The insulation around the inner tank consists of alternating layers of aluminum foil and a non-conducting spacer material, such as fiberglass or ceramic fiber paper. The annular space between the wrapped inner tank and outer tank maintains a vacuum, which is a key part of the insulation system. A pressure relief device (PRD) system and a safety vent are designed and set to activate

---

[1] Hydrogen is also authorized but is not currently shipped by rail in the United States.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

when desired temperatures and pressures are not maintained. These systems must function under high-temperature conditions in the event of an incident and must be made from materials suitable for the temperature of the cargo in liquid and vapor phases.

In authorizing the LNG's shipment by tank car, PHMSA established new requirements for a DOT-113C120W9 tank car design that specified an outer tank made with a stronger and thicker carbon steel. The new design did not include changes to the requirements for insulation materials or the PRD system. The upgrades to the DOT-113's outer tank were intended to make it more resistant to impact damage. The results of impact tests conducted by PHMSA and FRA suggest that the DOT-113C120W9's outer tank is more resistant to puncture than the outer tank of a standard DOT-113 tank car. However, questions remain about the resistance of the outer tank's steel to brittle fracture from a potential exposure to cryogenic LNG. A matter that warrants consideration is that the temperature of cryogenic LNG is lower than the temperature at which the outer tank steel can become embrittled. Uncertainties also remain about the PRD's capacity to release sufficient product when the tank car is engulfed in a high-temperature LNG fire and whether the materials used for insulating the inner tank can withstand the intense heat flux of the fire.

**Precaution, Preparation, and Vigilance to Ensure Safety**

Decades of experience and learning about how to safely transport LNG by truck and ship suggest that high levels of safety performance can be achieved in the rail environment, where other cryogenic and flammable materials have been transported by rail in cryogenic tank cars with rare occurrence of incidents. A long-standing framework of regulation and industry practice is in place to ensure the safe transportation of bulk shipments of cryogenic and flammable materials that includes requirements for shipment packaging and handling, train operations, route selection and security planning, track inspection, railroad and shipper employee training, and emergency response preparedness. Shipments of LNG by tank car will be subject to these requirements, as well as a number of added requirements specified by PHMSA and FRA when authorizing LNG's movement by rail.

Many of the added requirements, including an upgraded tank car, were patterned after those put in place to ensure the safe shipment of crude oil and ethanol by tank car. Until about 15 years ago, these two flammable liquids (which are not cryogenic) had not been moved in large quantities by tank car for many years. A rapid uptick in demand led to large quantities being moved regularly in general-purpose, non-pressure tank cars, and often in large blocks and unit trains. In this case, key elements of the safety assurance system failed, overtaken by the speed and scale of this new traffic

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

and lack of anticipation by regulators, shippers, railroads, and emergency responders of the attendant hazards. After dozens of derailments and other accidents involving these shipments, regulators, shippers, railroads, and tank car builders and fleet owners had to make major changes to the safety assurance system, from the introduction of more crashworthy and thermal-resistant tank car designs and maximum train operating speeds to new protocols for track inspection and for providing guidance and information to emergency planners and responders. The actions taken were essential and impactful, but largely reactive to risks already experienced by communities, emergency responders, and rail workers in the field.

Having learned from the experience with crude oil and ethanol, regulators and industry have taken early and deliberate precautionary steps to ensure the safety of rail shipments of LNG. However, it is important to keep in mind that LNG rail shipments will be transported in a tank car with design changes, in volumes and on routes that remain unclear, and through communities whose emergency responders may have little, if any, experience with incidents or training scenarios involving LNG. Under these circumstances, emergency responders will require advance training and guidance, while vigilance will be needed for detecting safety challenges early, and ideally before large-scale shipping begins.

## RECOMMENDATIONS

### LNG by Rail Evaluation and Monitoring Initiative

PHMSA, FRA, and industry have taken initial precautions to ensure the safe transportation of LNG by rail tank car. However, more than 18 months after PHMSA's authorization of these movements little has changed regarding the shipment of LNG by rail, and there remains a great deal of uncertainty about how much LNG will be transported, when, and over which routes. In the committee's view, this lull provides an opportunity to further assess these precautions and to begin to make preparations for an effective response to incidents and emergencies that may arise. Moreover, the uncertainty about how and where LNG will be transported suggests the need for vigilance in monitoring emerging traffic levels and patterns as a way to detect possible safety challenges and to modify and target additional precautions, such as investments in emergency planning and response. It is with these key interests and capabilities in mind that the committee offers the following recommendations.

> **Recommendation 1: PHMSA and FRA should plan an LNG safety assurance initiative that would be launched before LNG tank cars are put in service. The safety assurance initiative would actively monitor**

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

initial plans for and early patterns of LNG traffic activity, including the locations and routes of shipments, the number and configuration of tank cars in trains, and reports of incidents involving a tank car or train carrying LNG. The initiative would enable the more timely and targeted development and dissemination of resources, direction, and guidance, with interventions as necessary, to ensure that

- Emergency responders in communities expected to have high levels of LNG rail traffic activity have the needed guidance, training, and specialized resources to respond to potential incidents;
- Personnel engaged in the transfer and transportation of LNG by rail are qualified and properly trained for safe shipment handling, operations, and emergency actions;
- Protocols for train makeup, handling, and operations are suited to LNG shipping patterns, such as in single cars, large blocks, or unit trains, for instance, as informed by the results of longitudinal train dynamics and operation simulation software;
- Track inspection protocols are appropriate for, and targeted to, routes with significant LNG traffic; and
- The risk assessment and management analyses required by regulation (49 CFR § 172.820, Additional planning requirements for transportation by rail) are comprehensive and well informed.

While the surveillance and monitoring of anticipated and actual traffic activity will need to wait until more firm plans are made for LNG's transportation by tank car, the many preoperational aspects of this safety assurance initiative (e.g., the development of emergency response guidance) would need to commence well in advance of when those plans are executed.

**Further Investigation of the Safety Performance of the DOT-113C120W9 Tank Car**

In its first report, the committee recommended that the PHMSA–FRA Task Force make a number of changes to its planned fire testing of a UN-T75 portable tank to better predict the survivability of the upgraded DOT-113C120W9 tank car design in an LNG pool fire. Fire tests involving realistic conditions are important for predicting a design's capacity to avoid a high-pressure release, and thus to inform choices about the design of pressure relief devices, insulation, and tank steel and to establish safe isolation and protective action distances for emergency responders and the public.

To gain a better understanding of the resistance of the DOT-113C120W9 to the potential for a high-pressure release arising from LNG's distinctive properties, the committee recommends the following.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

*88*                     *PREPARING FOR LNG BY RAIL TANK CAR*

**Recommendation 2: PHMSA and FRA should review the DOT-113C120W9 tank car specification to ensure that it adequately accounts for the cryogenic and thermal properties of LNG that could contribute to a tank release and cascading impacts. In particular, the agencies should obtain data needed to assess**

- **The capacity of the pressure relief devices to vent sufficient LNG when the tank car is engulfed in an LNG fire, taking into account derailment conditions, such as a rollover, that could degrade this capacity;**
- **The effects of adding more and different types of insulation in the annular space to ensure sufficient performance of the multilayer insulation system when the tank car is exposed to heat flux and direct flame impingement from an LNG fire; and**
- **The potential for the outer tank to experience cryogenic brittle failure and loss of vacuum insulation when exposed to an LNG pool.**

**The outcomes of this recommended review, should they raise sufficient concerns, could affect the design specifications for PRDs, insulation, and type of outer tank steel, as well as have further implications for other design features such as shell thickness and head protection.**

In November 2021, PHMSA proposed amending its earlier rule to temporarily suspend the authorization of tank car movements of LNG, pointing to the importance of completing additional tank car testing and analyses and responding to a mandate in an Executive Order for PHMSA to review recent actions that could be obstacles to federal policies promoting public health and safety, the environment, and climate change mitigation. The committee did not assess this proposal, nor was it tasked with examining and reaching conclusions about the risk and desirability of transporting LNG by rail. The measures recommended in this report are intended to inform follow-on risk assessments and choices about how best to ensure the safe transportation of LNG by rail tank car in the manner demonstrated by pipelines, marine vessels, and trucks for many decades.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

# Appendix A

# Liquefied Natural Gas Safety Assurance for Trucking and Maritime Transport

The committee reviewed the safety assurance contexts, methods, and practices for liquefied natural gas (LNG) moved by truck and maritime transport, and for transportation access and cargo transfer at LNG facilities in response to its Statement of Task.[1] This appendix reviews the most salient areas to the committee's study of moving LNG by tank car.

