# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

No. 20-1317　　　　　　　　　　　　　　　　September Term, 2024

FILED ON: JANUARY 17, 2025

SIERRA CLUB, ET AL.,
　　　　　PETITIONERS

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION, ET AL.,
　　　　　RESPONDENTS

---

Consolidated with 20-1318, 20-1431, 21-1009

On Petitions for Review of a Final Rule
of the Department of Transportation

Before: MILLETT and PAN, *Circuit Judges*, and RANDOLPH, *Senior Circuit Judge*

## **J U D G M E N T**

These causes came to be heard on the petitions for review of a final rule of the Department of Transportation and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petitions for review be granted; the liquified natural gas rule be vacated; and the cases be remanded to the Pipeline and Hazardous Materials Safety Administration for further proceedings, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:　　/s/

Daniel J. Reidy
Deputy Clerk

Date: January 17, 2025

Opinion for the court filed by Circuit Judge Pan.