No. 20-1317                            September Term, 2024

TRAN-85FR44994

**Filed On:** February 21, 2025

Sierra Club, et al.,

      Petitioners

      v.

United States Department of Transportation, et al.,

      Respondents

------------------------------

Consolidated with 20-1318, 20-1431, 21-1009

      **BEFORE:**    Millett and Pan, Circuit Judges; and Randolph, Senior Circuit Judge

## O R D E R

      Upon consideration of the motion of petitioner Commonwealth of Pennsylvania to withdraw as a petitioner, in member case No. 20-1318, it is

      **ORDERED** that the motion be granted. The Clerk is directed to note the docket to reflect the withdrawal of Commonwealth of Pennsylvania as a petitioner, in member case No. 20-1318.

### Per Curiam

                                                               **FOR THE COURT:**
                                                               Clifton B. Cislak, Clerk

                                  BY:    /s/
                                            Daniel J. Reidy
                                            Deputy Clerk