ORAL ARGUMENT HELD ON SEPTEMBER 13, 2024
JUDGMENT AND OPINION ISSUED ON JANUARY 17, 2025

No. 20-1317 (consolidated with Nos. 20-1318, 20-1431, & 21-1009)

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————————

SIERRA CLUB, et al.,
*Petitioners*,

v.

U.S. DEPARTMENT OF TRANSPORTATION, et al.,
*Respondents*.

———————————————

On Review of a Final Rule by the
Pipeline and Hazardous Materials Safety Administration

———————————————

**JOINT MOTION TO HOLD FEES PETITION IN ABEYANCE**

———————————————

Petitioners Center for Biological Diversity, Clean Air Council, Delaware

Riverkeeper Network, Environmental Confederation of Southwest Florida, and

Mountain Watershed Association (collectively, Environmental Petitioners) and

Respondents Pipeline and Hazardous Materials Safety Administration (PHMSA);

the United States Department of Transportation; Sean Duffy, U.S. Secretary of

Transportation; Ben Kochman, Acting Administrator of PHMSA; and the United

States of America (collectively, PHMSA) respectfully move to hold Environmental

Petitioners' motion for attorneys' fees under the Equal Access to Justice Act in abeyance.

1.      In 2020, PHMSA authorized the transportation of liquefied natural gas by rail. *Hazardous Materials: LNG by Rail* (Rule), 85 Fed. Reg. 44,994 (July 24, 2020). Environmental Petitioners brought suit to challenge the Rule, along with other Petitioners. The Court held that PHMSA violated the National Environmental Policy Act and vacated the Rule. *Sierra Club v. U.S. Dep't of Transportation*, 125 F.4th 1170, 1186 (D.C. Cir. 2025).

2.      The Environmental Petitioners moved for fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, on May 19, 2025. PHMSA and the Environmental Petitioners will attempt to negotiate a resolution regarding fees.

3.      Accordingly, Environmental Petitioners and PHMSA move the Court to hold Environmental Petitioners' fees petition in abeyance with regular status reports. The parties propose to file the first status report in 60 days and then subsequent status reports at 30-day intervals.

4.      If settlement negotiations are unsuccessful, the parties will notify the Court and submit a proposed schedule for additional briefing regarding Environmental Petitioners' fees petition.

For these reasons, the parties respectfully request the Court hold

Environmental Petitioners' fees petition in abeyance with a status report due in 60

days and then subsequent status reports due at 30-day intervals.

Respectfully submitted,

/s/ *Tania Galloni*
TANIA GALLONI
Managing Attorney
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
(305) 440-5434
tgalloni@earthjustice.org

*Counsel for Environmental Petitioners*

/s/ *Rebecca Jaffe*
ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

ROBERT LUNDMAN
REBECCA JAFFE
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 305-0258
rebecca.jaffe@usdoj.gov

*Counsel for Respondents*

May 23, 2025
DJ 90-13-1-16143

## CERTIFICATE OF COMPLIANCE

1.    This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) this document contains 278 words.

2.    This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

*/s/ Rebecca Jaffe*
REBECCA JAFFE

Counsel for Respondents