## SAFETY ASSURANCE FOR LNG FACILITIES

The transfer of LNG to or from a tank car, truck, or vessel takes place in LNG facilities that are regulated at the federal level. This section provides an overview of the federal agencies with jurisdiction over LNG facilities, including cargo transfer. It then provides additional details about safety assurance during design and construction and during operations.

The Federal Energy Regulatory Commission (FERC) has the primary responsibility for facilities used to import and export LNG as well as other LNG facilities that are used for interstate commerce. Because FERC has siting authority, which means an LNG facility under their jurisdiction cannot be built without FERC's approval, FERC is the lead agency for conducting the required environmental review under the National Environmental Policy Act. The Occupational Safety and Health Administration (OSHA),

---

[1] "The experience transporting LNG in bulk shipments by other modes, including by water and truck, to identify basic principles applied for safety assurance that can inform measures taken by government and industry to ensure the safe movement of LNG by rail." The full Statement of Task is in Chapter 1.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

the U.S. Environmental Protection Agency (EPA), the Pipeline and Hazardous Materials Safety Administration (PHMSA), and other relevant agencies, such as the U.S. Coast Guard, also participate. FERC also provides continuing oversight during the facility's operation.

Pipeline safety regulations, administered by PHMSA, apply to LNG storage and transfer facilities used in the transfer of natural gas by pipeline, as described in 49 CFR § 193. The regulations cover siting, design, construction, equipment, operations, maintenance, personnel qualifications and training, fire protection, and security. Cargo transfer systems for tank car, tank truck, and marine vessel are included in the regulations. PHMSA does not have siting authority.[2] The U.S. Coast Guard also has jurisdiction over the marine cargo transfer system (see section on Maritime Safety Assurance below).

Facilities and businesses handling LNG rely on "Standard for the Production, Storage, and Handling of Liquefied Natural Gas (LNG)" (NFPA 59A), produced by the National Fire Protection Association (NFPA). Updates to the NFPA codes and standards reflect industry needs, evolving technologies, and practical experience.[3] NFPA 59A applies to the "siting, design, construction, maintenance, and operation of facilities that produce, store, and handle liquefied natural gas (LNG)" and the "training of personnel involved with LNG."[4]

LNG facilities falling outside of the jurisdiction of FERC or PHMSA may still be required to meet EPA and OSHA regulations for hazardous substances.[5] OSHA's Process Safety Management of Highly Hazardous Chemicals regulations (29 CFR § 1910.119) are likely to apply to LNG facilities that fall outside of FERC's, PHMSA's, or the U.S. Coast Guard's jurisdictions. OSHA consults with the U.S. Department of Transportation on questions of jurisdiction.[6,7]

---

[2] Pipeline and Hazardous Materials Safety Administration, "LNG Regulatory Documents," accessed February 17, 2022, https://www.phmsa.dot.gov/pipeline/liquified-natural-gas/lng-regulatory-documents.

[3] National Fire Protection Association, "Codes and Standards," accessed February 15, 2022, https://www.nfpa.org/Codes-and-Standards.

[4] National Fire Protection Association, "NFPA 59A: Scope," accessed February 15, 2022, https://www.nfpa.org/codes-and-standards/all-codes-and-standards/list-of-codes-and-standards/detail?code=59A.

[5] Pipeline and Hazardous Materials Safety Administration, "Jurisdiction of LNG Plants," accessed February 22, 2022, https://www.phmsa.dot.gov/pipeline/liquified-natural-gas/jurisdiction-lng-plants.

[6] Occupational Safety and Health Administration, "Process Safety Management," accessed February 24, 2022, https://www.osha.gov/process-safety-management/hazards.

[7] Occupational Safety and Health Administration, "Standard Interpretations: PSM Coverage of LNG Facilities," April 27, 2021, https://www.osha.gov/laws-regs/standardinterpretations/2021-04-27.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

Under the Clean Air Act, EPA enforces safety regulations designed to prevent the release of hazardous substances from stationary sources through Risk Management Plans. EPA considers that rail cars sitting on private sidings and storing a covered hazardous substance should be counted toward the threshold amounts that trigger the regulations.[8] A Risk Management Plan is to contain a hazard assessment, including analysis of a worst-case scenario, a prevention program, and an emergency response program. The required prevention and emergency response programs include employee training. The emergency response program also includes procedures for alerting the public and local response agencies. A Risk Management Plan must be reviewed, revised, and submitted to EPA every 5 years.[9]

**Federal Safety Assurance for Access and Cargo Transfer**

The siting, design, and construction of LNG facilities, including how they are accessed by transport modes carrying LNG and cargo transfer, are likely to come under FERC and/or PHMSA regulations. FERC uses a risk assessment and management approach in its approval process for new or expanded LNG facilities, while the PHMSA regulations are prescriptive. For waterfront facilities, the U.S. Coast Guard also gets involved, which is discussed in detail in the section on maritime transport of LNG.

*FERC Authority and Guidance*

FERC's environmental review process requires the applicant to prepare a set of "Resource Reports" (18 CFR § 380.12). Particularly relevant to the transport of LNG to and from the facility are Resource Report 10, Alternatives Analysis; Resource Report 11, Reliability and Safety; and Resource Report 13, Engineering and Design Material.

FERC guidance for Resource Report 10 includes analyzing alternatives for the facility site, routes connecting to the facility, and facility layout. Current guidance focuses on alternatives for access by pipeline and roads. Presumably, the alternatives analysis would include rail access, when the delivery or distribution of LNG by rail becomes relevant.[10] Resource

---

[8] U.S. Environmental Protection Agency, "General RMP Guidance—Chapter 1: General Applicability," accessed February 24, 2022, https://www.epa.gov/rmp/general-rmp-guidance-chapter-1-general-applicability.

[9] U.S. Environmental Protection Agency, "Risk Management Plan (RMP) Rule Overview," accessed February 24, 2022, https://www.epa.gov/rmp/risk-management-plan-rmp-rule-overview.

[10] Federal Energy Regulatory Commission, "4.10 Resource Report 10 – Alternatives," *Guidance Manual for Environmental Report Preparation for Applications Filed Under the Natural Gas Act*, vol. 1, February 2017.

Copyright National Academy of Sciences. All rights reserved.

Report 11 is dedicated to safety and advises the applicant to use a hazard identification and risk management approach for the required analysis. Marine transportation hazards and other transportation hazards within the facility boundaries, alongside the facility, are to be identified. Resource Report 13 contains additional guidance on safety analyses and specifies the information, drawings, plans, procedures, or other engineering documents that should be submitted. Hazards include those related to accidents and natural catastrophes.

To identify transportation hazards, FERC guidance requires safety and reliability impact studies for waterway, road, rail, and air transportation. Hazards include intentional acts. For a waterway, the U.S. Coast Guard's Waterway Suitability Assessment (see below) may suffice. For roads, the study is to document hazards from tanker trucks and other vehicle traffic and includes periods during cargo transfer. The rail study covers similar hazards. The security threats and vulnerabilities analysis also requires that the applicant identify and analyze potential physical and cyber security vulnerabilities related to transportation.[11]

*PHMSA Regulations and Authority*

PHMSA's pipeline safety regulations extend to the design and construction of LNG facilities, including their cargo transfer systems, and are prescriptive (49 CFR § 193). Cargo transfer systems are included in the facilities requiring thermal and vapor-dispersion exclusion zones (49 CFR § 193.2057–2059). The regulations also require considering transportation-related accidents or intentional events. The structural design of the impoundment system must take into account the collision or explosion of a train, tank car, or tank truck, if applicable (49 CFR § 193.2155(a)(5)(ii)).

**Federal Safety Assurance for Operations and Emergency Response**

Operations, including emergency response, come under the purview of FERC and PHMSA's pipeline safety regulations for LNG facilities. FERC requires the documentation of procedures for operations during its review of proposed new and expanded LNG facilities, including cargo transfer. PHMSA's regulations prescriptively govern the operation of facilities, although its emergency response regulations also use a hazard management approach.

---

[11] Federal Energy Regulatory Commission, Resource Report 13, *Guidance Manual for Environmental Report Preparation for Applications Filed Under the Natural Gas Act*, vol. 2, February 2017.

Copyright National Academy of Sciences. All rights reserved.

*FERC Regulations and Activities*

During FERC's review of proposed new or expanded LNG facilities, the applicant must submit information on safety assurance during the facility's operation. Operating, maintenance, safety, and security plans and procedures are to be submitted in adequate detail "to demonstrate that the facilities would be operated and maintained to meet the federal regulations and the level of safety is consistent with the design of the facilities." Operating and maintenance plans are to include descriptions of personnel training and facility training procedures. The security plans cover physical and cyber security. Emergency response plans and procedures must show how the applicant proposes to develop and maintain the capabilities of on-site personnel and off-site emergency responders.[12]

Before construction can begin, the owner/operator must submit to FERC a formal Emergency Response Plan, which includes a Cost-Sharing Plan. Costs may be shared among federal, state, and local governmental agencies, in addition to the private sector. The Emergency Response Plan must show how they plan to coordinate with off-site emergency responders and local emergency planning groups. The plan should also include notification and evacuation procedures for residents and others present in areas needing to be evacuated.[13]

*PHMSA Regulations and Activities*

PHMSA pipeline safety regulations cover their operations, maintenance, personnel qualifications and training, fire protection, and security of LNG facilities. The main safety assurance tool required by the regulations is manuals or other written procedures. PHMSA enforces its safety regulations through requirements for operators to submit annual reports, incident reports, and safety-related conditions reports and through periodic inspections. For violations, PHMSA can issue orders requiring compliance and assess civil penalties.[14]

For cargo transfer, the regulations require that transfers must be done in accordance with a manual or written procedure (49 CFR § 193.2513). Most of the regulatory requirements for cargo transfer do not specify mode,

---

[12] Federal Energy Regulatory Commission, Resource Report 11, *Guidance Manual for Environmental Report Preparation for Applications Filed Under the Natural Gas Act*, vol. 2, February 2017.

[13] Ibid. See also Federal Energy Regulatory Commission, "Alaska Gasline Development Corporation: Order Granting Authorization Under Section 3 of the Natural Gas Act," May 21, 2020, https://www.ferc.gov/sites/default/files/2020-06/CP17-178-000.pdf.

[14] Pipeline and Hazardous Materials Safety Administration, "LNG Regulatory Documents," accessed February 25, 2022, https://www.phmsa.dot.gov/pipeline/liquified-natural-gas/lng-regulatory-documents.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

but instead refer generically to a "container," although some required activities apply specifically to tank cars or tank trucks. PHMSA maintenance regulations also require written procedures for the maintenance of each component, including inspections and tests, including for cargo transfer components (49 CFR § 193.2621).

For emergencies, the operator is to identify hazards connected to "operating malfunctions, structural collapse, personnel error, forces of nature, and activities adjacent to the plant" and create written procedures for the identified hazards as well as for fire (49 CFR § 193.2509). The operator is to coordinate and cooperate with local officials, including in the preparation of an evacuation plan to protect the public. PHMSA LNG facility regulations on security also require written procedures (49 CFR § 193.2903) and include notification and communication with local law enforcement.

**Training**

Training is a part of all the regulatory structures for safety assurance and security at LNG facilities.

FERC requires, as part of its environmental review and oversight processes, that training be part of operations and maintenance plans, physical security and cyber security plans, and emergency response plans developed by facility operators. Emergency response plans require training for on-site personnel and emergency responders. Training costs are also part of the cost-sharing plans prepared as part of the required emergency response plans. Finally, the project schedule for launching new or expanded facilities is to include adequate time for personnel training arranged by operators.[15]

PHMSA regulations require appropriate training as part of personnel qualification standards for those employed in construction, installation, inspection and testing, operations and maintenance, and security (49 CFR § 193.2705, 193.2707, and 193.2709). In addition, operators must regularly assess whether personnel are satisfactorily performing these regulated duties (49 CFR § 193.2705). The regulations also outline the required content of training for operations and maintenance, security, and fire protection (49 CFR § 193.2713, 193.2715, and 193.2717). Personnel must participate in the required training at least every 2 years to keep their knowledge and skills current. Operators must maintain records documenting that personnel have participated in and satisfactorily completed the required training (49 CFR § 193.2719).

---

[15] Federal Energy Regulatory Commission, Resource Report 13, *Guidance Manual for Environmental Report Preparation for Applications Filed Under the Natural Gas Act*, vol. 2, February 2017.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

*APPENDIX A*                                                          *95*

## TRUCKING SAFETY ASSURANCE

Moving LNG by tank truck comes under federal regulations for hazardous materials and motor carrier safety, with enforcement implemented through federal and state governments. The regulatory approach to safety assurance for operations reflects the large size and the dispersed structure of the commercial motor vehicle industry as well as the industry's utilization of public roads and highways.

### Routes

LNG tank trucks must travel on routes designated for hazardous materials, if so designated by state or tribal governments according to federal standards (49 CFR § 397.61–77). The federal standards, which apply to a specific group of non-radioactive hazardous materials including LNG, balance the benefits of efficient travel without delay with the public safety consequences of an incident along a route. The standards include reasonable access to terminals, locations for pickup and delivery, and necessary facilities (food, fuel, etc.). The 13 factors to be considered in designating routes are summarized in Box A-1. The federal standards also set risk versus added distance thresholds that control whether a state or tribal government may substitute a longer, but less risky, route for a current route (49 CFR § 397.71(b)(4)).

---

**BOX A-1**
**Factors to Be Considered for the Designation of Highway Routes for Non-Radioactive Hazardous Materials (49 CFR § 397.71(b)(9))**

1. **Population**
   - Within a potential impact zone along route
   - Density of and amount of time with residents, employees, motorists, and other persons
   - Special populations such as schools, hospitals, prisons, and senior citizen homes

2. **Highway type and characteristics**

3. **Types and quantities of hazardous materials**
   - Normally transported along route
   - Relationship to impact zone and risks

*continued*

---

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

---

**BOX A-1 Continued**

**4. Emergency response capabilities**
- In consultation with fire, law enforcement, and highway safety agencies
- Proximity of emergency medical services
- Capabilities to contain and suppress releases

**5. Results of consultation with affected persons**

**6. Exposure and other risk factors, including distance to sensitive areas**
- Homes and commercial buildings
- Special populations in hospitals, schools, handicapped facilities, prisons, and stadiums
- Water sources and natural areas

**7. Terrain and topography and its impact on**
- Severity of crash
- Dispersion of hazardous material release
- Control and cleanup

**8. Continuity of routes**
- Consultation with adjacent jurisdictions
- Most direct route preferred

**9. Alternative routes resulting from a route designation**

**10. Effects on commerce**

**11. Delays in transport**
- No unnecessary delays

**12. Climactic or weather conditions**

**13. Traffic congestion or accident history on route that could impact**
- Potential for an accident
- Exposure of the public to any release
- Emergency response
- Temporary closure for cleanup

---

**Operations**

LNG safety assurance for transport operations by truck are administered by the Federal Motor Carrier Safety Administration (FMCSA) in partnership with state governments and law enforcement agencies. The main tools for safety assurance are permits for carriers, licenses for drivers, and a large database that tracks safety violations and incidents, including violations

Copyright National Academy of Sciences. All rights reserved.

specific to hazardous materials, that the FMCSA uses to design appropriate interventions to prevent future incidents.

*Carriers*

Motor carriers transporting LNG in a cargo tank must maintain a hazardous materials safety permit. The FMCSA's safety permit program (49 CFR § 385.401–423) applies to a set of higher-risk hazardous materials and to intrastate and interstate carriers. The permit indicates that the carrier meets safety performance standards and follows a security program. The safety permit must be renewed every 2 years.

To be issued a hazardous materials safety permit, a carrier must have a "satisfactory" rating in its Safety Fitness Determination, meaning that the carrier must not have a crash rate or an out-of-service (after inspection) rate for drivers, vehicles, hazardous materials, or in total in the top 30 percent of the national average (i.e., above the 70th percentile), as calculated with data collected in the Motor Carrier Management Information System (MCMIS).[16] The motor carrier must also certify that they are in compliance with the hazardous materials regulations for a security program. For motor carriers, the security program consists of a security plan, a communications plan, and documentation that hazardous materials staff are adequately trained, as well as record-keeping requirements. The communications plan covers provisions for contact between carrier and driver (see the section Trip below). Federal regulations also cover cargo tank maintenance and qualification for entering or returning a cargo tank to service (49 CFR § 180.401–417).

*Drivers*

In addition to a commercial driver's license, federal regulations require a driver of a cargo tank truck carrying LNG to have a tank vehicles endorsement and a hazardous materials endorsement. Both endorsements require passing written tests administered by state governments that cover material outlined in federal regulations (49 CFR § 383.119 and 383.121). The hazardous materials endorsement also requires a "threat assessment" check, which is similar to a background check and conducted by the

---

[16] Federal Motor Carrier Safety Administration, "How Is the 'Top 30%' OOS, Hazmat Violations, and Crash Ratings Calculated?," updated April 15, 2014, https://www.fmcsa.dot.gov/faq/how-are-top-30-oos-hazmat-violations-and-crash-ratings-calculated; for more detailed information on calculating rates: Federal Motor Carrier Safety Administration, "Hazardous Materials Safety Permits," accessed March 7, 2022, https://safer.fmcsa.dot.gov/HazMatRatesPost.pdf.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

Transportation Security Administration.[17] FMCSA tracks drivers' safety performance in the MCMIS. For pre-employment screening only and with the driver's consent, a carrier can access a driver's crash information for the most recent 5 years and inspection information for the most recent 3 years. Drivers can also access safety information about carriers.[18]

*Trip*

Federal safety regulations for transporting hazardous materials like LNG make it the shipper's responsibility to make sure the cargo is safely packaged. Even when the cargo tank is provided by the carrier, the shipper is still responsible for making sure that the cargo tank meets federal regulations, such as for proper labeling, marking, and placarding, and that the carrier has a valid safety permit (49 CFR § 173.22(a–b)). Similarly, the carrier and driver are forbidden from accepting for transport or transporting a shipment that was not prepared in compliance with federal regulations (49 CFR § 177.801). Regulations specific to the preparation and packaging of cryogenic liquids in cargo tanks, found in 49 CFR § 173.318, cover equipment specifications and liquid transfer procedures.

For cargo transfer of hazardous materials such as LNG, general requirements are found in 49 CFR § 177.834 and requirements specific to gases found in 49 CFR § 177.840. The regulations pay significant attention to the presence and duties of a "qualified person" during loading and unloading operations. Under most circumstances, if the cargo tank belongs to the carrier, the carrier is responsible for ensuring the presence of a qualified person during unloading. In addition to regulations designed to prevent the product from being exposed to fire during loading or unloading, the regulations include procedures for safety checks of discharge equipment and procedures for emergency discharge control and emergency shutdown. LNG transfer procedures differ by location. The shipper or destination customer provides the driver written instructions to be followed for the specific facility.[19]

Regulations on travel time for shippers and carriers/drivers are designed to ensure that the trip is completed before the pressure in the tank exceeds the pressure relief valve settings and LNG vapor is vented. The jacket must

---

[17] Transportation Security Administration, "HAZMAT endorsement," accessed March 7, 2022, https://www.tsa.gov/for-industry/hazmat-endorsement.

[18] Federal Motor Carrier Safety Administration, "CSA: Measuring and Improving Commercial Motor Vehicle Safety," Spring 2017, https://csa.fmcsa.dot.gov/Documents/CSA-Industry-Briefing.pptx.

[19] Kenan Advantage, "LNG: Merchant Gas Group Safety and Training," October 2013, slides accompanying presentation to the committee by Dan Wright, September 20, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/WrightKenanAdvantageSafetyTraining092021.pdf.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

be marked with the relevant information to ascertain and mark a rated holding time and also marked with a one-way travel time calculated according to specifications in 49 CFR § 173.318(g)(2). Carriers/drivers may not transport LNG unless the pressure is less than or equal to the pressure used to calculate the marked rated holding time and the one-way travel time is greater than or equal to the expected travel time to destination (49 CFR § 177.840(i)). The driver also must avoid unnecessary delays and maintain a record of the cargo tank pressure periodically throughout the trip. To meet the security conditions of the carrier's safety permit, the driver and carrier must be in contact at the start and end of each duty shift and at shipment pickup and delivery. Records of this communication must be kept (49 CFR § 385.415(c)).

*Incidents and Crashes*

Carriers are required to report incidents related to motor vehicles carrying hazardous materials to PHMSA. For a disabled vehicle, regulations specific to motor vehicles carrying hazardous materials require that "special care be taken to guard the vehicle and its load or to take such steps as may be necessary to provide against hazard" (49 CFR § 177.854(a)).

**Inspections and Enforcement**

FMCSA has a comprehensive, data-based system for tracking safety in the commercial motor vehicle carrier industry and authority to use an escalating set of interventions targeting unsafe behavior and practices, up to and including shutting down a carrier. FMCSA calls the system as a whole its Compliance, Safety, Accountability (CSA) program. Carriers and drivers of LNG are part of the general CSA program and also responsible for additional compliance, safety, and accountability activities specific to hazardous materials. Data for the general CSA and the hazardous materials CSA come from required record keeping by carriers, periodic and targeted inspections, crash reports, violations, and investigations. CSA has three core components: a Safety Measurement System, a Safety Interventions Process, and a Safety Fitness Determination (described above).[20]

The Safety Measurement System (SMS) aggregates millions of data points collected each year from roadside inspections and crash reports to flag carriers at higher risk for future safety problems. SMS data are updated once per month. FMCSA uses the SMS to prioritize deploying its resources

---

[20] Federal Motor Carrier Safety Administration, "CSA: Measuring and Improving Commercial Motor Vehicle Safety," Spring 2017, https://csa.fmcsa.dot.gov/HelpCenter/Resources.aspx?type=topic&vID=44546.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

for interventions and enforcement actions. Carriers can also access the system to track their own safety performance.

Hazardous materials compliance is one of the SMS's seven Behavior Analysis and Safety Improvement Categories (BASICs). The hazardous material BASIC is calculated using data on violations of hazardous materials regulations found during roadside vehicle inspections. Carriers are flagged for enhanced oversight if their percentile rank among similar carriers is above a set threshold. An investigation of a carrier turning up an "acute or critical violation" in the past 12 months can also trigger an enhanced intervention. These violation types include operational and training deficiencies. LNG carriers can also trigger enhanced oversight if they equal or exceed the threshold in two or more of the other BASICs: unsafe driving, crashes, hours of service compliance, vehicle maintenance, controlled substances and alcohol, driver fitness, and insurance and other indicators.[21]

FMCSA has the authority to use an escalating set of investigatory and intervention tools. Interventions start with a letter of warning and, in order of increasing scrutiny, include targeted roadside inspections, off-site inspection of carrier records, on-site inspection of specific safety problems, and comprehensive on-site inspection. Remedies start with a voluntary cooperative safety plan, and then escalate to a notice of violation requiring the carrier to provide evidence of remedy, a notice of claim which can result in civil penalties, and, finally, an operation level out-of-service order requiring that the carrier immediately cease operations.[22]

## MARITIME SAFETY ASSURANCE

Safety assurance for the maritime transport of LNG is built on a centuries-old safety culture based on international treaties and third-party oversight. The role of the U.S. Coast Guard is pivotal for translating international norms to the U.S. context and for enforcing compliance to laws and regulations on navigable waters, including their ports.

Vessels plying international waters come under the International Maritime Organization (IMO). The IMO administers the International Convention for the Safety of Life at Sea, which requires that ships carrying LNG and other liquefied gases in bulk comply with the International Code for the Construction and Equipment of Ships Carrying Liquefied Gases in Bulk (IGC Code). First issued in 1976, the most recent set of comprehensive

---

[21] Paul Bomgardner, "Transportation of Liquefied Natural Gas (Cryogenic liquid) by Highway Introduction and Federal Motor Carrier Safety Administration Responsibilities," committee presentation, September 20, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/BomgardnerFCMCR092021.pdf.

[22] Federal Motor Carrier Safety Administration, "CSA Interventions," accessed March 14, 2022, https://csa.fmcsa.dot.gov/About/Intervene.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

amendments to the IGC Code came into force in 2016. The IGC Code covers vessel design, construction, and operations.[23,24,25] LNG carriers for international trade are also required to comply with the IMO's International Convention for the Prevention of Pollution from Ships and the International Convention on Standards of Training, Certification and Watchkeeping for Seafarers (STCW).

**Safety Assurance for Vessels**

Under U.S. law, all foreign-flagged tank vessels must have an IMO Certificate of Fitness and undergo a compliance verification exam (i.e., inspection) at its initial U.S. port of call prior to conducting operations in U.S. navigable waters. The compliance exam verifies that the vessel meets the IGC Code and the American version of the IGC Code, as found in 46 CFR § 154. A Certificate of Compliance (COC), issued by the U.S. Coast Guard, is valid for 2 years and requires an annual exam. The equivalent to a COC for U.S.-flagged vessels, such as the LNG bunker barges, is called a Certificate of Inspection. For quality assurance during the compliance verification exam, U.S. Coast Guard staff work in two-member teams.[26]

**Classification Societies**

In addition to IMO and U.S. Coast Guard regulations, classification societies such as the American Bureau of Shipping (ABS) also help ensure that gas carriers meet standards for safety. Classification societies are independent third-party, nongovernmental organizations that certify that a ship meets the society's standards for its designated purpose and, on an ongoing basis, "classes" its condition through periodic surveys or inspections. A society's determinations are typically used for insurance and for quality assurance during purchasing. ABS is a member of the International Association of Classification Societies (IACS), formed to provide some uniformity among

---

[23] International Maritime Organization, "IGC Code," https://www.imo.org/en/OurWork/Safety/Pages/IGC-Code.aspx, accessed December 21, 2021.

[24] International Maritime Organization, "International Convention for the Safety of Life at Sea (SOLAS), 1974," https://www.imo.org/en/About/Conventions/Pages/International-Convention-for-the-Safety-of-Life-at-Sea-(SOLAS),-1974.aspx, accessed December 21, 2021.

[25] International Maritime Organization, "Brief History of IMO," https://www.imo.org/en/About/HistoryOfIMO/Pages/Default.aspx, accessed December 21, 2021.

[26] Because the American version, 46 CFR § 154, is under Subchapter O: Certain Bulk Dangerous Cargoes, a fully compliant foreign-flagged LNG carrier is often described as having a COC with a Subchapter O endorsement. U.S. Coast Guard, "Maritime Transport of LNG: U.S. Coast Guard Compliance and Enforcement," committee presentation, September 21, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/USCGCompliance092121.pdf.

Copyright National Academy of Sciences. All rights reserved.

the different societies. IACS estimates that 90 percent of all commercial tonnage traded internationally is classed through a member society.[27]

### Design and Construction of Waterfront LNG Facilities

The U.S. Coast Guard administers a set of regulations specific to waterfront LNG facilities found in 33 CFR § 172, which cover facility design, construction, and operations including firefighting and security. The U.S. Coast Guard's jurisdiction over waterfront facilities for LNG extends through the "marine transfer area of LNG," defined in 33 CFR § 127.005 as "that part of a waterfront facility handling LNG between the vessel, or where the vessel moors, and the last manifold or valve immediately before the receiving tanks."

For new or expanded facilities, the U.S. Coast Guard participates in the required environmental review led by FERC through the preparation of a Waterway Suitability Assessment (see below). The FERC-required Emergency Response Plan and Cost-Sharing Plan is applied to the port environment. The Cost-Sharing Plan typically encompasses personnel and equipment costs for activities such as video surveillance, bridge security, pier security sweeps, training for pilots or tug operators, communication plans and interoperability, law enforcement vessel escorts, and shoreline surveillance and monitoring.[28]

### Waterway Suitability Assessment

A waterway suitability assessment (WSA) informs the U.S. Coast Guard's recommendation to FERC on the appropriateness of the port and coastal area for a proposed LNG waterfront facility. In comparison to LNG by rail, the WSA process includes analysis that would be similar to studying a proposed LNG rail route. A WSA also includes analysis related to port and vessel operations. WSA analysis is in the form of risk assessment and management and includes identifying adequate resources to implement risk management strategies and measures. The regulations guiding the production of a WSA are found in 33 CFR § 127.007 and 127.009, with additional guidance in the U.S. Coast Guard's "Guidance Related to Waterfront Liquefied Natural Gas (LNG) Facilities," Navigation and Vessel Inspection Circular (NVIC) No. 01-2011, 2011.

---

[27] International Association of Classification Societies, "Classification Societies—What, Why and How?," 2020, https://www.iacs.org.uk/media/7425/classification-what-why-how.pdf.

[28] U.S. Coast Guard, Enclosure 1, "Guidance Related to Waterfront Liquefied Natural Gas (LNG) Facilities," Navigation and Vessel Inspection Circular (NVIC) No. 01-2011, 2011.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

*Responsibilities of Applicant and the U.S. Coast Guard*

The owner or operator of the proposed facility is responsible for submitting the information and studies that make up the three stages of the WSA. The letter of intent, the preliminary WSA, and the follow-on WSA each require more in-depth studies.

The role of the U.S. Coast Guard is to validate the WSA and submit its conclusions to FERC in the form of a Letter of Recommendation. The local Captain of the Port (COTP) takes the lead in the process, with review by appropriate District and Area offices. Validation activities include consulting appropriate stakeholders, such as state governments, local governments, Area Maritime Security Committees, and Harbor Safety Committees.

*Geographic Extent and Types of Impacts*

The U.S. Coast Guard's WSA procedures require that the applicant examine infrastructure and public impacts within a set of concentric distances or "zones of concern." The applicant's initial letter of intent must include "charts showing waterway channels and identifying commercial, industrial, environmentally sensitive, and residential areas in and adjacent to the waterway used by the LNG or LHG vessels en route to the facility, within at least 25 kilometers (15.5 miles) of the facility" (33 CFR § 127.007(c)(7)). For the subsequent WSA, the U.S. Coast Guard emphasizes three zones of concern of decreasing consequences from a potential breach of an LNG tanker, based on studies by the Sandia National Laboratories.[29]

Zone 1 extends 500 meters (0.3 miles); Zone 2 extends from 500 m (0.3 miles) to 1,600 m (1 mile); and Zone 3 goes from 1,600 meters (1 mile) to a "conservative maximum" of 3,500 meters (2.2 miles). If the zone analysis indicates that the consequences of a breach could interact with structures or shore terrain or "potential impacts on public safety and property could be high," additional modeling and analysis may be done to deepen understanding of site-specific hazards. For Zones 1 and 2, the WSA considers impacts associated with vapor cloud dispersion and fire hazards, but for Zone 3, vapor dispersion suffices.[30]

---

[29] Anay Luketa-Hanlin, M. Michael Hightower, and Stephen Attaway, "Breach and Safety Analysis of Spills over Water from Large Liquefied Natural Gas Carriers," Sandia National Laboratories, SAND2008-3153, May 2008.

[30] U.S. Coast Guard, Enclosure 9, "Guidance Related to Waterfront Liquefied Natural Gas (LNG) Facilities," Navigation and Vessel Inspection Circular (NVIC) No. 01-2011, 2011.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

Within the zones of concern, the WSA is to analyze critical infrastructure and key assets, shoreside uses and important community structures, and high- and medium-population-density areas. The list of waterway, facility, infrastructure, security, and community factors to be taken into account are listed in Box A-2.

---

**BOX A-2**
**Waterway Suitability Assessments: Topics Included in the Characterization of the LNG Facility and LNG Tanker Route**

1. **Transit route in adequate detail**

2. **Waterway**
   - Locks, bridges, or other human-made obstructions
   - Natural features and hazards
   - Points or areas that pose security concerns or problems
   - Density, character, and type of marine traffic
   - Regular and non-routine marine events and seasonal considerations

3. **LNG tankers' characteristics and the frequency of LNG shipments**

4. **Physical location and description of the facility**

5. **Adjacent to or near the facility**
   - Depths of the water
   - Tidal range
   - Protection from high seas
   - Natural hazards, including reefs, rocks, and sandbars
   - Underwater pipelines and cables
   - Distance of berthed vessel from channel and width of channel

6. **"Zones of concern" overlaid on the transit route**
   - Critical infrastructure and key assets
   - Populated areas, shoreside uses and important community structures
   - High density population areas (>9,000 persons per square mile) and medium density population areas (1,000 to 9,000 persons per square mile)

SOURCE: U.S. Coast Guard, Enclosure 4, "Guidance Related to Waterfront Liquefied Natural Gas (LNG) Facilities," Navigation and Vessel Inspection Circular (NVIC) No. 01-2011, 2011.

---

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

**Operations of Vessels and LNG Facilities**

The U.S. Coast Guard has oversight authority over LNG carrier operations, and FERC and the U.S. Coast Guard have oversight responsibilities for facility operations. The regulations typically stipulate who is responsible for ensuring that the regulations are met or followed. For example, certain responsibilities fall to a vessel's master, while other activities belong to the "person in charge" of transfer, who in turn is to be designated by the vessel's owner or operator.

U.S. Coast Guard oversight over operations comes in two broad forms: review of operations-related plans and manuals and in-person, on-site interactions and inspections, including spot inspections. These methods are not unique to LNG operations but represent the U.S. Coast Guard's traditional methods of oversight.

The IMO's IGC Code also includes cargo operations, with stipulations for the vessel and the terminal operators. For example, the code requires pretransfer meetings between responsible personnel from the vessel and the terminal before loading or unloading can take place.[31]

*Plans and Manuals*

For an LNG facility, its owner/operator must submit for examination by the U.S. Coast Guard a Facility Security Plan, an Operations Manual, and an Emergency Manual before operations can begin. The Facility Security Plan is to be based on facility-specific security assessments and is considered Sensitive Security Information (33 CFR § 105). Although the U.S. Coast Guard's regulations for the Facility Security Plan are general in nature, the regulations covering the Operations Manual (33 CFR § 127.305) and the Emergency Manual (33 CFR § 127.307) are specific to waterfront facilities handling LNG. Plans and manuals required for vessels carrying LNG include a loading and stability manual, a cargo manual, and cargo location plan. The cargo manual covers safety and emergency response measures.

The U.S. Coast Guard also recommends, but does not require, that the facility operator take the lead in developing a Transit Management Plan (TMP). The TMP covers the roles and responsibilities of everyone involved from prearrival of the vessel through the transfer of the LNG and includes the U.S. Coast Guard's inspections and monitoring activities. The U.S. Coast Guard likens the plan to a "memorandum of understanding" for activities that require "communication and cooperation between multiple

---

[31] U.S. Coast Guard, "Maritime Transport of LNG: History, Design, and Operations," Presentation to the National Academies LNG-by-Rail Committee, September 21, 2021, http://onlinepubs.trb.org/onlinepubs/C4rail/USCGLNGHistory0921213.pdf.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

agencies and industry" to ensure safe and secure operations. A TMP should be specific to the port and its operations.[32]

*Inspections and Monitoring*

Because LNG is considered a "certain dangerous cargo," LNG carriers must notify the U.S. Coast Guard of their pending arrival 96 hours in advance. The U.S. Coast Guard is empowered to periodically inspect foreign-flagged and U.S.-flagged vessels and LNG facilities. The U.S. Coast Guard may also conduct spot checks and may monitor the transfer of LNG in person. Inspections and monitoring are to be done to ensure that "the vessel and facility are in compliance with all applicable regulations and that they are safe and secure for the intended operations."[33]

**Training and Expertise**

As with the other areas of maritime transport, training is conducted according to international and national standards. This section focuses specifically on the training required for those on the vessel and at the LNG facility involved in LNG transfer operations.

The IMO recognizes the importance of what it calls "the human element" in the safety of international shipping through the International Convention on Standards of Training, Certification and Watchkeeping for Seafarers (STCW). First adopted in 1978, it sets "minimum standards of competence" for personnel. Subsequent revisions have updated standards and added enforcement mechanisms.[34]

U.S. Coast Guard regulations specific to gas carriers require that the designated person in charge of transferring cargo has "special training in the particular hazards associated with the cargo and in all special procedures for its handling" (46 CFR § 154.1831(a)(4)). The designated person must also meet an extensive list of qualifications, found in 33 CFR § 155.710, designed to prevent pollution. The operator must be able to produce documentation of the qualifications and training of the person in charge of transfer, upon request.

Likewise for LNG facility personnel, U.S. Coast Guard regulations stipulate the required qualifications and certification process for the person in charge of shoreside transfer operations (33 CFR § 127.301). Knowledge

---

[32] U.S. Coast Guard, Enclosures 8, "Guidance Related to Waterfront Liquefied Natural Gas (LNG) Facilities," Navigation and Vessel Inspection Circular (NVIC) No. 01-2011, 2011.

[33] U.S. Coast Guard, Enclosures 1, "Guidance Related to Waterfront Liquefied Natural Gas (LNG) Facilities," Navigation and Vessel Inspection Circular (NVIC) No. 01-2011, 2011.

[34] International Maritime Organization, "Human Element," https://www.imo.org/en/Our-Work/HumanElement/Pages/Default.aspx, accessed February 8, 2022.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

required includes of the hazards of LNG, U.S. Coast Guard regulations for transfer, and the contents of the port's Operations Manual and Emergency Manual. The facility operator must certify in writing that the person in charge of transfer has the specified qualifications.

All full-time employees at LNG facilities are required to have training in LNG properties and hazards and basic firefighting procedures, according to 33 CFR § 127.503. In addition, employees working in transfer operations must have more advanced training in firefighting, and training in the Operations Manual, the Emergency Manual, security violations, vessel design, transfer operations, LNG release responses, and first aid. Refresher training is to be provided at least once every 5 years. Training programs, to be provided by the owner/operator, are also part of the required Facility Security Plan and Operations Manual.

U.S. Coast Guard personnel are also required to complete extensive training to fulfill their responsibilities to inspect vessels and facilities and to monitor transfer operations. Standard training to receive the advanced qualification as a Foreign Gas Carrier Examiner takes 4 to 6 months. The U.S. Coast Guard also provides accelerated training, which is an intense training schedule that strives to get trainees hands-on experience with as many gas carriers as possible within the 1-month timeframe. Supplementing training is the *Foreign Gas Carrier Examiner Tactics, Techniques, and Procedures*, a U.S. Coast Guard publication that steps an inspector through what is required for the foreign-gas carrier Certificate of Compliance process. To maintain their foreign gas carrier examiner qualification, staff must complete at least one Certificate of Compliance exam per year.[35]

In addition, the U.S. Coast Guard can draw on the subject-matter experts at the Liquefied Gas Carrier National Center of Expertise, created by the Commandant of the U.S. Coast Guard in 2009. The center also promotes and facilitates training. Located in Port Arthur, Texas, the center's scope includes liquefied gas carriers, liquefied gas as fuel, liquefied gas bunkering, and liquefied gas facilities. To maintain their expertise and to stay abreast of developments in the industry, the center's staff also participate in Certificate of Compliance exams and other inspection activities and network with their international and industry counterparts.[36]

---

[35] A list of educational opportunities and resources can be found under the "Liquefied Gas Carriers" menu, Liquefied Gas Carrier National Center of Expertise, https://www.dco.uscg. mil/lgcncoe/Inspector-Staff-CG-5P-TI/Liquefied-Gas-Carrier-National-Center-of-Expertise-Purpose, accessed February 9, 2022.

[36] U.S. Coast Guard, "Liquefied Gas Carrier National Center of Expertise: Purpose," accessed February 9, 2022, https://www.dco.uscg.mil/Our-Organization/Assistant-Commandant-for-Prevention-Policy-CG-5P/Traveling-Inspector-Staff-CG-5P-TI/Liquefied-Gas-Carrier-National-Center-of-Expertise-Purpose.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

# Appendix B

# Study Committee Biographical Information

**Craig E. Philip (NAE)** is the Research Professor and the Director of the Vanderbilt Center for Transportation and Operational Resiliency. He spent 30 years with Ingram Barge Company, serving as the President and the Chief Executive Officer for 14 years until his retirement in 2014. He began his career at the Consolidated Rail Corporation and later served with Southern Pacific Railroad, where he was the Vice President of its Intermodal Division. His research focuses on the application of systems engineering to complex infrastructure network problems, operational safety and resilience, and organizational responses to these problems, especially in the maritime sector. He has been actively engaged in transportation and logistics industry leadership, serving as the Chair of The American Waterways Operators, the National Waterways Conference, and the U.S. Chamber of Commerce's Transportation Infrastructure and Logistics Committee. He is currently a member of the Transportation Research Board's (TRB's) Executive Committee and is the Vice Chair of its Marine Board. He served on the TRB Committee for a Study of Domestic Transportation of Petroleum, Natural Gas, and Ethanol, as well as a reviewer for several TRB special reports, including *Modernizing Freight Rail Regulation*. He serves on numerous boards, including the ArcBest Corporation, the Cumberland River Compact, the Cumberland Heights Foundation, and Seamen's Church Institute, which presented him with its Lifetime Achievement Award in 2015. In 2010, he was designated as a Distinguished Diplomate in the Academy of Coastal, Ocean, Port & Navigation Engineers. He was elected to the National Academy of Engineering in 2014. He earned a B.S. in civil

(Page 140 of Total) PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

engineering from Princeton University and a Ph.D. in civil engineering from the Massachusetts Institute of Technology.

**H. Norman Abramson** (**NAE**) is the former Executive Vice President of Southwest Research Institute. He is known internationally in the field of theoretical and applied mechanics. His specific area of expertise is in the dynamics of contained liquids in astronautical, nuclear, and marine systems. He began his career as an associate professor of aeronautical engineering at Texas A&M University and has served as the Vice President and the Governor of the American Society of Mechanical Engineers and as the Director of the American Institute of Aeronautics and Astronautics. As a member of the National Academy of Engineering (NAE), he served on its council from 1984 to 1990. He has been appointed to many other NAE and National Research Council committees, including the Transportation Research Board's (TRB's) Research and Technology Coordinating Committee and the Committee on the Federal Transportation R&D Strategic Planning Process, for all of which he served as the Chair. He served as a member of the U.S. Air Force Scientific Advisory Board from 1986 to 1990. He earned a B.S. in mechanical engineering and an M.S. in engineering mechanics from Stanford University, and a Ph.D. in engineering mechanics from The University of Texas at Austin.

**Nii Attoh-Okine** is a professor in the Department of Civil and Environmental Engineering at the University of Maryland, College Park, and Chair of the department. He is an expert in data analytics as applied to railroad safety and engineering. His research areas include railway engineering and safety, machine intelligence in railway condition data, image and signal processing, and cyber resilience. He has published extensively in cross-disciplinary areas, including two books: *Big Data and Differential Privacy in Railway Track Engineering* (Wiley, 2017), which introduces researchers and railway track engineers to the emerging areas of the book's title, and *Resilience Engineering: Model and Analysis* (Cambridge Press, 2016). He holds professional society memberships in the American Society of Civil Engineers (ASCE) and the Institute of Electrical and Electronics Engineers (IEEE). He serves on the ASCE Committees on Risk and Resilience Measurements and Vulnerability and Risk. He was a Founding Associate Editor for the ASCE/American Society of Mechanical Engineers' *Journal of Risk and Uncertainty in Engineering Systems*, on which he still serves. He has served as an Associate Editor of various ASCE and IEEE journals. He is a past member of the Transportation Research Board committees on Artificial Intelligence (A5008) and Application of Emerging Technology (A2F09). He earned an M.Sc. in civil engineering from the Rostov State Institute of Civil Engineering, Russia, and a Ph.D. in civil and environmental engineering

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

from The University of Kansas. He is a registered professional engineer in Delaware and Kansas.

**Amos A. Avidan** (**NAE**) is a retired energy and construction industry executive with 40 years of experience. He served as the Senior Vice President and the Manager of Engineering and Technology at Bechtel Corporation. He has led people, technology research and development and engineering, large-scale operations, marketing, and large capital projects teams in Mobil Oil and Bechtel. He has more than 20 years of experience in natural gas and liquefied natural gas systems. He is interested in a broad range of fields ranging from leading people and businesses to all established and emerging energy systems and technologies, broad sustainability considerations, impacts of economic growth on society, and addressing global climate change issues related to energy, sustainability, and economic growth. He has authored many technical publications and patents. He holds a B.S. from the Technion–Israel Institute of Technology, and an M.S. and a Ph.D. from The City University of New York, both in chemical engineering. He was elected to the National Academy of Engineering in 2009.

**Christina M. Baxter** is the Chief Executive Officer of Emergency Response TIPS, LLC, that provides practical, evidence-based solutions for emergency response through the development of next-generation tools for enhanced situational awareness and responder safety and instructional design materials for instructor-led and web-based programs in the areas of chemical, biological, radiological, nuclear, and high-yield explosives (CBRNE); hazardous materials; and clandestine laboratory response. Prior to forming Emergency Response TIPS, LLC, Dr. Baxter was the Program Manager of the CBRNE program at the U.S. Department of Defense's Combating Terrorism Technical Support Office, where she was responsible for managing domestic and international CBRNE research and development programs to combat terrorism on behalf of the U.S. government as well as overseeing the international CBRNE agreements with Australia, Canada, Israel, Singapore, and the United Kingdom. She is the Chair for the National Fire Protection Association standards for CBRNE personal protective equipment and a committee member for hazardous materials operations arenas with more than 20 years of experience. She holds a B.S. in chemistry and environmental science from the University of Massachusetts Amherst and a Ph.D. in analytical chemistry from the Georgia Institute of Technology.

**Lisa M. Bendixen** is an expert in hazardous materials risk and safety and has addressed risk management, risk assessment, security, and resilience challenges across numerous industries for fixed facilities and transportation

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

systems. She is a Vice President at ICF, consulting on critical infrastructure security and resilience, mission assurance, and other risk management issues with the U.S. Departments of Defense (DOD), Energy (DOE), and Homeland Security (DHS). She served on the Transportation Security Panel for the National Research Council's (NRC's) report *Making the Nation Safer: The Role of Science and Technology in Countering Terrorism* and was on the NRC committee that produced the report *Terrorism and the Chemical Infrastructure: Protecting People and Reducing Vulnerabilities*. She also served on several other national committees focusing on transportation risks, including spent fuel. She was the project manager and the primary author of the *Guidelines for Chemical Transportation Risk Analysis*, published by the American Institute of Chemical Engineers' Center for Chemical Process Safety, and served on the center's technical steering committee. Her work with DHS has included long-term support on critical infrastructure security and resilience, including several versions of the National Infrastructure Protection Plan, development and implementation of the Chemical Facility Anti-Terrorism Standards, and strategic and policy support to the Office of Infrastructure Protection. She has supported DOE on work related to grid security from natural hazards and adversarial threats. She is also actively supporting DOD on critical energy and communications infrastructure. She has played leading roles in several safety and risk associations. Ms. Bendixen holds a B.S. in applied mathematics and an M.S. in operations research from the Massachusetts Institute of Technology.

**Jorge A. Carrasco** is the Technical Director of Ambipar USA and has more than 40 years of experience in emergency management. He has been providing hazardous materials response services and specialized training worldwide in the areas of industrial emergencies, weapons of mass destruction (WMDs), and emergency management to clients at the chemical producers, railways, mining companies, ports, governments, and emergency responders in Argentina, Brazil, Chile, Colombia, Mexico, Northern Africa, Peru, Spain, the United States, and Venezuela. He began his career as a Vessel Engineer in the Chilean Merchant Marine before moving into the railroad industry as Safety Operations Manager at the Antofagasta (Chile) and Bolivia Railway Company, where he specialized in hazardous materials and tank car safety. Afterward, he became the Manager of International Hazmat Operations at the Security and Emergency Response Training Center, based at the Transportation Technology Center in Pueblo, Colorado. Since 2012, he has been a Principal on the Technical Committee for the Standard for Competence of Responders to Hazardous Materials/Weapons of Mass Destruction Incidents (National Fire Protection Association [NFPA] 472) and

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

serves on three other NFPA technical committees concerned with standards for hazardous materials and WMD response. He earned a diploma in solid-state chemistry at the Massachusetts Institute of Technology.

**Anay Luketa** is a Principal Member of the Technical Staff of the Fire Science and Technology Department at Sandia National Laboratories. She is currently evaluating computational fluid dynamics models to predict dispersion and fire hazards for liquefied natural gas (LNG) facilities and is developing model evaluation protocols for LNG and non-LNG fires. This evaluation also includes assistance with reviews by the Pipeline and Hazardous Materials Safety Administration of hazard modeling software to comply with 49 CFR § 193. She has provided independent review and analysis of explosion hazards from a natural gas pipeline for the U.S. Nuclear Regulatory Commission (U.S. NRC) in response to safety concerns identified in a report by the U.S. NRC Inspector General and evaluated LNG models for fire and dispersion. Her LNG studies include a safety analysis of large LNG carriers and fire and dispersion analyses of LNG over water. She has also published models for LNG dispersion about large-scale LNG spills. She earned a B.S. in mathematics and a B.A. in psychology from Seattle University and an M.S. and a Ph.D. in mechanical engineering from the University of Washington.

**Gregory G. Noll** is the Senior Planning Specialist for the South Central Task Force, a nine-county, all-hazards emergency preparedness organization in south-central Pennsylvania. He is also the Principal at GGN Technical Resources, LLC, a consulting firm specializing in emergency planning, response, and incident management issues. He is the past Chair and a current member of the National Fire Protection Association Technical Committee on Hazardous Materials Response and the InterAgency Board Training and Exercises SubGroup. He is the recipient of a number of national-level awards, including the 2011 John M. Eversole Lifetime Achievement Award by the International Association of Fire Chiefs and the 2010 California Continuing Challenge HazMat Lifetime Achievement Award. In 2019, he was inducted into the National Fire Heritage Center's Hall of Legends, Legacies and Leaders for his lifetime contributions to the fire service. As a Certified Safety Professional and a Certified Emergency Manager, he has been involved in many national emergency response initiatives involving hazardous materials and energy products. A retired member of the U.S. Air Force Reserve with 29 years of service, he is the author of nine textbooks on hazardous materials emergency response topics. He earned a B.A. in business administration and management from Kutztown State College and an M.A. in public administration from Iowa State University.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

**Dimitris Rizos** is an associate professor in the Department of Civil and Environmental Engineering at the University of South Carolina (UofSC) and the Associate Chair of the department. He is also the coordinator of the Advanced Railroad Technology Group at UofSC. In this capacity, he has developed the railway engineering curriculum, established sponsored research, and is the Director of the Graduate Certificate in Railway Engineering. He has more than 30 years of experience in computational and experimental structural mechanics, structural dynamics, and soil–structure interaction and directs sponsored research relevant to the railway and highway infrastructure with emphasis on remote sensing and smart monitoring of track and structures; railway dynamics; train–track interaction; and analysis and design of freight, passenger, and high-speed railway structures (bridges, tunnels, and track). He is the current Chair of the American Society of Civil Engineers (ASCE) Transportation & Development Institute Rail Transportation Committee. His involvement with the professional community includes membership in organizing committees of conferences, seminars, and workshops; membership in ASCE, the Transportation Research Board, and American Railway Engineering and Maintenance-of-Way Association committees; and he has served as the general Chair of the Joint Rail Conference 2016. He received a B.Sc. in civil engineering from the University of Patras, Greece, and an M.Sc. and a Ph.D. in civil engineering from UofSC.

**William (Bill) C. Shust** is a mechanical engineer and the consulting owner of Objective Engineers Inc., since 2000. He performs mechanical analyses and testing for clients, including railroads, other industries, and four national laboratories. He has more than 35 years of mechanical and structural engineering experience and dynamics and has taught courses on vehicle crash testing and mechanical testing and analysis. He has published and presented more than 40 technical papers in refereed journals or conferences and authored reports for the Association of American Railroads and others. He is active in professional societies such as the American Society of Mechanical Engineers, SAE International, the Society for Experimental Mechanics, and the American Railway Engineering and Maintenance-of-Way Association. He is a registered professional engineer in Colorado and Illinois and earned bachelor's and master's degrees in mechanical engineering from Michigan Technological University.

**Patrick J. Student** has more than 40 years of experience with industry regulations governing hazardous materials transportation by rail. He currently consults for the Association of American Railroads (AAR) as an editor for the AAR *Manual of Standards and Recommended Practices for Interoperable Fuel Tenders for Locomotives, M-1004 Specifications for Fuel Tenders*. In 2016, he retired as the Director of Hazardous Material, Union Pacific

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

Railroad, where he was responsible for interpreting hazardous materials regulations, railroad operating rules for train makeup and powering, and developing systems for compliance with the rules and regulations. While at Union Pacific, he served on the AAR Hazardous Materials Committee, Tank Car Committee, and Electronic Data Interchange Hazardous Materials Technical Advisory Group. He also served on the Next Generation Rail Tank Car Project and Advanced Tank Car Collaborative Research Project. He holds a bachelor's degree in chemistry from the University of Missouri-Rolla.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

# Appendix C

# Disclosure of Unavoidable Conflicts of Interest

The conflict-of-interest policy of the National Academies of Sciences, Engineering, and Medicine (www.nationalacademies.org/coi) prohibits the appointment of an individual to a committee like the one that authored this Consensus Study Report if the individual has a conflict of interest that is relevant to the task to be performed. An exception to this prohibition is permitted only if the National Academies determines that the conflict is unavoidable and the conflict is promptly and publicly disclosed.

When the committee that authored this report was established, a determination of whether there was a conflict of interest was made for each committee member given the individual's circumstances and the task being undertaken by the committee. A determination that an individual has a conflict of interest is not an assessment of that individual's actual behavior or character or ability to act objectively despite the conflicting interest.

Mr. William (Bill) C. Shust was determined to have a conflict of interest because he owns Objective Engineers Inc., which performs mechanical testing and analysis for clients in the railroad industry.

Mr. Patrick J. Student was determined to have a conflict of interest because he consults for a railroad industry trade association that represents freight rail carriers.

In each case, the National Academies determined that the experience and expertise of the individual was needed for the committee to accomplish the task for which it was established. The National Academies could

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.

not find another available individual with the equivalent experience and expertise who did not have a conflict of interest. Therefore, the National Academies concluded that the conflict was unavoidable and publicly disclosed it through the National Academies Current Projects System (https://nationalacademies.org/pa).

PREPUBLICATION COPY—Uncorrected Proofs

Copyright National Academy of Sciences. All rights reserved.